# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | ) ) | Chapter 11 |
| **PATRIOT NATIONAL, INC.,** *et al.* | ) ) ) | Case No. 18-10189 (KG) |
| **Debtors.** | ) ) | (Jointly Administered)<br>Re: D.I. 91 |

## RESPONSE TO DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THEM TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES *NUNC PRO TUNC* TO THE REJECTION DATE

COMES NOW MSA Administrators, LLC, and for its response to Debtors' Second Omnibus Motion for Entry of an Order Authorizing Them to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Rejection Date (Docket No. 91) (the "**Motion**"), states as follows:

The Motion seeks, among other things, to reject that Certain License and Services Agreement dated April 24, 2015 (the "**Agreement**") between MSA Administrators, LLC ("**MSA**") and Corporate Claims Management, Inc. (the "**Licensor**"), which provides MSA, among other things, a license (the "**License**") to use the intellectual property described therein.

MSA does not contest the Motion insofar as it authorizes the rejection of the Agreement.

Notwithstanding that rejection, MSA hereby elects to retain its all of its rights and remedies with respect to the License as provided under section 365 (n)(1)(B) of the Bankruptcy Code (subject to the limitations contained in section 365 (n)(2)(B) of the Bankruptcy Code), and to exercise all of its rights and remedies pursuant to under sections 365 (n)(1)(B) and 365 (n)(3) of the Bankruptcy Code.

ME1 26660077v.2

In addition to providing the License, the Agreement also provides for services to be performed by Licensor with respect to the administration of claims. MSA specifically reserves its claims arising from Licensor's failure to provide those services.

WHEREFORE, MSA Administrators, LLC requests that this Court issue its order authorizing Corporate Claims Management, LLC to reject to the License and Services Agreement without prejudice to MSA Administrators, LLC's remedies under sections 365 (n)(1)(B) of the Bankruptcy Code, and further finding that MSA Administrators, LLC is entitled to all of its rights and remedies under sections 365 (n)(1)(B) and 365(n)(C) of the Bankruptcy Code, along with such additional relief as the Court deems appropriate.

Dated: February 21, 2018
Wilmington, Delaware

**McCarter & English, LLP**

By: */s/ Kate R. Buck*
Daniel M. Silver (DE #4758)
Kate R. Buck (DE #5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
dsilver@mccarter.com
kbuck@mccarter.com

- and -

Michael Stephens, Esq.
Jennifer E. Beasley, Esq.
Laura Robb, Esq.
Jenkins & Kling, P.C.
150 North Meramec Avenue
Suite 400
St. Louis Missouri 63105
Telephone (314) 721-2525
Facsimile (314) 721-5525

*Attorneys for MSA Administrators, LLC*