**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 18-10189 (KG) |
| Patriot National, Inc., *et al.*, | ) (Jointly Administered) |
| | ) **Hearing Date: TBD** |
| Debtors. | ) **Objection Deadline: TBD** |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on March 12, 2018, the attached *Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs Under Directors and Officers Liability Policies* ("Motion") was filed with the United States Bankruptcy Court for the District of Delaware ("Court").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion, and a deadline by which any responses or objections to the Motion must be filed in writing, will be set by the Court, and that further notice thereof shall be provided.


Dated: March 12, 2018

CONNOLLY GALLAGHER LLP

*/s/ Jeffrey C. Wisler*
Henry E. Gallagher, Jr. (#495)
Jeffrey C. Wisler (# 2795)
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone:     (302) 757-7300
Facsimile:     (302) 658-0380
Email:          jwisler@connollygallagher.com

          and

Joel H. Levitin
Richard A. Stieglitz Jr.
John M. Schoolman
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Attorneys for Movants*

#05376366