<u>**EXHIBIT D**</u>

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 18-10189 (KG) |
| Patriot National, Inc., *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I.** |

## ORDER MODIFYING THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT AND/OR ADVANCEMENT OF DEFENSE COSTS <u>UNDER DIRECTORS AND OFFICERS LIABILITY POLICIES</u>

Upon consideration of the *Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs Under Directors and Officers Liability Policies* [ECF No. __], the relief requested in the Motion appearing reasonable, proper, and warranted in fact and by law under 11 U.S.C. §§ 362(d)(1) and 105, and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure, it is hereby:

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code and Bankruptcy Rule 4001(a), relief from the automatic stay imposed by operation of Section 362 of the Bankruptcy Code, to the extent it applies, is granted for cause to permit the Insurers, pursuant to the terms of the Policies,[2] to advance and/or reimburse all reasonable and necessary Defense Costs incurred by and to be incurred by the D&Os in connection with the Claims, whether currently

---

[1] The above-captioned debtors (the "Debtors") in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

[2] Capitalized terms not defined herein have the meaning defined in the Motion.

asserted or asserted in the future, without need for further Order of or application to this Court; and it is further

ORDERED that nothing in this Order shall modify or alter the rights and obligations provided for under the terms and provisions of the various Policies issued by the Insurers; and it is further

ORDERED that the terms of this Order shall be immediately effective and enforceable upon entry, notwithstanding Bankruptcy Rule 4001(c)(3); and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from the implementation of this Order.

Dated: _____, 2018
Wilmington, DE

_____
Honorable Kevin Gross
United States Bankruptcy Judge

#05376390