# EXHIBIT A

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | Case No. 18-10189 (KG) |
| Patriot National, Inc., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I.** |

**ORDER SHORTENING NOTICE PERIOD FOR AND SCHEDULING
EXPEDITED HEARING ON MOTION FOR ENTRY OF AN ORDER MODIFYING
THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW
PAYMENT AND/OR ADVANCEMENT OF DEFENSE COSTS
UNDER DIRECTORS AND OFFICERS LIABILITY POLICIES**

Upon consideration of the *Motion for an Order Shortening Notice Period for and Scheduling Expedited Hearing on Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs Under Directors and Officers Liability Policies* ("Motion to Shorten"); and this Court having determined that cause exists to grant the relief requested in the Motion to Shorten; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.      The Motion to Shorten is granted as set forth herein.

2.      The hearing to consider the *Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs Under Directors and Officers Liability Policies* ("D&O Insurance Motion") and the relief requested therein shall be held on March __, 2018 at ____ _.m. (ET).

3.      Any response or objection to the D&O Insurance Motion and the relief requested therein must be filed with the Court and served upon the undersigned counsel no later than March __, 2018 at _____ _.m.

4.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.


Dated:  March __, 2018

_____
Kevin Gross
United States Bankruptcy Judge


#05376391