# EXHIBIT A

# In Re:

*PATRIOT NATIONAL, INC., et al.*
*Case No. 18-10189 (KG)*

*February 28, 2018*

*eScribers, LLC*
*(973) 406-2250*
*operations@escribers.net*
*www.escribers.net*

*To purchase copies of this transcript, please contact us by phone*



Min-U-Script® with Word Index

former D&Os you heard mentioned earlier.

Your Honor, I'm not here to belabor a lot of the points that were made previously.  A couple of things, and I'll do this in bullet-point fashion.

One, we didn't file a formal response because in general, Mr. Shanfelter agreed with the requested relief that a mediation is appropriate under the circumstances in a very general way.  Why I'm rising now is to put more color on it and address specific points in light of responses that we read that hit the docket --

THE COURT:  Okay.

MR. PALACIO:  -- and points that have been made today.

First, we do agree and we join the group that has said Cerberus should be made a party to this.  We've heard the concerns that have been raised.  My client also has similar concerns.  And we believe that if there's going to be a fruitful and truly global resolution, Cerberus should be made party to the mediation process.

Second, I heard Ms. Coleman mention earlier that defense costs are being used up.  Nobody's disputing that.  One of the issues -- and this dovetails with my last point -- is Mr. Patton's motion or supplemental response with respect to a comfort order, as typically coined, to allow those defense costs to be paid, but prospectively.  I imagine that the motion or the supplemental response was drafted in such a way, given

the -- or given the way the motion was framed, that is, the mediation motion, and because it is requesting anticipated prospective relief.

Our concern is -- and I echo what Mr. Patton said -- to have a vigorous and fruitful mediation process, everyone needs to be at the table in an equal position, that is, understanding that they're getting paid, my client is getting paid, as well as everyone around the table is being paid.

THE COURT: Right.

MR. PALACIO: So while Mr. Patton's motion requests prospective relief, I can tell you at least from our end, we haven't been paid since November. We've reached out to at least one of the carriers. They were looking for a comfort order. And I won't get into detail, but suffice it to say is we've been trying to push them to get something on file, and we were saying if you don't soon, we are going to get something on file, because you are, in effect -- and again, this is not meant in a pejorative way -- really hindering my client's defense going forward. And if there's going to be a meaningful mediation, we want to make sure that everyone is brought current and everything prospectively is paid.

So in that last point, if Your Honor's inclined to enter Mr. Patton's order, we ask that that also take into account and provide relief for anything that is outstanding and otherwise due and owing. That's all I have.