IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>**PATRIOT NATIONAL, INC., *et al.*,**[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered)<br><br>Re: Docket No. 410 |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING ENTRY INTO A NEW HEADQUARTERS LEASE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Motion for Entry of an Order Authorizing (I) Entry Into a New Headquarters Lease, (II) Rejection of Unexpired Headquarters Lease, and (III) Abandonment of Any Personal Property That Remains at the Leased Premises* (the "Headquarters Motion") [Docket No. 410] (solely with respect to the portion of the Headquarters Motion relating to the Debtors' request for Authorization to enter into a new headquarters lease) filed on March 20, 2018. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading has been filed to the relief requested in the Motion (solely with respect to the portion of the Headquarters Motion relating to the Debtors' request for Authorization to enter

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

into a new headquarters lease). Pursuant to the *Notice of Hearing Regarding Debtors' Motion for Entry of an Order Authorizing Entry Into a New Headquarters Lease* [Docket No. 426], objections to the relief requested in the Motion (solely with respect to the portion of the Headquarters Motion relating to the Debtors' request for Authorization to enter into a new headquarters lease) were to be filed and served no later than March 28, 2018 at 12:00 p.m. Eastern time.

It is hereby respectfully requested that the proposed order attached hereto as Exhibit A be entered at the Court's earliest convenience. No changes have been made to the proposed order from the version filed with the Motion, other than adding the docket number in the caption.

[Remainder of page left blank]

Dated: March 29, 2018
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       joneill@pszjlaw.com
       pkeane@pszjlaw.com

-and-

Kathryn A. Coleman
Christopher Gartman
Jacob Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
       chris.gartman@hugheshubbard.com
       jacob.gartman@hugheshubbard.com

*Counsel for the Debtors*