IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL, INC., *et al.*,**[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) <br><br> Ref. Docket Nos. 351, 355, 371, 387, 433, 450, 453 & 454 |

**MOTION FOR AN ORDER GRANTING CERTAIN FORMER DIRECTORS AND OFFICER LEAVE AND PERMISSION TO FILE LATE REPLY TO OBJECTIONS TO MOTIONS AND JOINDERS REQUESTING RELIEF FROM OR MODIFICATION OF THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT AND/OR ADVANCEMENT OF DEFENSE COSTS <u>UNDER DIRECTORS AND OFFICERS LIABILITY POLICIES</u>**

Quentin P. Smith, Jr., Charles H. Walsh, Michael J. Corey, and Christopher A. Pesch (collectively, the "<u>Former Ds&O</u>"), by and through their undersigned counsel, hereby file this motion (the "<u>Motion</u>") for the entry of an order, pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), granting the Former Ds&O leave and permission to file the *Reply of Certain Former Directors and Officer to Objections to Motions and Joinders Requesting Relief from or Modification of the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs under Directors and Officers Liability Policies,* (the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

01:23035832.2

"Reply"), a copy of which is attached hereto as Exhibit 2. In support of this Motion, the Former Ds&O respectfully state as follows:

1. On March 12, 2018, Steven Mariano filed *Steven Mariano's Motion for Relief from the Automatic Stay, to the Extent Necessary, to Allow Insurers to Pay Past and Future Defense Costs under D&O Policies* [D.I. 351] ("Mariano's Motion"). A hearing to consider approval of the relief requested in Mariano's Motion is scheduled for April 2, 2018 at 10:00 a.m. (ET) (the "Hearing"), and objections to Mariano's Motion were required to be filed by March 28, 2018 at 4:00 p.m. (ET) (the "Objection Deadline").

2. On March 12, 2018, Sean M. Bidic, M.D., Terry L. Coleman, Ernst N. Csiszar, Glenn T. Hibler, and Thomas C. Shields filed the *Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs Under Directors and Officers Liability Policies* [D.I. 355] (the "D&O Motion").[2] The D&O Motion will be considered at the Hearing.

3. On March 13, 2018, Austin J. Shanfelter filed the *Joinder of Austin J. Shanfelter in and to (I) Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs Under Applicable Directors and Officers Liability Policies, and (II) Steven Mariano's Motion for Relief from the Automatic Stay, to the Extent Necessary, to Allow Insurers to Pay Past and Future Defense Costs Under D&O Policies* [D.I. 371].

4. On March 14, 2018, the Former Ds&O filed the *Joinder of Certain Former Directors and Officer in and to Motion for Entry of an Order Modifying the Automatic Stay, to*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Reply.

01:23035832.2

2

*the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs under Directors and Officers Liability Policies* [D.I. 387].

5. On March 26, 2018, John R. Del Pizzo filed the *Joinder of John R. Del Pizzo to Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs Under Directors and Officers Liability Policies* [D.I. 433].

6. On March 28, 2018, Henry Wasik and Aric McIntire filed the *Omnibus Objection of Henry Wasik and Aric McIntire to Motions and Joinders Requesting Relief from or Modification of the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs under Directors and Officers Liability Policies* [D.I. 450] (the "Wasik/McIntire Objection").

7. On March 28, 2018, the Debtors filed the *Debtors' Response to Motions for Relief from the Automatic Stay to Allow Payment and/or Advancement of Defense Costs* [D.I. 453] (the "Debtors' Objection").

8. On March 28, 2018, the Official Committee of Unsecured Creditors filed the *Omnibus Objection of the Official Committee of Unsecured Creditors to Motions for Relief from the Automatic Stay to Allow Payment and/or Advancement of Defense Costs* [D.I. 454] (the "Committee's Objection," and together with the Wasik/McIntire Objection and the Debtors' Objection, the "Objections").

9. Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Since the agenda for the Hearing on this matter was due to be filed by noon (ET) on Wednesday, March 28, 2018, pursuant to Local Rule 9006-1(d), the Former Ds&O

01:23035832.2

3

deadline to file a reply to the Objections was Tuesday, March 27, 2018 at 4:00 p.m. (ET) (the "Reply Deadline").  Given that the Objections were filed on March 28, 2018, it was obviously not possible for the Former Ds&O to file the Reply prior to the Reply Deadline.

10. By this Motion, the Former Ds&O respectfully request that the Court enter an order granting the Former Ds&O leave and permission to file the Reply. The Reply is being filed in support of the D&O Motion and the joinders thereto, including that of the Former Ds&O, and to respond to the various arguments asserted in the Objections. As such, the Reply, among other things, sets forth the reasons why the arguments raised in the Objections should be overruled and the relief sought in the D&O Motion and joinders granted. Accordingly, the Former Ds&O believe that the Reply will assist the Court in its consideration of the D&O Motion and joinders, as well as the Objections, and will provide additional background and support for the relief requested in the D&O Motion and joinders, all of which will be beneficial to the Court.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Former Ds&O respectfully request the Court to enter an order, in substantially the form attached hereto as <u>Exhibit 1</u>, granting them leave and permission to file the Reply and such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: March 29, 2018<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kara Hammond Coyle*<br>James L. Patton (No. 2202)<br>C. Barr Flinn (No. 4092)<br>Kara Hammond Coyle (No. 4410)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 576-1253<br><br>-and-<br><br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Kandace Watson<br>12275 El Camino Real<br>Suite 200<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br>Facsimile: (858) 509-3691<br><br>Ori Katz<br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>*Counsel to Quentin P. Smith, Jr., Charles H. Walsh, and Christopher A. Pesch* |