**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>**PATRIOT NATIONAL, INC., *et al.*,**[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 15, 333, 382, 471 |

**NOTICE OF FILING OF BLACKLINE OF DEBTORS' THIRD AMENDED
JOINT CHAPTER 11 PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that on January 30, 2018, Patriot National, Inc. ("Patriot National") and certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed the *Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 15] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, on March 9, 2018, the Debtors filed the *Debtors' Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 333] (the "Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, on March 14, 2018, the Debtors filed the solicitation version of the *Debtors' Second Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 382] (the "Second Amended Plan").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed the *Debtors' Third Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 471] (the "Third Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 3016-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, attached hereto as **Exhibit A** is a blackline of the Third Amended Plan, showing changes made from the Second Amended Plan.

Dated: March 30, 2018
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
pkeane@pszjlaw.com

-and-

Kathryn A. Coleman
Christopher Gartman
Dustin P. Smith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
chris.gartman@hugheshubbard.com
dustin.smith@hugheshubbard.com

*Attorneys for the Debtors and Debtors in Possession*