**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL, INC.,** *et al.*,[1] | Case No. 18-10189 (KG) |
| **Debtors.** | (Jointly Administered) |

**NOTICE OF FILING OF DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN
OF REORGANIZATION AND PLAN SUPPLEMENT**

**TO PARTIES IN INTEREST IN THE CHAPTER 11 CASES OF PATRIOT NATIONAL, INC.
AND ITS AFFILIATED DEBTORS:**

1. On March 30, 2018, Patriot National, Inc. ("Patriot National") and certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 471] (the "Third Amended Plan").[2]

2. The Third Amended Plan contains certain revisions negotiated and agreed to by the Debtors, the Committee, and the First Lien Agents. Specifically, the Third Amended Plan improves the treatement afforded to the Holders of Allowed Class 5 General Unsecured Claims by modifying the Litigation Proceeds Waterfall to provide that, after repayment of Litigation Trust expenses and any amounts outstanding under the Litigation Trust Facility: (i) the first $5 million of Cash proceeds of the Litigation Claims will be distributed 60 percent to the Holders of Allowed First Lien Lender Deficiency Claims and 40 percent to the Holders of Allowed General Unsecured Claims, (ii) the second $5 million of Cash proceeds of the Litigation Claims will be distributed 70 percent to the Holders of Allowed First Lien Lender Deficiency Claims and 30 percent to the Holders of Allowed General Unsecured Claims, and (iii) all remaining Cash proceeds of the Litigation Claims will be distributed 80 percent to the Holders of Allowed First Lien Lender Deficiency Claims and 20 percent to the Holders of Allowed General Unsecured Claims. For the avoidance of doubt, the Third Amended Plan no longer provides that the DIP Facility or the Exit Facility will be repaid with Litigation Trust Assets.

3. In addition, the Third Amended Plan also (i) modifies the process by which the Litigation Trustee will be selected to provide that the Litigation Trustee will be selected by the First Lien Agents and shall be reasonably acceptable to the Committee, (ii) modifies the composition of the Litigation Trust Oversight Committee such that one member shall be selected by the First Lien Agents, one member shall be selected by the Committee, and one independent member shall be selected by the First Lien Agents with the consent of the Committee (such consent not to be unreasonably withheld), and (iii) modifies the definition of "Released Party" to include the Committee's professionals.

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.
2. Capitalized terms used herein and not otherwise defined have the meaning ascribed to them in the Third Amended Plan.

4. Attached hereto as Exhibit A are blacklined changed pages from the Third Amended Plan, showing all changes made from the Second Amended Joint Chapter 11 Plan of Reorganization. A copy of the Third Amended Plan can be obtained free of charge from the Debtors' website at https://cases.primeclerk.com/patnat.

**5. AS A RESULT OF THESE REVISIONS, THE COMMITTEE SUPPORTS THE THIRD AMENDED PLAN AND STRONGLY RECOMMENDS THAT ALL HOLDERS OF GENERAL UNSECURED CLAIMS VOTE TO ACCEPT THE THIRD AMENDED PLAN.**

6. On March 30, 2018, in accordance with Article V.J of the Third Amended Plan, the Debtors filed the Plan Supplement [Docket No. 473], which contains, without limitation, (a) the Equity Purchase Agreement; (b) the Litigation Trust Agreement; (c) the Assumption Schedule; (d) documentation for the Exit Facility; (e) documentation for the Litigation Trust Facility; and (f) the Reorganized Debtors Governing Documents. A copy of the Plan Supplement can be obtained free of charge from the Debtors' website at https://cases.primeclerk.com/patnat.

7. Any party in interest wishing to obtain a copy of the Third Amended Plan, a full blackline of the Third Amended Plan showing changes made from the Second Amended Joint Chapter 11 Plan of Reorganization, or a copy of the Plan Supplement should contact the Debtors' voting agent, Prime Clerk LLC, by telephone at (855) 631-5360 (Toll-Free) or (347) 897-3454 (if calling from outside the US or Canada) or by email at patnatballots@primeclerk.com, or by accessing the Debtors' website: https://cases.primeclerk.com/patnat or the Bankruptcy Court's website www.deb.uscourts.gov. A PACER (www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website (http://deb.uscourts.gov). **PRIME CLERK LLC IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

Dated: March 30, 2018
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
pkeane@pszjlaw.com

-and-

Kathryn A. Coleman
Christopher Gartman
Dustin P. Smith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
chris.gartman@hugheshubbard.com
dustin.smith@hugheshubbard.com

*Attorneys for the Debtors and Debtors in Possession*