**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>**PATRIOT NATIONAL, INC.,** *et al.*,[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 410, 425 |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING (I) REJECTION
OF UNEXPIRED HEADQUARTERS LEASE AND (II) ABANDONMENT OF ANY
PERSONAL PROPERTY THAT REMAINS AT THE LEASED PREMISES**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Motion for Entry of an Order Authorizing (I) Entry Into a New Headquarters Lease, (II) Rejection of Unexpired Headquarters Lease, and (III) Abandonment of Any Personal Property That Remains at the Leased Premises* (the "Headquarters Motion") [Docket No. 410] (pertaining to Debtors' requests for authority to reject their current headquarters lease and to abandon any personal property remaining on the leased premises) filed on March 20, 2018. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading has been filed to the relief requested in the Headquarters Motion (pertaining to Debtors' requests for authority to reject their current headquarters lease and to abandon any personal

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

DOCS_DE:218818.1 69353/002

property remaining on the leased premises). Pursuant to the *Notice of Hearing Regarding Debtors' Motion for Entry of an Order Authorizing (I) Rejection of Unexpired Headquarters Lease, and (II) Abandonment of Any Personal Property That Remains at the Leased Premises* [Docket No. 425], objections to the relief requested in the Motion (pertaining to Debtors' requests for authority to reject their current headquarters lease and to abandon any personal property remaining on the leased premises) were to be filed and served no later than April 2, 2018 at 4:00 p.m. Eastern time.

It is hereby respectfully requested that the proposed order attached hereto as Exhibit A be entered at the Court's earliest convenience. No changes have been made to the proposed order from the version filed with the Motion, other than adding the docket number in the caption.

[Remainder of page left blank]

| | |
|---|---|
| Dated: April 3, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>     joneill@pszjlaw.com<br>     pkeane@pszjlaw.com<br><br>   -and-<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Jacob Gartman<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email: katie.coleman@hugheshubbard.com<br>     chris.gartman@hugheshubbard.com<br>     jacob.gartman@hugheshubbard.com<br><br>*Counsel for the Debtors* |