**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC., et al., | Case No. 18-10189 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 401** |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PATRIOT
NATIONAL, INC. *ET AL*. FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF KILPATRICK TOWNSEND & STOCKTON LLP
AS ITS ATTORNEYS, *NUNC PRO TUNC* TO FEBRUARY 19, 2018**

I, Carl N. Kunz, III, hereby certify as follows:

On March 19, 2018, the Official Committee of Unsecured Creditors ("Committee") filed the Application of the Official Committee of Unsecured Creditors of Patriot National, *et al*., for Entry of An Order Authorizing the Employment and Retention of Kilpatrick Townsend & Stockton LLP as its Attorneys, *Nunc Pro Tunc* to February 19, 2018 (the "Application") in the United States Bankruptcy Court for the District of Delaware [Docket No. 401]. The deadline to object to the Application was April 2, 2018.

No formal objections or responses were filed in opposition to the application. The Committee received an informal response from the United States Trustee which has been resolved. The Committee respectfully requests that the Court enter the Order attached hereto as Exhibit A approving the Application at the earliest convenience of the Court.

[*Remainder of Page Left Intentionally Blank*]

| | |
|---|---|
| Dated: April 4, 2018 | **MORRIS JAMES LLP** |
| | /s/ Carl N. Kunz, III |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Brenna A. Dolphin (DE Bar No. 5604) |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: ckunz@morrisjames.com |
| | E-mail: bdolphin@morrisjames.com |
| | |
| | Proposed Counsel for The Official Committee of Unsecured Creditors |