# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC., et al., | Case No. 18-10189 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 404** |

**CERTIFICATION OF COUNSEL REGARDING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PROVINCE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 21, 2018**

I, Carl N. Kunz, III, hereby certify as follows:

On March 19, 2018, the Official Committee of Unsecured Creditors ("Committee") filed the Application for Entry of An Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of February 21, 2018 (the "Application") in the United States Bankruptcy Court for the District of Delaware [Docket No. 404]. The deadline to object to the Application was April 2, 2018.

No formal objections or responses were filed in opposition to the application. The Committee received an informal response from the United States Trustee regarding the Application, including the proposed form of order. The Committee has circulated to the United States Trustee a revised form of order approving the Application, a copy of which is attached hereto as Exhibit A (the "Revised Order") and the United States Trustee has confirmed that, with the proposed changes as set forth in the Revised Order, the issues raised by the United States Trustee are resolved.

| | |
|---|---|
| Dated: April 4, 2018 | **MORRIS JAMES LLP** |
| | /s/ Carl N. Kunz, III |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Brenna A. Dolphin (DE Bar No. 5604) |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: ckunz@morrisjames.com |
| | E-mail: bdolphin@morrisjames.com |
| | |
| | Proposed Counsel for The Official Committee of Unsecured Creditors |