## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL, INC.,** *et al.,*[1] | Case No. 18-10189 (KG) |
| **Debtors.** | (Jointly Administered) |
| | **Re: Docket Nos.: 494, 495, 500** |

**Hearing Date (Re: New Lease & Transferred Lease): April 9, 2018 at 10:00 a.m.**
**Objection Deadline (Re: New Lease & Transferred Lease): April 8, 2018 at 12:00 p.m.**

## NOTICE OF HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING (I) ENTRY INTO A NEW ORLANDO, FLORIDA LEASE, (II) TRANSFER OF CERTAIN OPERATIONS TO CERTAIN LAKE MARY, FLORIDA LEASED PREMISES

TO:     (i) the U.S. Trustee; (ii) counsel for Cerberus Business Finance, LLC, as the administrative agent for the DIP Lenders and for the prepetition secured lenders; (iii) counsel to the Committee; (iv) the Rejected Lease Landlord; (v) the Transferred Lease Landlord; (vi) the New Landlord; and (vii) parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on April 3, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of Orders Authorizing (I) Entry Into a New Orlando, Florida Lease, (II) Transfer of Certain Operations to Certain Lake Mary, Florida Leased Premises, (III) Rejection of Unexpired Lease, and (IV) Abandonment of Any Personal Property That Remains at the Leased Premises* (the "Lease Motion") [Docket No. 494] and the *Motion to Shorten Time for Debtors' Motion for*

---

1.   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

*Authorization to Enter Into a New Orlando, Florida Lease and Shift Certain Operations to Lake Mary, Florida Leased Premises* (the "Motion to Shorten") [Docket No. 495] (solely with respect to the portions of the Lease Motion relating to the Debtors' request for authorization to (i) enter into a new lease and (ii) transfer certain operations to the Transferred Lease Premises), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion and Motion to Shorten were previously served upon you.

PLEASE TAKE FURTHER NOTICE that on April 4, 2018, the Bankruptcy Court entered the *Order Granting Motion to Shorten Time for Debtors' Motion for Authorization to Enter into a New Orlando, Florida Lease and Shift Certain Operations to Lake Mary, Florida Leased Premises* [Docket No. 500] (the "Order Shortening Notice").  A copy of the Order Shortening Notice is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that objections and responses to the relief requested in the Lease Motion (solely with respect to the portions of the Lease Motion relating to the Debtors' request for authorization to (i) enter into a new lease and (ii) transfer certain operations to the Transferred Lease Premises), if any, must be in writing and filed with the Bankruptcy Court on or before **April 8, 2018 at 12:00 p.m. prevailing Eastern time.**

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response or objection (solely with respect to the portions of the Lease Motion relating to the Debtors' request for authorization to (i) enter into a new lease and (ii) transfer certain operations to the Transferred Lease Premises) upon: (i) Patriot National, Inc., 401 East Las Ollas Blvd., Suite 1650, Fort Lauderdale, FL 33301 (Attn: Gex F. Richardson); (ii) counsel to the Debtors, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004

2

(Attn: Kathryn A. Coleman and Christopher Gartman) (Email: katie.coleman@hugheshubbard.com; chris.gartman@hugheshubbard.com) and Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones) (Email: ljones@pszjlaw.com); (iii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Linda Casey) (Email: Linda.Casey@usdoj.gov); (iv) counsel to Cerberus Business Finance, LLC, as Prepetition Agent and DIP Agent, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022 (Attn: Adam C. Harris and Tae Kim) (Email: adam.harris@srz.com; tae.kim@srz.com) and Landis Rath & Cobb LLP, 919 North Market Street, Suite 1800, Wilmington DE 19801 (Attn: Adam G. Landis) (Email: landis@lrclaw.com); and (v) proposed counsel to the Official Committee of Unsecured Creditors, Kilpatrick Townsend & Stockton LLP, The Grace Building, 1114 Avenue of the Americas, New York, New York 10036 (Attn: David M. Posner and Gianfranco Finizio) (Email: dposner@kilpatricktownsend.com; gfinizio@kilpatricktownsend.com) and Morris James LLP, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, Delaware 19899 (Attn: Carl N. Kunz, III) (Email: ckunz@morrisjames.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE LEASE MOTION (SOLELY WITH RESPECT TO THE PORTIONS OF THE LEASE MOTION RELATING TO THE DEBTORS' REQUEST FOR AUTHORIZATION TO (I) ENTER INTO A NEW LEASE AND (II) TRANSFER CERTAIN

OPERATIONS TO THE TRANSFERRED LEASE PREMISES) WILL BE HELD ON **APRIL 9, 2018, AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

Dated: April 4, 2018
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

   */s/ Peter J. Keane*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      joneill@pszjlaw.com
      pkeane@pszjlaw.com

  -and-

Kathryn A. Coleman
Christopher Gartman
Jacob Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
      chris.gartman@hugheshubbard.com
      jacob.gartman@hugheshubbard.com

*Counsel for the Debtors*