# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL, INC.,** *et al.*,[1] | Case No. 18-10189 (KG) |
| **Debtors.** | (Jointly Administered) |

## MOTION TO FILE UNDER SEAL
## PURSUANT TO BANKRUPTCY RULE 9018 AND LOCAL RULE 9018-1(b)

Mbago Kaniki ("Kaniki"), a long-time shareholder of Debtor, Patriot National, Inc. ("Patriot"),[2] submits this motion for entry of an order permitting him to file under seal ("Seal Motion"), pursuant to Bankruptcy Rule 9018 and Local Rule 9018-1(b) an amended motion ("Amended Motion"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"),[3] which modifies the Motion of Mbago Kaniki for an Order Pursuant to Fed. R. Bankr. P. 2004, Directing Cerberus Business Finance, LLC to Produce Documents [ECF 386] ("Rule 2004 Motion") in two respects : (a) to add a request for the examination of Mr. Paul Lusardi, Managing Director of Cerberus Business Finance, LLC ("Cerberus"); and (b) to alter

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301. The debtors in the jointly administered cases are collectively referred to as the "**Debtors**."

[2] Kaniki has been a shareholder of Patriot since February 2016, and owns more than 4.5% of Patriot's shares. He is therefore a party in interest here.

[3] Kaniki has combined the Order Requesting Documents submitted with the Rule 2004 Motion (defined below), and this request for an examination of Mr. Paul Lusardi in this proposed order. He has also shortened the time to produce documents to two days from seven.

the previous Rule 2004 Motion to request expedited production of documents two days after the entry of an order. Kaniki respectfully states as follows:

## BACKGROUND

On March 14, 2018, Kaniki filed the Rule 2004 Motion. It requested that documents be produced seven days after an order was entered granting the Rule 2004 Motion. A hearing on the Rule 2004 Motion was scheduled for April 2, 2018.

In response to the Rule 2004 Motion, Cerberus agreed voluntarily to produce documents to Kaniki. Pursuant to a Confidentiality Agreement dated March 20, 2018, Kaniki agreed not to disclose documents it received from Cerberus that were marked confidential in the Debtors' chapter 11 cases, except pursuant to a filing under seal.

After a voluntary production was offered by Cerberus, the hearing scheduled for April 2, 2018 was adjourned to April 9, 2018 on consent of both parties. Cerberus voluntarily produced documents, and this production is continuing and has not yet been completed. Almost all of the documents received from Cerberus were marked Confidential (the "Confidential Cerberus Documents").

Cerberus' counsel will be provided a copy of the proposed Amended Motion as of the date of this Seal Motion.

## REQUESTED RELIEF

Kaniki seeks to file the Amended Motion. It contains information taken or derived from the Confidential Cerberus Documents. The Amended Motion seeks an examination of Cerberus on an expedited basis and expedited production of documents in the event that Cerberus has not fully produced necessary documents by the hearing date on April 9th.

The grounds for an examination of Mr. Paul Lusardi, Managing Director of Cerberus, includes a description of facts relating to the Cerberus' extension of financing to Patriot. These facts include information taken or derived from Confidential Cerberus Documents. Without this information, Kaniki cannot fully apprise the Court of the need for the examination of Mr. Lusardi.

Dated: Wilmington, Delaware
April 4, 2018

                              ROSENTHAL, MONHAIT & GODDESS, PA

                              By: /s/ Edward B. Rosenthal
                              Edward B. Rosenthal, Esq. (DE 3131)
                              Norman M. Monhait, Esq. (DE 1040)
                              919 N. Market Street, Suite 1401
                              P.O. Box 1070
                              Wilmington, Delaware 19899-1070
                              Tel: (302) 656-4433
                              Fax: (302) 658-7567
                              Email: erosenthal@rmgglaw.com
                              nmonhait@rmgglaw.com

                                            -and-

                              REID COLLINS & TSAI LLP

                              Angela J. Somers (*pro hac vice*)
                              810 Seventh Avenue, Suite 410
                              New York, New York 10019
                              Tel: (212) 344-5200
                              Fax: 212) 344-5299
                              Email: asomers@rctlegal.com

                              Eric D. Madden (*pro hac vice*)
                              Thanksgiving Tower
                              1601 Elm Street
                              Dallas, Texas 75201
                              Tel: (214) 420-8900
                              Fax: (214) 420-8909
                              Email: emadden@rctlegal.com

                              *Counsel to Mbago Kaniki*