# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL, INC., *et al.*,** <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) <br><br> *Re Dkt #513* |

## ORDER AUTHORIZING MBAGO KANIKI'S MOTION TO FILE UNDER SEAL PURSUANT TO BANKRUPTCY RULE 9018 AND LOCAL RULE 9018-1(b)

Mbago Kaniki's ("Kaniki") motion for entry of an order permitting him to file under seal ("Seal Motion"), pursuant to Bankruptcy Rule 9018 and Local Rule 9018-1(b) an amended motion ("Amended Motion"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), which modifies the Motion of Mbago Kaniki for an Order Pursuant to Fed. R. Bankr. P. 2004, Directing Cerberus Business Finance, LLC to Produce Documents [ECF 386] ("Rule 2004 Motion") (a) adding a request for the examination of Mr. Paul Lusardi, Managing Director of Cerberus Business Finance, LLC ("Cerberus"); and (b) altering the previous Rule 2004 Motion to request expedited production of documents two days after the entry of an order.

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Court retains jurisdiction to resolve all disputes that may arise among the parties regarding this Order, and to interpret, implement, and enforce the provisions of this Order.

Dated: April 5, 2018
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE