IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PATRIOT NATIONAL, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket No. 402** |

## ORDER GRANTING APPLICATION AUTHORIZING AND APPROVING THE EMPLOYMENT OF MORRIS JAMES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 19, 2018

Upon consideration of the Application for Entry of an Order Authorizing and Approving the Employment of Morris James LLP ("Morris James") as Counsel for the Official Committee of Unsecured Creditors (the "Committee"), *Nunc Pro Tunc* to February 19, 2018 (the "Application"),[1] and upon the Declaration of Carl N. Kunz, III, an attorney with Morris James, in support of the Application (the "Kunz Declaration"); the Court being satisfied based on the representations made in the Application and in the Kunz Declaration that said attorneys represent no interest adverse to the Committee, that they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1103(b) of the Bankruptcy Code, and that their employment is necessary and would be in the best interests of the Committee, and after due deliberation and sufficient cause appearing therefore; IT IS HEREBY:

ORDERED THAT the Application is GRANTED as set forth herein; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Application.

ORDERED that, pursuant to sections 328 and 1103(a) of the Bankruptcy Code, the committee is authorized to employ and retain Morris James as bankruptcy counsel *nunc pro tunc* to February 19, 2018; and it is further

ORDERED that Morris James shall apply for compensation and professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code, and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court. Morris James also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by the Firm in these chapter 11 cases; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implemental of this Order.

Dated: This 5th day of April, 2018

_____
The Honorable Kevin Gross
United States Bankruptcy Judge