IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) |
| | ) Chapter 11 |
| | ) |
| PATRIOT NATIONAL, INC., | ) Case No. 18-10189 (KG) |
| et al., | ) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | Ref. Docket No. 401 |

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KILPATRICK TOWNSEND & STOCKTON LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PATRIOT NATIONAL, INC., *ET AL.*, *NUNC PRO TUNC* TO FEBRUARY 19, 2018

This matter is before the Court upon the Application of the Official Committee of Unsecured Creditors of Patriot National, Inc., *et al.* for Entry of an Order Authorizing the Employment and Retention of Kilpatrick Townsend & Stockton LLP as Its Attorneys, *Nunc Pro Tunc* to February 19, 2018 (the "Application"), filed by the Official Committee of Unsecured Creditors (the "Committee") on March 19, 2018, pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2014 and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware. In the Application, the Committee seeks authority to retain and employ Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend") as its attorneys, effective as of February 19, 2018. Upon the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

representations that, while employed by the Committee, Kilpatrick Townsend does not represent any other entity having an adverse interest in connection with these chapter 11 cases in accordance with section 1103(b) of the Bankruptcy Code, and that Kilpatrick Townsend has disclosed any connections with parties set forth in Rule 2014 of the Bankruptcy Rules; and it appearing that the relief requested in the Application is in the best interest of the Committee and the Debtors' estates, and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and having reviewed the Application and the accompanying Declaration of David M. Posner in Support of Application of the Official Committee of Unsecured Creditors of Patriot National, Inc., *et al.* for Entry of An Order Authorizing the Employment and Retention of Kilpatrick Townsend & Stockton LLP As Its Attorneys, *Nunc Pro Tunc* to February 19, 2018, the Court finds and determines that Kilpatrick Townsend does not represent any other entity having an adverse interest in connection with these chapter 11 cases in accordance with section 1103(b) of the Bankruptcy Code. Due and proper notice of the Application having been provided, and it appearing that no other or further notice is necessary or required, and the Court having reviewed the Application and having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein, and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. Pursuant to sections 328 and 1103(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules, the Committee is authorized to employ and retain Kilpatrick Townsend as its counsel in these chapter 11 cases, with such employment being effective February 19, 2018.

4. Kilpatrick Townsend shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and any other applicable procedures and orders of this Court.

5. Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by such notice.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
April 5, 2018

_____
The Honorable Kevin Gross
United States Bankruptcy Judge