# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PATRIOT NATIONAL, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered)<br><br>Re: Docket Nos.: 12, 55, 316 and 537 |

Objection Deadline: April 17, 2018 at 4:00 p.m. (ET)
Final Hearing Date: April 24, 2018 at 11:00 a.m. (ET)

## NOTICE OF ENTRY OF THIRD INTERIM ORDER AND FINAL HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING DEBTORS TO CONTINUE THEIR PREPETITION PRACTICES WITH RESPECT TO THEIR PASS-THROUGH BANK ACCOUNT AND (B) AUTHORIZING BANKS TO HONOR RELATED TRANSFERS

TO: (i) the U.S. Trustee; (ii) counsel for Cerberus Business Finance, LLC, as the administrative agent for the DIP Lenders and for the prepetition secured lenders; (iii) counsel to the Official Committee of Unsecured Creditors, (iv) all the parties that have requested notice in this proceeding pursuant to Bankruptcy Rule 2002; and (v) Connecticut Community Bank; and (vi) the Insurance Carriers.

**PLEASE TAKE NOTICE** that on January 30, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Continue Their Prepetition Practices With Respect to Their Pass-Through Bank Account and (B) Authorizing Banks to Honor Related Transfers* (the "Motion") [Docket No. 12] with the United States Bankruptcy

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on February 1, 2018, the Bankruptcy Court granted interim relief on the Motion and entered the [Signed] *Interim Order (A) Authorizing Debtors to Continue Their Prepetition Practices With Respect to Their Pass-Through Bank Account and (B) Authorizing Banks to Honor Related Transfers* (the "Interim Order") [Docket No. 55]. You were previously served with a copy of the Motion and Interim Order.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court held a further interim hearing on March 8, 2018, and entered the [Signed] *Second Interim Order (A) Authorizing Debtors to Continue Their Prepetition Practices With Respect to Their Pass-Through Bank Account and (B) Authorizing Banks to Honor Related Transfers* (the "Second Interim Order") [Docket No. 316]. You were previously served with a copy of the Second Interim Order.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court held a further interim hearing on April 9, 2018, and entered the [Signed] *Third Interim Order (A) Authorizing Debtors to Continue Their Prepetition Practices With Respect to Their Pass-Through Bank Account and (B) Authorizing Banks to Honor Related Transfers* [Docket No. 537].

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of a final order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **April 17, 2018 at 4:00 p.m. (Eastern time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) Patriot National, Inc., 401 East Las Olas

Blvd., Suite 1650, Fort Lauderdale, FL 33301 (Attn: Gex F. Richardson); (ii) counsel to the Debtors, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Kathryn A. Coleman) (Email: katie.coleman@hugheshubbard.com) and Pachulski Stang Ziehl & Jones, 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones) (Email: ljones@pszjlaw.com); (iii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Linda Casey) (Email: Linda.Casey@usdoj.gov); (iv) counsel to Cerberus Business Finance, LLC, as Prepetition Agent and DIP Agent, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022 (Attn: Adam C. Harris, Esq. and Eliot Relles) (Email: adam.harris@srz.com; eliot.relles@srz.com) and Landis Rath & Cobb LLP, 919 North Market Street, Suite 1800, Wilmington, DE 19801 (Attn: Adam G. Landis) (Email: landis@lrclaw.com); and (v) proposed counsel to the Official Committee of Unsecured Creditors, Kilpatrick Townsend & Stockton LLP, The Grace Building, 1114 Avenue of the Americas, New York, New York 10036 (Attn: David M. Posner and Gianfranco Finizio) (Email: dposner@kilpatricktownsend.com; gfinizio@kilpatricktownsend.com) and Morris James LLP, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, Delaware 19899 (Attn: Carl N. Kunz, III) (Email: ckunz@morrisjames.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **APRIL 24, 2018 AT 11:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY

COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: April 9, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>   joneill@pszjlaw.com<br>   pkeane@pszjlaw.com<br><br>   -and-<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Jacob Gartman<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email: katie.coleman@hugheshubbard.com<br>   chris.gartman@hugheshubbard.com<br>   jacob.gartman@hugheshubbard.com<br><br>*Counsel for the Debtors* |