# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE                                          )
PATRIOT NATIONAL, INC.,                         ) Case No. 18-10189
                                                ) Chapter 11
                          Debtor(s)             )

## MISSOURI DEPARTMENT OF REVENUE OBJECTION
## TO THIRD AMENDED CONFIRMATION OF DEBTORS' PLAN OF
## REORGANIZATION

The Missouri Department of Revenue (MDOR), pursuant to 11 U.S.C. §1128(b) of the Bankruptcy Code, hereby objects to the third amended confirmation of Debtors' Plan of Reorganization (Plan) for the following stated reasons:

1.   MDOR has filed Priority Tax Claims totaling $61, 240.06.

2.   The Plan provides several options for payment of the Allowed Priority Tax Claims. One of those options is treatment in a manner consistent with 11 U.S.C. §1129(a)(9)(C). This code section provides for regular installment payments in cash over a period ending not later than 5 years after the date of the order for relief under section 301, 302, or 303.

3.   If this manner of payment is chosen by Debtors, there is no indication as to when payments would commence. The language of 11 U.S.C. §1129(a)(9)(C) provides a deadline by which all payment must be made but does not provide any guidance as to when the payments should commence or how frequently they will be made.

4.   Since the Plan does not address the commencement or frequency of payments, it lacks specificity and, as such, would be extremely difficult to enforce in the event of a default in plan payments.

MDOR requests that the court deny confirmation of Debtors' Plan of Reorganization and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

Josh Hawley, Attorney General
State of Missouri


By: /s/ Sheryl L. Moreau
Sheryl L. Moreau, Mo. Bar #34690
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475
(573) 751-5531 FAX (573) 751-7232
Attorney for Department of Revenue


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically and served upon all those who receive electronic notification on August 10, 2018.

/s/ Sheryl L. Moreau