# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PATRIOT NATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br><u>Related D.I.</u>: 559, 560, 563 |

## NOTICE OF HEARING REGARDING RECEIVER OF ULLICO CASUALTY COMPANY IN LIQUIDATION'S MOTION FOR ABSTENTION AND <u>RELIEF FROM AUTOMATIC STAY</u>

**PLEASE TAKE NOTICE** that on April 12, 2018, the Honorable Trinidad Navarro, Insurance Commissioner of the State of Delaware, in his capacity as the Receiver (the "**Receiver**") of Ullico Casualty Company in Liquidation ("**Ullico Casualty**"), by and through his undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") the *Receiver of Ullico Casualty Company in Liquidation's Motion for Abstention and Relief from Automatic Stay* [D.I. 559] (the "**Motion for Abstention**"). You were previously served with a copy of the Motion for Abstention.

**PLEASE TAKE FURTHER NOTICE** that on April 13, 2018, the Court entered the *Order Shortening Notice Regarding Receiver of Ullico Casualty Company in Liquidation's Motion for Abstention and Relief from Automatic Stay* [D.I. 563] (the "**Order Shortening Notice**"). A copy of the Order Shortening Notice is being served on you concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Shortening Notice, any response or objection to the Motion for Abstention must be filed on or before **April 20, 2018 at 4:00 p.m. (EDT)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response or objection upon the undersigned counsel to the Receiver so as to be received on or before the Objection Deadline.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (7695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate. Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion for Abstention will be held before the Honorable Kevin Gross on **April 24, 2018 at 10:00 a.m. (EDT)** at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION FOR ABSTENTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 13, 2018  
      Wilmington, Delaware

BAYARD, P.A.

*/s/ GianClaudio Finizio*
Neil B. Glassman (No. 2087)
Scott D. Cousins (No. 3079)
GianClaudio Finizio (No. 4253)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: nglassman@bayardlaw.com
      scousins@bayardlaw.com
      gfinizio@bayardlaw.com
      emiller@bayardlaw.com

*Attorneys for The Honorable Trinidad Navarro, Insurance Commissioner of the State of Delaware, as Receiver of Ullico Casualty Company in Liquidation*