## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
:
*In re*:                 :    Chapter 11
:
PATRIOT NATIONAL, INC., *et al.*,[1]   :    Case No. 18-10189 (KG)
                              :    (Jointly Administered)
         Debtors.        :
                              :    **Obj. Deadline: May 8, 2018 at 4:00 p.m. (ET)**
-------------------------------------------------------x

### NOTICE OF MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2018 THROUGH MARCH 31, 2018

TO:      (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

       **PLEASE TAKE NOTICE** that, in accordance with the *Order Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 187] (the "**Interim Compensation Order**"), Prime Clerk LLC filed the attached *Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2018 through March 31, 2018* (the "**Application**").

       **PLEASE TAKE FURTHER NOTICE** that the Application seeks allowance and approval of fees in the aggregate amount of $15,458.50 (of which Prime Clerk LLC seeks payment of 80% or $12,366.80) and reimbursement of expenses in the amount of $216.57.

       **PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **May 8, 2018 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. {9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services; Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by (i) the Notice Parties (as defined in the Interim Compensation Order) and (ii) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, Attn: Shira D. Weiner.

**PLEASE TAKE FURTHER NOTICE** that only if an objection is properly and timely made in accordance with the procedures set forth in the Interim Compensation Order will a hearing be held on the Application.

Dated:  April 17, 2018
        New York, New York

PRIME CLERK LLC

By:      */s/ Shira D. Weiner*
         Shira D. Weiner
         General Counsel
         Prime Clerk LLC
         830 Third Avenue, 9th Floor
         New York, New York 10022
         Phone: (212) 257-5450
         sweiner@primeclerk.com

         *Administrative Advisor to the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                                       :
```
*In re*:                                              :    Chapter 11
```
                                                       :
```
PATRIOT NATIONAL, INC., *et al.*,[1]                  :    Case No. 18-10189 (KG)
```
                                                       :    (Jointly Administered)
```
             Debtors.                      :
```
                                                       :    Obj. Deadline: May 8, 2018 at 4:00 p.m. (ET)
-------------------------------------------------------x
```

### SUMMARY OF MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2018 THROUGH MARCH 31, 2018

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 27, 2018 *nunc pro tunc* to January 30, 2018 |
| Period for which compensation and reimbursement is sought: | March 1, 2018 through March 31, 2018 (the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $15,458.50 (of which Prime Clerk LLC seeks payment of 80% or $12,366.80) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $216.57 |

This is a:  ___X___ monthly _____ final application.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. {9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services; Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

The total time expended for the preparation of Prime Clerk LLC's monthly fee application is approximately 3.0 hours.  The corresponding compensation is not included herein but will be requested in a future application.

### Prior Applications

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback |
| | | Fees | Expenses | Fees | Expenses | 20% |
|---|---|---|---|---|---|---|
| 3/22/18; ECF No. 420 | 1/30/18 – 1/31/18; 2/1/18 – 2/28/18 | $25,870.50 (payment of 80% or $20,696.40 | $20.00 | $20,696.40[2] | $20.00 | $5,174.10 |

### Summary of Hours Billed by Prime Clerk Employees During the Fee Period

| Prime Clerk Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 1.90 | $210.00 | $399.00 |
| Pullo, Christina | Director of Solicitation | 3.00 | $210.00 | $630.00 |
| Adler, Adam M | Director | 0.30 | $195.00 | $58.50 |
| Weiner, Shira D | Director | 1.80 | $195.00 | $351.00 |
| Brown, Mark M | Solicitation Consultant | 10.90 | $190.00 | $2,071.00 |
| Crowell, Messiah L | Solicitation Consultant | 3.20 | $190.00 | $608.00 |
| Deboissiere, Michael | Solicitation Consultant | 5.70 | $190.00 | $1,083.00 |
| Labissiere, Pierre | Solicitation Consultant | 3.80 | $190.00 | $722.00 |
| Lonergan, Senan L | Solicitation Consultant | 12.00 | $190.00 | $2,280.00 |
| McLean, Gabriel A | Solicitation Consultant | 9.40 | $190.00 | $1,786.00 |
| Orchowski, Alex T | Solicitation Consultant | 4.80 | $190.00 | $912.00 |
| Scully, Nikesha C | Solicitation Consultant | 19.00 | $190.00 | $3,610.00 |
| Taatjes, Hayden S | Solicitation Consultant | 1.40 | $190.00 | $266.00 |
| Roberts, Sarah B | Senior Consultant | 0.30 | $165.00 | $49.50 |
| Higgins, Sebastian V | Consultant | 2.20 | $105.00 | $231.00 |
| Bindra, Shamick J | Technology Consultant | 0.90 | $95.00 | $85.50 |
| Carpenter, Mary J | Consultant | 1.20 | $95.00 | $114.00 |
| Duncan, nicholas D | Technology Consultant | 0.90 | $90.00 | $81.00 |
| Jordan, Stephanie | Analyst | 2.10 | $50.00 | $105.00 |
| Reyes, Ronald A | Technology Consultant | 0.40 | $40.00 | $16.00 |
| | **Total:** | **85.20** | | **$15,458.50** |
| | **Blended Rate** | | **$181.44** | |

---

[2] This amount has been approved pursuant to the Certificate of No Objection filed at Docket No. 577.  To date, this amount has not yet been paid.

