# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CASE NO. 18-10189-KG |
| PATRIOT NATIONAL, INC. *et al.*, | CHAPTER 11 |
| Debtors. | Re: Docket Nos. 494, 511 |
| _____/ | |

## RESERVATION OF RIGHTS OF CENTRAL FLORIDA EDUCATIORS FEDERAL CREDIT UNION WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING (I) REJECTION OF UNEXPIRED LEASE, AND (II) ABANDONMENT OF ANY PERSONAL PROPERTY THAT REMAINS AT THE LEASED PREMISES

CENTRAL FLORIDA EDUCATORS FEDERAL CREDIT UNION (hereinafter "CFE"), by and through its undersigned counsel, hereby files this Reservation of Rights with Respect to Debtors' Motion for Entry of Orders Authorizing (I) Entry Into a New Orlando, Florida Lease, (II) Transfer of Certain Operations to Certain Lake Mary, Florida Leased Premises, (III) Rejection of Unexpired Lease, and (IV) Abandonment of Any Personal Property That Remains at the Leased Premises (the "Motion to Reject"). In support of this Reservation of Rights, CFE respectfully represents the following:

1. CFE is the landlord of the premises located at 1000 Primera Blvd., Lake Mary, FL 32746 ("Lease") which is the subject Lease that the Debtors are seeking to reject in the Motion to Reject.[1]

2. CFE does not object to the rejection of the Lease.

3. However, in the Motion to Reject, the Debtors make certain factual allegations and corresponding self-serving legal conclusions regarding the Lease. To be clear, CFE disputes

---

[1] On April 3, 2018, CFE filed a Motion to Compel Payment of Rent (Docket No. 492) due to the defaults by the Debtors for failure to pay post-petition rent due under the Lease. The hearing on the Motion to Compel Payment of Rent is currently scheduled for April 24, 2018 at 11:00 a.m. However, CFE has agreed to adjourn the hearing on the Motion to Compel Payment of Rent to the next omnibus hearing on May 15, 2018 at 2:00 p.m.

these factual allegations and legal conclusions made by the Debtors and expressly reserves all of its rights under the Bankruptcy Code and applicable State Law regarding the post-petition defaults by the Debtors under the Lease including, but not limited to, the unpaid post-petition rent.  These rights are not waived by CFE and will be asserted during the hearing on the Motion to Compel Payment of Rent.

SORENSON VAN LEUVEN, PLLC


 /s/ J. Blair Boyd
JAMES E. SORENSON (FL Bar #0086525),
D. TYLER VAN LEUVEN (FL Bar #0178705),
J. BLAIR BOYD (FL Bar #28840), of
Post Office Box 43637
Tallahassee, Florida 32315-3637
Telephone (850) 388-0500
Facsimile (850) 391-6800
*Counsel for Central Florida Educators Federal Credit Union*

-and-

FERRY JOSEPH, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street
Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Telephone (302) 575-1555
Facsimile (302) 575-1714
*Local Counsel for Central Florida Educators Federal Credit Union*

Dated:  April 18, 2018