# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL, INC.,** *et al.,*[1] | Case No. 18-10189 (KG) |
| **Debtors.** | (Jointly Administered) |
|  | Re: Docket No. _604_ |

### ORDER APPROVING STIPULATION EXTENDING TIME TO TAKE ACTION, TO THE EXTENT NECESSARY, TO DETERMINE THE NONDISCHARGEABILITY OF A DEBT OWED TO A GOVERNMENTAL UNIT PURSUANT TO 11 U.S.C. § 1141(d)(6)

Upon consideration of the motion (the "Motion")[2] of Patriot National, Inc. ("Patriot National") and certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), seeking entry of an order approving the Stipulation entered into by and among the Debtors and the Securities and Exchange Commission ("SEC"); and it appearing that the Stipulation and the relief requested in the Motion are in the best interests of the Debtors, their creditors and their estates; and it appearing that proper and adequate notice has been given and that no other or further notice is required; and upon the record herein; and after due deliberation thereon; and sufficient cause appearing therefor; it is hereby ORDERED that:

1.    The Motion is GRANTED.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

2. The Stipulation, attached hereto as Exhibit 1, is approved.

3. The date by which the SEC must file its complaint or take other action that may be required, if any, in these Chapter 11 Cases to determine the nondischargeability of a debt, pursuant to Section 1141(d)(6) of the Bankruptcy Code, shall be July 27, 2018, without prejudice to the SEC's right to seek further extensions of the date and without prejudice to the Debtors' claims, objections, or defenses.

4. Nothing in this Order constitutes a determination that Section 523(c) of the Bankruptcy Code or Bankruptcy Rule 4007(c) applies, or that any deadline exists to seek a determination of nondischargeability under Section 1141(d)(6) of the Bankruptcy Code.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2018

_____
The Honorable Kevin Gross
United States Bankruptcy Judge