**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br> **PATRIOT NATIONAL INC.,** *et al.,* [1] <br> **Debtors.** | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |

**DECLARATION OF CHRISTINA PULLO OF PRIME CLERK LLC REGARDING
SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE
DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

I, Christina Pullo, declare, under the penalty of perjury:

1. I am the Vice President, Solicitation and Public Securities at Prime Clerk LLC ("Prime Clerk"), located at 830 Third Avenue, 9th Floor, New York, New York 10022. I am over the age of eighteen years and not a party to the above-captioned case. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2. I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Debtors' Second Amended Joint Chapter 11 Plan of Reorganization,* dated March 13, 2018 [Docket No. 382] (as amended, supplemented, or modified from time to time, the "Plan")[2]. Except as otherwise noted, all facts set forth herein are based on my personal knowledge,

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

2. All capitalized terms used by not otherwise defined herein have the meanings ascribed to them in the Plan or Disclosure Statement Order (as defined below).

knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of Prime Clerk. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. This Court authorized Prime Clerk's retention as (a) the claims and noticing agent to the above-captioned debtors and debtors in possession (collectively, the "Debtors") pursuant to the *Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent*, dated February 1, 2018 [Docket No. 47] and (b) the administrative advisor pursuant to the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date,* dated February 26, 2018 [Docket No. 186] (the "Retention Orders"). The Retention Orders authorize Prime Clerk to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

4. Pursuant to the *Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018, 3020 and 9006 and Local Rules 2002-1, 3017-1, and 9006-1,* dated March 14, 2018 [Docket No. 381] (the "Disclosure Statement Order"), the Court established procedures to solicit votes from and tabulate ballots submitted by holders entitled to vote on the Plan (the "Solicitation Procedures"). Prime Clerk adhered to the Solicitation Procedures outlined in the Disclosure Statement Order and the ballots,

which were distributed to parties entitled to vote on the Plan. I supervised the solicitation and tabulation performed by Prime Clerk's employees.

5. The Debtors established March 12, 2018 as the record date (the "Voting Record Date")[3] for determining which holders were entitled to vote on the Plan. Pursuant to the Plan and the Solicitation Procedures, only holders as of the Voting Record Date in the following classes were entitled to vote to accept or reject the Plan (together, the "Voting Classes"):

| Plan Class | Class Description |
|---|---|
| 1A | Secured First Lien Lender Claims |
| 1B | First Lien Lender Deficiency Claims |
| 4 | Continuing Vendor Claims and Continuing Retail Agents Claims |
| 5 | General Unsecured Claims |

No other classes under the Plan were entitled to vote on the Plan.

6. In accordance with the Solicitation Procedures, Prime Clerk worked closely with the Debtors and its advisors to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date and to coordinate the distribution of solicitation materials to these holders. A detailed description of Prime Clerk's distribution of solicitation materials is set forth in Prime Clerk's *Affidavit of Service of Solicitation Materials*, which was filed with this Court on March 21, 2018 [Docket No. 419].

7. Further, in accordance with the Solicitation Procedures, Prime Clerk reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan. Each ballot submitted to Prime Clerk was date-stamped, scanned, assigned a ballot number, entered into Prime Clerk's voting database, and processed in accordance with the Solicitation Procedures. To be

---

3 In accordance with the Solicitation Procedures, holders of claims that were (i) not identified in the Schedules as "contingent," "unliquidated," or "disputed," (ii) not asserted in a proof of Claim that was filed prior to the Voting Record Date, and (iii) asserted in a Proof of Claim that was timely filed by April 5, 2018 (a "Post Record Date Claim"), were treated as having been filed by the Voting Record Date.

3

included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or such holder's authorized representative), (c) returned to Prime Clerk via an approved method of delivery set forth in the Solicitation Procedures, and (d) received by Prime Clerk by 4:00 p.m. (prevailing Eastern Time) on April 13, 2018(the "Voting Deadline").

8. All valid ballots cast by holders entitled to vote in the Voting Classes and received by Prime Clerk on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

9. The final tabulation of votes cast by timely and properly completed ballots received by Prime Clerk is attached hereto as **Exhibit A**.

10. A report of all ballots excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and final tabulation of ballots in connection with the Plan is true and correct.

Dated: April 20, 2018

_____
Christina Pullo
Vice President, Solicitation and Public Securities
Prime Clerk LLC

**Exhibit A**

# Patriot National Inc., *et al.*
## Exhibit A - Tabulation Summary

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 1A | Secured First Lien Lender Claims | 33 | 0 | $76,154,000.00 | $0.00 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |
| 1B | First Lien Lender Deficiency Claims | 33 | 0 | $147,341,257.95 | $0.00 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |
| 4 | Continuing Vendor Claims and Continuing Retail Agents Claims | No Claims Entitled to Vote in this Class | | | | N/A |
| 5 | General Unsecured Claims | 41 | 22 | $3,741,170.22 | $55,316,217.04 | REJECTS |
|  |  | 65.08% | 34.92% | 6.33% | 93.67% |  |

**<u>Exhibit B</u>**

**Patriot National Inc., *et al.***
**Exhibit B - Ballots Excluded From Tabulation**

| Plan Class | Plan Class Description | Creditor Name | Received Date | Vote Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| 1A | Secured First Lien lender Claims | Cerberus Loan Funding XVIII L.P. | 4/9/2018 | $6,337,088.14 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 1A | Secured First Lien lender Claims | Cerberus Offshore Lev Loan Opp Master Fund III | 4/9/2018 | $91,607.55 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 1A | Secured First Lien lender Claims | Cerberus ICQ Offshore Levered | 4/9/2018 | $1,427,073.47 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 1B | First Lien Lender Deficiency Claims | Cerberus Loan Funding XVIII L.P. | 4/9/2018 | $12,260,873.21 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 1B | First Lien Lender Deficiency Claims | Cerberus Offshore Lev Loan Opp Master Fund III | 4/9/2018 | $177,240.49 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 1B | First Lien Lender Deficiency Claims | Cerberus ICQ Offshore Levered | 4/9/2018 | $2,761,073.62 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5 | General Unsecured Claims | Pekol, Larissa Ann | 3/20/2018 | $2,431.95 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN; SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5 | General Unsecured Claims | Maxwell, Viola | 4/13/2018 | $1.00 | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| 5 | General Unsecured Claims | Wellington, Stacey | 3/19/2018 | $10,000.00 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5 | General Unsecured Claims | R Dylong & Associates Inc | 4/10/2018 | $3,054.36 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| 5 | General Unsecured Claims | Insurance & Risk Management of Florida | 4/16/2018 | $64.33 | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| 5 | General Unsecured Claims | Aspen Specialty Insurance Company | 4/13/2018 | $30,947,673.57 | REJECT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5 | General Unsecured Claims | Aspen Specialty Insurance Company | 4/13/2018 | $30,947,673.57 | REJECT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5 | General Unsecured Claims | Aspen Specialty Insurance Company | 4/13/2018 | $30,947,673.57 | REJECT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5 | General Unsecured Claims | The Clifton Agency | 4/16/2018 | $19,142.16 | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| 5 | General Unsecured Claims | CareWorks Managed Care Services | 4/13/2018 | $3,124,798.61 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5 | General Unsecured Claims | Kasowitz Benson Torres LLP | 4/13/2018 | $1,185,869.02 | REJECT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5 | General Unsecured Claims | Aspen Specialty Insurance Company | 4/13/2018 | $30,947,673.57 | REJECT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |