IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> **PATRIOT NATIONAL, INC., *et al.*,**[1] <br> **Debtors.** | Chapter 11 <br> Case No. 18-10189 (KG) <br> (Jointly Administered) |

**NOTICE OF FILING OF FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING FOURTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that on January 30, 2018, Patriot National, Inc. ("Patriot National") and certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed the *Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 15] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, on March 9, 2018, the Debtors filed the *Debtors' Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 333] (the "Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, on March 14, 2018, the Debtors filed the solicitation version of the *Debtors' Second Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 382] (the "Second Amended Plan").

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

**PLEASE TAKE FURTHER NOTICE** that on March 30, 2018, the Debtors filed the *Debtors' Third Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 471] (the "Third Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order (I) Approving the Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code, Bankruptcy Rules 2002, 3003, 3017, 3018, 3020 and 9006 and Local Rules 2002-1, 3017-1, and 9006-1* [Docket No. 381], a hearing has been scheduled before the Honorable Kevin Gross, United States Bankruptcy Court Judge, at the United States Bankruptcy Court located at 824 North Market Street, Sixth Floor, Courtroom No. 3, Wilmington, Delaware 19801, on **April 24, 2018, at 11:00 a.m., prevailing Eastern Time**, to consider confirmation of the Plan (the "Confirmation Hearing").

**PLEASE TAKE FURTHER NOTICE** that on April 20, 2018, the Debtors filed the *Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 632] (the "Fourth Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the proposed *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Chapter 11 Plan of Reorganization* (the "Proposed Confirmation Order"). The Debtors reserve the right to materially alter, amend, or modify the Proposed Confirmation Order. The Debtors intend to present the Proposed Confirmation Order to the Bankruptcy Court at the Confirmation Hearing.

| Dated: April 20, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>       joneill@pszjlaw.com<br>       pkeane@pszjlaw.com<br><br>-and-<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Jacob Gartman<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email: katie.coleman@hugheshubbard.com<br>       chris.gartman@hugheshubbard.com<br>       jacob.gartman@hugheshubbard.com<br><br>*Counsel for the Debtors* |
|---|---|