UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No.: 18-10189 (KG) |
| | : | *(Jointly Administered)* |
| PATRIOT NATIONAL, INC., et al., | : | |
| | : | Chapter 11 |
| Debtor. | : | |
| | : | |

## CIGNA'S OBJECTION TO CURE AMOUNT LISTED ON ASSUMPTION SCHEDULE IN PLAN SUPPLEMENT

Cigna Health and Life Insurance Company ("CIGNA"), by undersigned counsel, hereby files this Objection to the Cure Amount Listed on the Assumption Schedule in the Plan Supplement [DE 473] (the "Plan Supplement") for the Administrative Services Agreement between Connecticut General Life Insurance Company[1] and CWI Benefits, Inc. with the counterparty address of Legal Counsel, 8505 East Orchard Road, Greenwood Village, CO 80111 (the "ASA") (the "Objection"). In support thereof, CIGNA states as follows:

1. The Debtors list the cure amount for the ASA under the Assumption Schedule in the Plan Supplement in the amount of $0.

2. CIGNA objects to the Debtor's stated cure amount and states the following amounts due to be paid to CIGNA under the ASA are as follows:

| CWI (all groups excl. Patriot National) | Amount Contractually Past Due as of 4/18/18 |
|---|---|
| Network (Medical, Dental, EAP) | $164,839.57 |
| Pharmacy Claims | $517,929.53 |
| Run Out Fees | $15,112.54 |
| Pay for Performance (P4P) | $18,708.84 |
| **TOTAL** | **$716,590.48** |

---

[1] Effective January 1, 2014, Connecticut General Life Insurance Company assigned the ASA to CIGNA.

ME1 27068262v.2

3. Consequently, CIGNA requests that this Court determine the amount of the cure due to be paid to CIGNA prior to the assumption of the ASA.

WHEREFORE, CIGNA requests that the Court determine the amount of the cure due to CIGNA upon assumption of the ASA and any further relief the Court deems just and proper.

| | |
|---|---|
| Date: April 20, 2018<br>Wilmington, DE | **MCCARTER & ENGLISH, LLP**<br><br>*/s/ William F. Taylor, Jr.*<br>William F. Taylor, Jr. (DE# 2936)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399<br>wtaylor@mccarter.com<br><br>and<br><br>GRAYROBINSON, P.A.<br>Leyza F. Blanco (Florida Bar No.: 104639)<br>333 SE 2nd Avenue, Suite 3200<br>Miami, FL 33131<br>Telephone: (305) 416-6880<br>Facsimile: (305) 416-6887<br>Leyza.Blanco@gray-robinson.com |