IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL, INC., *et al.*,**[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |

## NOTICE OF FILING OF ADDITIONAL EXHIBITS
## TO THE PLAN SUPPLEMENT

**TO PARTIES IN INTEREST IN THE CHAPTER 11 CASES OF PATRIOT NATIONAL, INC. AND ITS AFFILIATED DEBTORS:**

1. On March 9, 2018, Patriot National, Inc. ("Patriot National") and certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed solicitation versions of the *Debtors' Amended Joint Chapter 11 Plan of Reorganization* [D.I. 333] and the *Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan of Reorganization* [D.I. 335] (the "Disclosure Statement"). On April 20, 2018, the Debtors, filed the Debtors' *Fourth Amended Joint Chapter 11 Plan of Reorganization* (the "Amended Plan").

2. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Amended Plan.

3. The Disclosure Statement and Section V.J of the Amended Plan contemplate the submission of certain documents (or substantially final forms thereof), schedules, and exhibits (as may be amended or further supplemented, the "Plan Supplement") in advance of the hearing on confirmation of the Amended Plan (the "Confirmation Hearing").

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

4. On March 30, 2018, the Debtors filed a notice of the Plan Supplement with documents attached thereto as Exhibits A through F [D.I. 473].

5. The Debtors hereby file the following: Exhibit G to the Plan Supplement; an amended Exhibit B (Form of Litigation Trust Agreement) attached here to as Exhibit H-1 along with a relined comparison showing the changes, attached hereto as Exhibit H-2; an amended Exhibit C (Form of Investment Funding Agreement) attached here to as Exhibit I-1 along with a relined comparison showing the changes, attached hereto as Exhibit I-2; an amended Exhibit E (Assumption Schedule) attached here to as Exhibit J; and an amended Exhibit F (Form of Reorganized Patriot National LLC Agreement) attached here to as Exhibit K-1 along with a relined comparison showing the changes, attached hereto as Exhibit K-2:

| | |
|---|---|
| Exhibit G | Disclosure Concerning Identities of Individuals Associated with the Litigation Trust Oversight Committee, the Litigation Trust, the Plan Administrator, and Reorganized Patriot |
| Exhibit H-1 | Form of Revised Litigation Trust Agreement |
| Exhibit H-2 | Redline of Revised Form of Litigation Trust Agreement |
| Exhibit I-1 | Form of Revised Investment Funding Agreement |
| Exhibit I-2 | Redline of Revised Form of Investment Funding Agreement |
| Exhibit J | Revised Assumption Schedule |
| Exhibit K-1 | Revised Form of Reorganized Patriot National LLC Agreement |
| Exhibit K-2 | Redline of Revised Form of Reorganized Patriot National LLC Agreement |

6. The forms of the documents contained in the Plan Supplement are integral to, and are considered part of, the Amended Plan. If the Amended Plan is confirmed, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Amended Plan.

7. The Debtors, the First Lien Agent, and the Committee each reserve the right, subject to the terms and conditions set forth in the Amended Plan, to alter, amend, modify, or supplement any document in the Plan Supplement; provided, if any document in the Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the

hearing to confirm the Amended Plan, a blackline of such document will be filed with the Bankruptcy Court.

8. The Confirmation Hearing will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, in Courtroom 3 of the United States Bankruptcy Court for the District of Delaware, 824 Market St., 6th Fl., Wilmington, Delaware 19801, on **April 24, 2018, at 11:00 a.m.** (**ET**). Please be advised that the Confirmation Hearing may be continued from time to time by the Bankruptcy Court without further notice.

9. The Plan Supplement, Amended Plan, and Disclosure Statement may be viewed for free at the website of the Debtors' claims and noticing agent, Prime Clerk LLC ("Prime Clerk") at https://cases.primeclerk.com/patnat or the Bankruptcy Court's website www.deb.uscourts.gov. As previously noted above, a PACER (www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website (http://deb.uscourts.gov). PRIME CLERK LLC IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.

Dated: April 20, 2018
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      joneill@pszjlaw.com
      pkeane@pszjlaw.com

  -and-

Kathryn A. Coleman
Christopher Gartman
Dustin P. Smith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
      chris.gartman@hugheshubbard.com
      dustin.smith@hugheshubbard.com

*Attorneys for the Debtors and Debtors in Possession*