# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PATRIOT NATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered)<br><br>Hearing Date: April 24, 2018 at 11:00 a.m. (ET)<br><br>Re: D.I. 482 |

### RECEIVER OF GUARANTEE INSURANCE COMPANY'S JOINDER, IN PART, AND LIMITED OBJECTION, IN PART, TO THE MOTION OF THE RECEIVER OF ULLICO CASUALTY COMPANY IN LIQUIDATION'S MOTION FOR ABSTENTION AND RELIEF FROM AUTOMATIC STAY

The Florida Department of Financial Services, Division of Rehabilitation and Liquidation (Department) as Receiver of Guarantee Insurance Company (the "FL Receiver"), hereby files this joinder, in part, and limited objection, in part, to the *Receiver of Ullico Casualty Company in Liquidation's Motion for Abstention and Relief from Automatic Stay* [D.I. 482] (the "Ullico Motion"). In support, the FL Receiver respectfully states as follows:

### Joinder in Ullico's Motion for Abstention

1. The FL Receiver joins in and adopts as its own the legal arguments made in the Ullico Motion with respect to abstention. For the same reasons set forth in the Ullico Motion[2], the Court should abstain from taking any actions, through confirmation of the Plan or otherwise,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301

[2] The FL Receiver likewise maintains that this Court lacks subject matter jurisdiction to adjudicate the Receiver's pursuit of the Guarantee Insurance Company Assets pursuant to the McCarran-Ferguson Act, as set forth in the Ullico's and the FL Receiver's confirmation objections.

{00022951. }

that will restrict or otherwise inhibit the FL Receiver's exercise of its rights, authorities, and duties pursuant to the *Consent Order Appointing the Florida Department of Financial Services as Receiver of Guarantee Insurance Company for Purposes of Liquidation, Injunction, and Notice of Automatic Stay* (the "FL Receivership Order"), the Insurers Rehabilitation and Liquidation Act, FLA. STAT. §§ 631.001-631.401 (the "FL Insurance Receivership Statute"), or otherwise, in connection with the action styled *State of Florida ex rel., Dep't of Fin. Servs. v. Guarantee Insurance Co.*, Case No. 2017-CA-2421 (the "FL Receivership Proceedings") to administer and pursue assets of Guarantee Insurance Company ("GIC").

2. The FL Receivership Order contains substantially similar provisions as the Ullico receivership order. Specifically, the Debtors are obligated to provide an accounting for and turnover all receivership property to the FL Receiver, and are prohibited from interfering with receivership property or the FL Receivership Proceedings.

**Limited Objection and Reservation of Rights as to**
**Ullico's Motion for Relief from the Automatic stay**

3. The FL Receiver objects to the Ullico Motion and reserves all rights to the extent the Ullico Receiver seeks to compel the Debtors to turnover property of GIC. For the same reasons set forth in the Motion in support of abstention, any relief relating to GIC property should be sought in the FL Receivership Proceeding, and the Court should abstain from granting any such relief.

**WHEREFORE**, the FL Receiver respectfully requests that the Court (i) grant the Motion as to Ullico's request for abstention and extend the same relief to the FL Receiver with respect to the FL Receivership Proceeding and FL Receivership Order; and (ii) modify any stay relief given to Ullico to confirm it will not implicate GIC property.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 20, 2018
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Scott J. Leonhardt (DE #4885)
Jason A. Gibson (DE #6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: leonhardt@teamrosner.com

*Counsel to the FL Receiver*