# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL, INC.,** *et al.,*[1] | Case No. 18-10189 (KG) |
| **Debtors.** | (Jointly Administered) |
| | **Hearing Date:  May 15, 2018 at 2:00 p.m.** **Objection Deadline:  May 8, 2018 at 4:00 p.m.** |

## NOTICE OF DEBTORS' MOTION FOR AN ORDER (I) EXTENDING THE TEMPORARY  STAY OF LITIGATION OF CLAIMS AGAINST THE DEBTORS' DIRECTORS AND OFFICERS AND (II) DETERMINING THAT THE DEBTORS HAVE SATISFIED ALTERNATIVE DISPUTE RESOLUTION REQUIREMENTS UNDER THE DEBTORS' DIRECTORS AND OFFICERS INSURANCE POLICIES

TO:   (i) the U.S. Trustee; (ii) counsel for Cerberus Business Finance, LLC, as the administrative agent for the DIP lenders and for the prepetition secured lenders; (iii) counsel to the Committee; (iv) the Insurers; (v) the Prepetition Litigants; and (vi) the parties that have requested notice in this proceeding pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE NOTICE that on April 26, 2018, the above-captioned debtors

and debtors in possession, (collectively, the "Debtors") filed the *Debtors' Motion for an Order*

*(I) Extending the Temporary Stay of Litigation of Claims Against the Debtors' Directors and*

*Officers and (II) Determining that the Debtors have Satisfied Alternative Dispute Resolution*

*Requirements under the Debtors' Directors and Officers Insurance Policies* (the "Motion") with

---

1.   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC  (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826).  The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court on or before **May 8, 2018 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) Patriot National, Inc., 401 East Las Olas Blvd., Suite 1650, Fort Lauderdale, FL 33301 (Attn: Gex F. Richardson); (ii) counsel to the Debtors, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Kathryn A. Coleman and Christopher Gartman) (Email: katie.coleman@hugheshubbard.com; chris.gartman@hugheshubbard.com) and Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones) (Email: ljones@pszjlaw.com); (iii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Linda Casey) (Email: Linda.Casey@usdoj.gov); (iv) counsel to Cerberus Business Finance, LLC, as Prepetition Agent and DIP Agent, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022 (Attn: Adam C. Harris and Tae Kim) (Email: adam.harris@srz.com; tae.kim@srz.com) and Landis Rath & Cobb LLP, 919 North Market Street, Suite 1800, Wilmington DE 19801 (Attn: Adam G. Landis) (Email: landis@lrclaw.com); and (v) proposed counsel to the Official Committee of Unsecured Creditors, Kilpatrick Townsend & Stockton LLP, The Grace Building, 1114 Avenue of the Americas, New York, New York 10036 (Attn: David M. Posner and Gianfranco Finizio) (Email: dposner@kilpatricktownsend.com; gfinizio@kilpatricktownsend.com) and Morris James LLP,

DOCS_DE:217824.1 69353/001

500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, Delaware 19899 (Attn: Carl N. Kunz, III) (Email: ckunz@morrisjames.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **MAY 15, 2018, AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

DOCS_DE:217824.1 69353/001

Dated: April 26, 2018
       Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  ljones@pszjlaw.com
       joneill@pszjlaw.com
       pkeane@pszjlaw.com

  -and-

Kathryn A. Coleman
Christopher Gartman
Jacob Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
Email:  katie.coleman@hugheshubbard.com
      chris.gartman@hugheshubbard.com
      jacob.gartman@hugheshubbard.com

*Counsel for the Debtors*

DOCS_DE:217824.1 69353/001