# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| PATRIOT NATIONAL, INC., *et al.*,[1] | ) Case No. 18-10189 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: May 15, 2018 at 2 pm (ET)** |
| | ) **Objections Due: May 8, 2018 at 4 pm (ET)** |
| | ) |
| | ) **Related to Docket Nos. 677 & 712** |
| | ) |

**JOINDER OF CVI INVESTMENTS, INC., IN HUDSON BAY MASTER FUND LTD.'S OBJECTION TO DEBTORS' MOTION FOR AN ORDER (I) EXTENDING THE TEMPORARY STAY OF LITIGATION OF CLAIMS AGAINST THE DEBTORS' DIRECTORS AND OFFICERS AND (II) DETERMINING THAT THE DEBTORS HAVE SATISFIED ALTERNATIVE DISPUTE RESOLUTION REQUIREMENTS UNDER THE DEBTORS' DIRECTORS AND OFFICERS INSURANCE POLICIES**

CVI Investments, Inc. ("CVII"), by its undersigned attorneys, hereby joins in Hudson Bay Master Fund Ltd.'s Objection [Dkt. No. 712] (the "Hudson Bay Objection") to Debtors' Motion for an Order (I) Extending the Temporary Stay of Litigation of Claims Against the Debtors' Directors and Officers and (II) Determining that the Debtors have Satisfied Alternative Dispute Resolution Requirements Under the Debtors' Directors and Officers Insurance Policies [Dkt. No. 677] (the "Motion"). In support hereof, CVII states the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

1. On April 14, 2016, CVII commenced a civil action against Debtor Patriot National, Inc., ("Patriot") in the United States District Court for the Southern District of New York (the "District Court"), Case No. 1:16-cv-02787-GBD-RLE (the "District Court Action").

2. In the District Court Action, CVII asserts breach of contract claims against Patriot arising from Patriot's breach of its obligations under the terms of both a Series B Warrant and a Series A Warrant (the "Warrants") issued to CVII by Patriot in connection with CVII's $13.5 million purchase in December 2015 of restricted Patriot common stock from Patriot's then Chief Executive Officer, Steven Mariano ("Mariano").

3. CVII complied in all respects with its obligations under the transaction agreements that led to the issuance of the Warrants; however, on April 5, 2016, when CVII submitted to Patriot an Exercise Notice pursuant to the terms of the Series B Warrant seeking the issuance of 250,000 shares of Patriot stock (the "Series B Exercise Notice"), Patriot refused to issue shares. Similarly, on August 1, 2016, when CVII submitted to Patriot an Exercise Notice pursuant to the terms of the Series A Warrant seeking the issuance of 100,000 shares of Patriot stock (the "Series A Exercise Notice"), Patriot refused to issue shares.

4. Patriot has asserted counterclaims against CVII in the District Court Action.

5. CVII is similarly situated to Hudson Bay, will be prejudiced by continuation of the stay as requested by the Debtors, and opposes the relief requested in the Motion for the reasons stated in the Hudson Bay Objection.

WHEREFORE, CVI Investments, Inc., requests that this Court enter an Order denying the relief requested in the Motion as to the District Court Action, and granting it such other and further relief as is just and proper.

Dated: May 8, 2018  
Wilmington, Delaware

Respectfully submitted,

*/s/ Matthew G. Summers*
Matthew G. Summers, Esq. (DE No. 5533)
Laurel D. Roglen, Esq. (DE No. 5759)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
   roglenl@ballardspahr.com

*Counsel for CVI Investments, Inc.*

# CERTIFICATE OF SERVICE

I, Matthew G. Summers, Esquire, do hereby certify that, on this 8th day of May, 2018, I caused a true and correct copy of the foregoing *Joinder in Hudson Bay Master Fund Ltd.'s Objection to Debtors' Motion for an Order (I) Extending the Temporary Stay of Litigation of Claims Against the Debtors' Directors and Officers and (II) Determining that the Debtors have Satisfied Alternative Dispute Resolution Requirements Under the Debtors' Directors and Officers Insurance Policies*, to be served on the addresses on the attached list in the manner indicated thereon.

*/s/ Matthew G. Summers*
Matthew G. Summers

**VIA HAND DELIVERY**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
*Counsel to the Debtors*

Linda J. Casey, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**VIA FIRST CLASS MAIL**

Kathryn Coleman, Esq.
Christopher Gartman, Esq.
Dustin P. Smith, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
*Counsel to the Debtors*