**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL, INC.,** *et al.*,[1] | Case No. 18-10189 (KG) |
| **Debtors.** | (Jointly Administered) |
| | **Re: Docket No. 592** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING AMENDED MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS FROM MARCH 1, 2018 THROUGH MARCH 31, 2018**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Amended Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Periods from March 1, 2018 through March 31, 2018* [Docket No. 592] (the "Application"), filed on April 18, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the Notice of Application, responses to the Application were to be filed and served no later than May 9, 2018, at 4:00 p.m., prevailing Eastern Time.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

DOCS_DE:219011.2 69353/002

Pursuant to the *Order Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* entered by this Court on February 27, 2018 [Docket No. 187], the Debtors are authorized to pay Prime Clerk LLC $10,539.66, which represents 80% of the fees ($13,174.57) and $216.57, which represents 100% of the expenses requested in the Application for the period March 1, 2018 through March 31, 2018 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: May 14, 2018
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
      joneill@pszjlaw.com
      pkeane@pszjlaw.com

  -and-

Kathryn A. Coleman
Christopher Gartman
Jacob Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
Email:  katie.coleman@hugheshubbard.com
      chris.gartman@hugheshubbard.com
      jacob.gartman@hugheshubbard.com

*Counsel for the Debtors*