**EXHIBIT 1**

| Pending Case Name | Plaintiff(s) | Defendant(s) in Pending Case |
|---|---|---|
| Hudson Bay Master Fund Ltd. v. Patriot National, Inc. et al., Case No. 1:16-cv-02767-GBD-SDA (S.D.N.Y.) | | (1) Patriot National, Inc.<br>(2) Steven M. Mariano<br>(3) American Stock Transfer & Trust Company (Nominal Defendant) |
| Hudson Bay Master Fund Ltd. v. Del Pizzo et al., Case No. 1:17-cv-06204-UA (S.D.N.Y.) | Hudson Bay Master Fund Ltd | (1) John R. Del Pizzo<br>(2) Austin J. Shantfelter<br>(3) Quentin P. Smith, Jr.<br>(4) Charles H. Walsh<br>(5) Michael J. Corey<br>(6) Sean M. Bidic, M.D.<br>(7) James E. O'Brien<br>(8) Michael J. Purcell<br>(9) Jeffrey P. Rohr<br>(10) Terry L. Coleman<br>(11) Glenn T. Hibler<br>(12) Ernst N. Csiszar |
| CVI Inv., Inc. v. Patriot Nat'l, Inc., No. 1:16-CV-02787-GBD-SDA (S.D.N.Y.) | CVI Inv., Inc. | Patriot National, Inc. |
| Wasik et al. v. Mariano et al., Case No. 12953 (Del. Ch.) | Henry Wasik (individually and on behalf of all others similarly situated) | (1) Steven M. Mariano<br>(2) Charles H. Walsh<br>(3) John R. Del Pizzo<br>(4) Quentin P. Smith, Jr.<br>(5) Austin J. Shanfelter<br>(6) Christopher Pesch<br>(7) Thomas C. Shields<br>(8) Todd E. Wilson<br>(9) Guarantee Insurance Group, Inc.<br>(10) Guarantee Insurance Company |

| Pending Case Name | Plaintiff(s) | Defendant(s) in Pending Case |
|---|---|---|
| | | (11) Allied Standard Asset Management, LLC<br>(12) National Fidelity Holdings, Inc.<br>(13) Ashmere Insurance Company<br>(14) Aon Securities Inc.<br>(15) Cerberus Business Finance LLC<br>(16) Houlihan Lokey Capital, Inc.<br>(17) In Touch Holdings LLC<br>(18) Blackstone Tactical Opportunities Advisors L.L.C.<br>(19) Deerfield Insurance Holdings, Inc.<br>(20) Patriot National, Inc. (Nominal Defendant) |
| Gingello v. Patriot National, Inc. et al., Case No. 1:17-cv-01866-EP (S.D.N.Y.) | Anthony L. Gingello (individually and on behalf of all others similarly situated) | (1) Patriot National, Inc.<br>(2) Steven M. Mariano<br>(3) Thomas C. Shields |
| Kayce v. Patriot National, Inc. et al., Case No. 1:17-cv-07164-ER (S.D.N.Y.) | Adam Kayce | (1) Patriot National, Inc.<br>(2) Steven Mariano |
| McIntire et al. v. Mariano et al., Case No. 0:18-cv-60075-BB (S.D. Fl.) | (1) Aric McIntire<br>(2) Henry Wasik (individually and on behalf of all others similarly situated) | (1) Steven M. Mariano<br>(2) Thomas C. Shields<br>(3) John R. Del Pizzo<br>(4) Austin J. Shanfelter<br>(5) Christopher Pesch<br>(6) Charles H. Walsh<br>(7) Quentin P. Smith<br>(8) BDO USA LLP<br>(9) UBS Securities LLC<br>(10) BMO Capital Markets Corp.<br>(11) Suntrust Robinson Humphrey, Inc.<br>(12) JMP Securities LLC<br>(13) William Blair & Company, L.L.C. |
| Von Allmen v. Mariano and Shields, Case Number CACE-18-009291 (Fla. Cir. Ct.) | Douglas J. Von Allmen | Steven M. Mariano<br>Thomas C. Shields |