# EXHIBIT A

## Proposed Order

| | |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL, INC., *et al.*,**[1] | Case No. 18-10189 (KG) |
| **Debtors.** | (Jointly Administered) |
| | **Re: Docket No. ____** |

## ORDER PURSUANT TO 11 U.S.C. § 365(d)(4) EXTENDING THE DEADLINE BY WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), for entry of an order (this "Order"), pursuant to section 365(d)(4) of the Bankruptcy Code, extending the Deadline through and including the earlier of (i) August 28, 2018 and (ii) the Plan Effective Date; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and it appearing that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and due and

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, LLC (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

2. Capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

proper notice of the Motion and the hearing to consider the relief requested therein (the "Hearing") appearing adequate and appropriate under the circumstances; and this Court having found that no other or further notice need be provided; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and the relief granted herein being in the best interests of the Debtors, their estates, creditors and all parties-in-interest; and the Court having held the Hearing with the appearances of interested parties noted in the record of the Hearing; and no objection to the Motion having been filed or made at the Hearing; and upon all of the proceedings before the Court and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The deadline by which the Debtors must assume or reject their leases of nonresidential real property (the "Leases") is extended pursuant to section 365(d)(4) of the Bankruptcy Code through and including the earlier of (i) August 28, 2018 and (ii) the Plan Effective Date.

3.      This Order is without prejudice to the right of the Debtors to seek further extensions of the deadline to assume or reject such Leases in accordance with the requirements of section 365(d)(4) of the Bankruptcy Code.

4.      This Order is also without prejudice to the right of any lessor under the Leases to request from this Court, upon a hearing with reasonable notice to the Debtors and other parties-in-interest, an order compelling the Debtors to assume or reject the Leases for cause, or the Debtors' right to oppose any such request.

DOCS_DE:219597.1 69353/002

5.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2018
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE