IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL, INC., *et al.*,**[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |

## MOTION TO SHORTEN TIME FOR DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 365(d)(4) OF THE BANKRUPTCY CODE EXTENDING THE DEADLINE BY WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Patriot National, Inc. ("Patriot National") and certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this motion ("Motion to Shorten") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), in the form of the proposed order attached hereto, shortening the notice period on the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 365(d)(4) of the Bankruptcy Code Extending the Deadline by Which the Debtors Must Assume or Reject*

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

*Unexpired Leases of Nonresidential Real Property* (the "365(d)(4) Extension Motion").[2] In support of this Motion to Shorten, the Debtors respectfully state the following:

### Jurisdiction

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with this Motion to Shorten to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 105 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Bankruptcy Rules 2002(a) and 9006(c)(1), and Local Rule 9006-1(c) and (e).

### Relief Requested

4. The Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A**: (a) shortening the notice period with respect to the relief requested by the 365(d)(4) Extension Motion, so that relief can be considered at a hearing to be scheduled at the Court's convenience on or before May 30, 2018 and requiring parties to file and serve objections, if any, on the date that is one day before the Hearing scheduled by this Court; and (b) granting related relief.

---

2. Capitalized terms used but not defined herein shall have the meaning ascribed to them in the 365(d)(4) Extension Motion.

## Basis for Requested

5. Local Rule 9006-1(c) requires that all motion papers be filed and served at least 18 days (21 days if service is by first class mail; 19 days if service is by overnight delivery) prior to a hearing date scheduled for such motion, unless approval of shortened notice is granted by the Court pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e). A court may, however, shorten such notice periods pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) for cause shown. Specifically, Bankruptcy Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced." Fed. R. Bankr. P. 9006(c)(1); *see also* Del. Bankr. L.R. 9006-1(e) (stating that "[n]o motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice").

6. Here, the exigencies justify shortening notice and for the Debtors to be permitted to be heard with respect to the 365(d)(4) Extension Motion at a hearing to be scheduled on or before May 30, 2018. As described in the 365(d)(4) Extension Motion, the Debtors anticipate that the effective date of the Plan will occur after May 30, 2018, the deadline by which the Debtors must assume or reject all nonresidential real property leases. Absent entry of an order extending the 365(d)(4) deadline on or before May 30, 2018, the Debtors risk the Leases being rejected by operation of law pursuant to section 365(d)(4). The Leases relate to office spaces that are essential to the continuing operation of the Debtors' businesses and therefore the Leases have a substantial impact on the Debtors' value. Accordingly, it is appropriate under the circumstances to shorten notice.

## Notice

7. Notice of this Motion to Shorten will be provided via e-mail or overnight mail to the following parties, or their counsel, if known: (i) the U.S. Trustee; (ii) counsel for Cerberus Business Finance, LLC, as the administrative agent for the DIP Lenders and for the prepetition secured lenders; (iii) counsel to the Committee; (iv) the Landlords; and (v) parties requesting notice pursuant to Bankruptcy Rule 2002 (collectively, the "<u>Notice Parties</u>"). The Debtors submit that no other or further notice need be provided.

WHEREFORE, the Debtors request the entry of an Order granting this Motion to Shorten and such other relief as is just and proper.

DOCS_DE:219598.1 69353/002

| | |
|---|---|
| Dated: May 22, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>       joneill@pszjlaw.com<br>       pkeane@pszjlaw.com<br><br>-and-<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Jacob H. Gartman<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email: katie.coleman@hugheshubbard.com<br>       chris.gartman@hugheshubbard.com<br>       jacob.gartman@hugheshubbard.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |