# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> **PATRIOT NATIONAL, INC.,** *et al.,*[1] <br> **Debtors.** | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) <br><br> Re: Docket No. 772 |

## ORDER GRANTING MOTION TO SHORTEN TIME FOR DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 365(d)(4) OF THE BANKRUPTCY CODE EXTENDING THE DEADLINE BY WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon consideration of the motion to shorten (the "Motion to Shorten")[2] for an Order pursuant to Del. Bankr. L.R. 9006-1(e) shortening the notice and response deadline on the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 365(d)(4) of the Bankruptcy Code Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property* (the "365(d)(4) Extension Motion"); the Court having considered the Motion to Shorten; the Court finding that: (a) the Court has jurisdiction over the Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334; and (b) the Motion to Shorten is with respect to a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED THAT:

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

2. Capitalized terms not defined herein shall have the meaning attributed in the Motion to Shorten.

1. The Motion to Shorten is GRANTED.

2. A hearing on the 365(d)(4) Extension Motion shall be held on May 29, 2018 at 12:00 p.m. prevailing Eastern Time (the "Hearing").

3. Any objection or response to the 365(d)(4) Extension Motion must be filed and served so as to be actually received no later than May 29, 2018 at 11:00 a.m. (prevailing Eastern Time).

4. This Order shall be effective and enforceable immediately upon entry.

5. Immediately after the entry of this Order, the Debtors shall serve a copy of this Order and a notice for the Hearing on the Notice Parties in the manner described in the Motion to Shorten.

Dated: May 22, 2018

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

2

DOCS_DE:219598.1 69353/002