**Summary of Fees Billed by Subject Matter During the Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Ballots | 13.90 | $1,810.50 |
| Call Center / Credit Inquiry | 19.60 | $3,724.00 |
| Retention / Fee Application | 2.40 | $459.00 |
| Solicitation | 49.30 | $9,465.00 |
| | **85.20** | **$15,458.50** |

**Summary of Expenses Incurred During the Fee Period**

| Description | Total Expenses Requested |
|---|---|
| After Hours Transportation | $216.57 |
| **Total:** | **$216.57** |

*[Remainder of page intentionally left blank]*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                         :

*In re*:                                        :    Chapter 11
                                           :

PATRIOT NATIONAL, INC., *et al.*,[1]    :    Case No. 18-10189 (KG)
                                         :    (Jointly Administered)

             Debtors.           :
                                         :    **Obj. Deadline: May 8, 2018 at 4:00 p.m. (ET)**
------------------------------------------------------- x

## MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2018 THROUGH MARCH 31, 2018

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to Patriot National, Inc. and

certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this

monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of the

United States Code (the *"**Bankruptcy Code**"*), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States

Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented,

the "**Local Bankruptcy Rules**") and the *Order Pursuant to Sections 105(a), 330, and 331 of the*

*Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 187] (the

"**Interim Compensation Order**"), for payment of compensation for professional services

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. {9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services; Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from March 1, 2018 through March 31, 2018 (the "**Fee Period**").  In support of this Application, Prime Clerk respectfully represents as follows:

<u>**Preliminary Statement**</u>

1.      Pursuant to this Application, Prime Clerk seeks allowance and approval of aggregate fees in the amount of $15,458.50 (of which Prime Clerk seeks payment of 80% or $12,366.80) and reimbursement of expenses in the amount of $216.57.

2.      On January 29, 2018, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date* [Docket No. 186], which authorized the Debtors to retain Prime Clerk as administrative advisor in these chapter 11 cases *nunc pro tunc* to the Petition Date (as defined below).  In addition, pursuant to the Interim Compensation Order, the Court authorized Prime Clerk to file this Application for monthly compensation and authorized the Debtors to compensate Prime Clerk in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.      Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Prime Clerk an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

**Jurisdiction**

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

**Background**

7.      On January 30, 2018 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

**Relief Requested**

8.      By this Application, Prime Clerk requests (a) allowance and approval of aggregate fees in the amount of $15,458.50 (of which Prime Clerk LLC seeks payment of 80% or $12,366.80) on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk, and (b) reimbursement of actual and necessary costs and expenses in the amount of $216.57.

**Compliance with the Interim Compensation Order**

9.      Prime Clerk has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Prime Clerk professionals billed a total of 85.20 hours for which compensation is requested.  Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover

3

routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.     Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

### Summary of Professional Services Rendered

11.     The professional services that Prime Clerk rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Ballots

    Fees:  $1,810.50; Hours:  13.90

    Ballots services provided included processing incoming ballots, including receiving, reviewing and analyzing incoming ballots for timeliness and validity, inputting ballots into the voting database and auditing same, and providing technical support for processing of electronically filed ballots.

- Call Center / Credit Inquiry

    Fees:  $3,724.00; Hours:  19.60

    Call Center / Credit Inquiry services provided included: (i) responding to creditor and nominee inquiries related to the solicitation of the Debtors' plan of reorganization; and (ii) preparing and updating responses to frequently asked questions for use in connection with solicitation inquiries.

- Retention / Fee Application

Fees:  $459.00; Hours:  2.40

Retention / Fee Application services provided included drafting, revising and finalizing Prime Clerk's fee application for the periods (i) January 30, 2018 through January 31, 2018 and (ii) February 1, 2018 through February 28, 2018, filed at Docket No. 420.

- Solicitation

Fees:  $9,465.00; Hours:  49.30

Solicitation services provided included: (i) reviewing and commenting upon solicitation documents in preparation for solicitation of the Debtors' plan of reorganization; (ii) responding to inquiries from Debtors' counsel related to the solicitation of the Debtors' plan of reorganization; (iii) conferring and coordinating among the Prime Clerk case team regarding the solicitation process; (iv) preparing the plan class reports in connection with the solicitation of the plan of reorganization; and (v) creating and formatting the preliminary voting report for circulation to the Debtors' professionals.

## Summary of Expenses Incurred

12.    In rendering the services described herein, Prime Clerk incurred actual and necessary expenses in the aggregate amount of $216.57 during the Fee Period for after hours transportation.  Attached hereto as **Exhibit B** is a list of expenses incurred by each Prime Clerk employee during the Fee Period.

## Representations and Reservation of Rights

13.    The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

14.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period.  Prime Clerk reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

### Notice

15.    Prime Clerk has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order.  In light of the nature of the relief requested herein, Prime Clerk respectfully submits that no further notice is necessary.

### Conclusion

**WHEREFORE**, pursuant to the Interim Compensation Order, Prime Clerk requests: (a) allowance and approval of fees in the aggregate amount of $15,458.50 (of which Prime Clerk LLC seeks payment of 80% or $12,366.80) on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk; and (b) reimbursement of actual and necessary costs and expenses in the amount of $216.57.

Dated:  April 17, 2018
         New York, New York

*/s/ Shira D. Weiner*
Shira D. Weiner
General Counsel
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, New York 10022
Phone: (212) 257-5450
Fax: (212) 257-5452
sweiner@primeclerk.com

*Administrative Advisor to the Debtors*

6

## VERIFICATION

STATE OF NEW YORK    )
                               )    SS:
COUNTY OF NEW YORK   )

       I, Shira D. Weiner, after being duly sworn according to law, depose and say:

1.     I am the General Counsel of Prime Clerk LLC.

2.     I am generally familiar with the work performed on behalf of the Debtors by Prime Clerk professionals.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4.     I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

_____
Shira D. Weiner

SWORN TO AND SUBSCRIBED before me this 17th day of April, 2018.

_____
Notary Public

JESSICA G. BERMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02BE6333754
Qualified in Nassau County
Commission Expires 11/16/2019

**<u>Exhibit A</u>**

**Fee Detail**



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

**Hourly Fees by Employee through March  2018**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| RAR | Reyes, Ronald A | TC - Technology Consultant | 0.40 | $40.00 | $16.00 |
| SJ | Jordan, Stephanie | AN - Analyst | 2.10 | $50.00 | $105.00 |
| NDD | Duncan, Nicholas D | TC - Technology Consultant | 0.90 | $90.00 | $81.00 |
| MJJC | Carpenter, Mary J | CO - Consultant | 1.20 | $95.00 | $114.00 |
| SJB | Bindra, Shamick J | TC - Technology Consultant | 0.90 | $95.00 | $85.50 |
| SVH | Higgins, Sebastian V | CO - Consultant | 2.20 | $105.00 | $231.00 |
| SBR | Roberts, Sarah B | SC - Senior Consultant | 0.30 | $165.00 | $49.50 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 10.90 | $190.00 | $2,071.00 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 3.20 | $190.00 | $608.00 |
| MD | Deboissiere, Michael | SA - Solicitation Consultant | 5.70 | $190.00 | $1,083.00 |
| PL | Labissiere, Pierre | SA - Solicitation Consultant | 3.80 | $190.00 | $722.00 |
| SLL | Lonergan, Senan L | SA - Solicitation Consultant | 12.00 | $190.00 | $2,280.00 |
| GAAM | McLean, Gabriel A | SA - Solicitation Consultant | 9.40 | $190.00 | $1,786.00 |
| ATO | Orchowski, Alex T | SA - Solicitation Consultant | 4.80 | $190.00 | $912.00 |
| NCS | Scully, Nikesha C | SA - Solicitation Consultant | 19.00 | $190.00 | $3,610.00 |
| HST | Taatjes, Hayden S | SA - Solicitation Consultant | 1.40 | $190.00 | $266.00 |
| AMA | Adler, Adam M | DI - Director | 0.30 | $195.00 | $58.50 |
| SW | Weiner, Shira D | DI - Director | 1.80 | $195.00 | $351.00 |
| JFD | Daloia, James F | DS - Director of Solicitation | 1.90 | $210.00 | $399.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 3.00 | $210.00 | $630.00 |
| | | **TOTAL:** | **85.20** | | **$15,458.50** |

**Hourly Fees by Task Code through March  2018**

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| BALL | Ballots | 13.90 | $1,810.50 |

Patriot National, Inc.                                                                                 Page 2
                                                                                        Invoice #: 6841

| INQR | Call Center / Credit Inquiry | | 19.60 | $3,724.00 |
|------|------------------------------|--|-------|-----------|
| RETN | Retention / Fee Application | | 2.40 | $459.00 |
| SOLI | Solicitation | | 49.30 | $9,465.00 |
| | | **TOTAL:** | **85.20** | **$15,458.50** |

Patriot National, Inc.                                                                                          Page 3

                                                                                            Invoice #: 6841

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 03/01/18 | GAAM | SA | Respond to creditor inquiry related to upcoming solicitation | Call Center / Credit Inquiry | 0.30 |
| 03/06/18 | GAAM | SA | Respond to creditor inquiries related to upcoming solicitation | Call Center / Credit Inquiry | 1.00 |
| 03/06/18 | MD | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 1.30 |
| 03/06/18 | MD | SA | Update FAQ materials for use in responding to solicitation inquiries | Call Center / Credit Inquiry | 0.80 |
| 03/06/18 | MMB | SA | Respond to creditor inquiry related to upcoming solicitation | Call Center / Credit Inquiry | 0.70 |
| 03/06/18 | PL | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 0.60 |
| 03/06/18 | PL | SA | Confer and coordinate with case team re the upcoming solicitation | Solicitation | 0.20 |
| 03/07/18 | GAAM | SA | Respond to creditor inquiries related to upcoming solicitation | Call Center / Credit Inquiry | 1.00 |
| 03/07/18 | MMB | SA | Respond to creditor inquiries related to upcoming solicitation | Call Center / Credit Inquiry | 1.60 |
| 03/07/18 | PL | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 0.70 |
| 03/07/18 | PL | SA | Prepare for and participate in telephone conference with Hughes Hubbard re solicitation | Solicitation | 0.30 |
| 03/08/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.10 |
| 03/08/18 | PL | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 1.40 |
| 03/08/18 | PL | SA | Review and respond to inquiry from Hughes Hubbard related to the upcoming solicitation | Solicitation | 0.60 |
| 03/09/18 | ATO | SA | Review and respond to inquiry from debtors' counsel related to solicitation | Solicitation | 0.40 |
| 03/09/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.30 |
| 03/12/18 | ATO | SA | Prepare plan class reports for upcoming solicitation | Solicitation | 2.40 |
| 03/12/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.30 |
| 03/12/18 | MMB | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 0.90 |
| 03/12/18 | NCS | SA | Confer and coordinate with case team re upcoming solicitation | Solicitation | 0.20 |
| 03/12/18 | NCS | SA | Prepare plan class reports for upcoming solicitation | Solicitation | 2.00 |
| 03/12/18 | NCS | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 1.40 |

Patriot National, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 03/12/18 | SLL | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 3.00 |
| 03/12/18 | SLL | SA | Prepare plan class reports for upcoming solicitation | Solicitation | 4.00 |
| 03/13/18 | ATO | SA | Prepare for and participate in telephone conference with debtors' counsel re solicitation | Solicitation | 0.50 |
| 03/13/18 | CP | DS | Coordinate with Prime Clerk case team and Hughes Hubbard regarding solicitation issues | Solicitation | 0.60 |
| 03/13/18 | JFD | DS | Review and provide comments to plan class report | Solicitation | 1.90 |
| 03/13/18 | NCS | SA | Confer and coordinate with case team re upcoming solicitation | Solicitation | 0.20 |
| 03/13/18 | NCS | SA | Prepare for and participate in telephone conference with counsel re solicitation | Solicitation | 0.30 |
| 03/13/18 | NCS | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 1.20 |
| 03/13/18 | SLL | SA | Prepare plan class reports for upcoming solicitation | Solicitation | 2.00 |
| 03/13/18 | SW | DI | Draft monthly fee application | Retention / Fee Application | 1.60 |
| 03/14/18 | CP | DS | Coordinate with Hughes Hubbard and Prime Clerk case team regarding solicitation issues | Solicitation | 0.40 |
| 03/14/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.50 |
| 03/14/18 | MMB | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 1.20 |
| 03/14/18 | NCS | SA | Prepare for and participate in telephone conference with counsel re solicitation | Solicitation | 0.20 |
| 03/14/18 | NCS | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 2.70 |
| 03/15/18 | CP | DS | Coordinate with Prime Clerk case team and Hughes Hubbard regarding ballot issues | Solicitation | 0.70 |
| 03/15/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.60 |
| 03/16/18 | CP | DS | Coordinate with Prime Clerk case team regarding solicitation and ballot issues | Solicitation | 0.50 |
| 03/16/18 | MD | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 0.80 |
| 03/16/18 | NDD | TC | Technical support for processing of electronically filed ballots | Ballots | 0.90 |
| 03/16/18 | SJB | TC | Technical support for processing of electronically filed ballots | Ballots | 0.90 |
| 03/19/18 | MD | SA | Review and analyze incoming ballots for validity | Ballots | 0.30 |
| 03/19/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.10 |
| 03/19/18 | MMB | SA | Respond to creditor inquiry related to plan solicitation | Call Center / Credit Inquiry | 0.30 |
| 03/19/18 | NCS | SA | Confer and coordinate with case team re ongoing solicitation | Solicitation | 0.20 |
| 03/19/18 | SLL | SA | Update case website with solicitation materials | Solicitation | 3.00 |

Patriot National, Inc.

| 03/19/18 | SVH | CO | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.30 |
|---|---|---|---|---|---|
| 03/20/18 | GAAM | SA | Respond to nominee inquiry related to ongoing solicitation | Call Center / Credit Inquiry | 0.50 |
| 03/20/18 | MD | SA | Respond to creditor inquiry related to plan solicitation | Call Center / Credit Inquiry | 0.80 |
| 03/20/18 | MD | SA | Confer and coordinate with case team re ongoing solicitation | Solicitation | 0.10 |
| 03/20/18 | MMB | SA | Respond to creditor inquiry related to plan solicitation | Call Center / Credit Inquiry | 0.70 |
| 03/20/18 | MMB | SA | Review correspondence related to ongoing solicitation | Solicitation | 0.20 |
| 03/20/18 | SVH | CO | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.60 |
| 03/21/18 | AMA | DI | Review and revise monthly fee application | Retention / Fee Application | 0.30 |
| 03/21/18 | ATO | SA | Review and respond to inquiry from debtors' counsel related to solicitation | Solicitation | 0.10 |
| 03/21/18 | CP | DS | Coordinate with Prime Clerk case team and Hughes Hubbard regarding solicitation issues | Solicitation | 0.80 |
| 03/21/18 | GAAM | SA | Respond to nominee inquiries related to ongoing solicitation | Call Center / Credit Inquiry | 1.80 |
| 03/21/18 | NCS | SA | Respond to nominee inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.40 |
| 03/22/18 | MMB | SA | Respond to creditor inquiry related to plan solicitation | Call Center / Credit Inquiry | 0.90 |
| 03/22/18 | NCS | SA | Respond to nominee inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.00 |
| 03/22/18 | NCS | SA | Confer and coordinate with case team re ongoing solicitation | Solicitation | 0.20 |
| 03/22/18 | SBR | SC | Review, file and coordinate service for Prime Clerk's combined monthly fee application | Retention / Fee Application | 0.30 |
| 03/22/18 | SW | DI | Finalize monthly fee application | Retention / Fee Application | 0.20 |
| 03/23/18 | GAAM | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 03/23/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.30 |
| 03/23/18 | MMB | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.70 |
| 03/23/18 | RAR | TC | Technical support for export of ballot data | Ballots | 0.40 |
| 03/23/18 | SJ | AN | Record receipt and timeliness of incoming ballots | Ballots | 0.70 |
| 03/23/18 | SVH | CO | Record receipt and timeliness of incoming ballots | Ballots | 0.30 |
| 03/26/18 | HST | SA | Review and analyze incoming ballots for validity | Ballots | 0.50 |
| 03/26/18 | MD | SA | Review and analyze incoming ballots for validity | Ballots | 0.70 |
| 03/26/18 | MJJC | CO | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |

Patriot National, Inc.

| 03/26/18 | MLC | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.40 |
|---|---|---|---|---|---|
| 03/26/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 1.20 |
| 03/26/18 | NCS | SA | Review solicitation documents in preparation for ongoing solicitation | Solicitation | 0.70 |
| 03/26/18 | NCS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.40 |
| 03/26/18 | NCS | SA | Respond to nominee inquiries related to plan solicitation | Call Center / Credit Inquiry | 2.00 |
| 03/26/18 | SJ | AN | Record receipt and timeliness of incoming ballots | Ballots | 1.40 |
| 03/26/18 | SVH | CO | Record receipt and timeliness of incoming ballots | Ballots | 0.50 |
| 03/27/18 | ATO | SA | Review and respond to inquiry from debtors' counsel related to solicitation | Solicitation | 0.90 |
| 03/27/18 | GAAM | SA | Respond to creditor inquiry related to ongoing solicitation | Call Center / Credit Inquiry | 0.30 |
| 03/27/18 | GAAM | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 03/27/18 | MD | SA | Review and analyze incoming ballots for validity | Ballots | 0.30 |
| 03/27/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.20 |
| 03/27/18 | MMB | SA | Respond to creditor inquiry related to plan solicitation | Call Center / Credit Inquiry | 0.70 |
| 03/27/18 | NCS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.80 |
| 03/27/18 | NCS | SA | Prepare vote declaration | Solicitation | 1.50 |
| 03/28/18 | GAAM | SA | Respond to creditor inquiry related to ongoing solicitation | Call Center / Credit Inquiry | 0.50 |
| 03/28/18 | GAAM | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 03/28/18 | MMB | SA | Respond to creditor inquiry related to plan solicitation | Call Center / Credit Inquiry | 0.20 |
| 03/29/18 | ATO | SA | Review and respond to inquiry from debtors' counsel related to solicitation | Solicitation | 0.50 |
| 03/29/18 | HST | SA | Review and analyze incoming ballots for validity | Ballots | 0.40 |
| 03/29/18 | HST | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 03/29/18 | MD | SA | Generate bar codes for ballot processing | Ballots | 0.30 |
| 03/29/18 | MD | SA | Review and analyze incoming ballots for validity | Ballots | 0.30 |
| 03/29/18 | MJJC | CO | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 03/29/18 | MLC | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.50 |
| 03/29/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.50 |
| 03/29/18 | NCS | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.40 |
| 03/29/18 | NCS | SA | Confer and coordinate with case team re ongoing solicitation | Solicitation | 0.20 |

Patriot National, Inc.                                                                    Page 7

Invoice #: 6841

| 03/29/18 | NCS | SA | Review and analyze incoming ballots for validity | Ballots | 0.60 |
|---|---|---|---|---|---|
| 03/29/18 | SVH | CO | Record receipt and timeliness of incoming ballots | Ballots | 0.50 |
| 03/30/18 | GAAM | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 03/30/18 | NCS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.40 |

**Total Hours**                    **85.20**

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---|
| After Hours Transportation | | | $216.57 |

**Total Expenses**    **$216.57**

**Exhibit B**

**Detail of Expenses Incurred by Prime Clerk Employees**

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Porter, Christine | 2/20/2018 | After Hours Transportation | $14.51 |
| Garraway, Cosmos | 2/22/2018 | After Hours Transportation | $76.17 |
| Baer, Herb | 2/26/2018 | After Hours Transportation | $104.14 |
| Porter, Christine | 2/27/2018 | After Hours Transportation | $21.75 |
| **Total** | | | **$216.57** |