**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
:
*In re*: : Chapter 11
:
PATRIOT NATIONAL, INC., *et al.*,[1] : Case No. 18-10189 (KG)
: (Jointly Administered)
Debtors. :
: **Obj. Deadline: July 5, 2018 at 4:00 p.m. (ET)**
: **Hearing Date:  TBD**
------------------------------------------------------------x

**FIRST INTERIM FEE APPLICATION OF PRIME CLERK LLC,
ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM
JANUARY 30, 2018 THROUGH AND INCLUDING APRIL 30, 2018**

Name of Applicant:  Prime Clerk LLC

Authorized to Provide Professional Services to:  The above-captioned Debtors and Debtors-in-Possession

Date of Order Approving Retention:  February 27, 2018 *nunc pro tunc* to January 30, 2018

Period for which compensation and reimbursement is sought:  January 30, 2018 through April 30, 2018

| Monthly Fee Period; Date Filed; & ECF No. | Total Fees Requested | Total Expenses Requested | Cert. of No Objection Filing Date, ECF No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid (100%) | Amount of Holdback Fees (20%) |
|---|---|---|---|---|---|---|
| 1/30/18 – 1/31/18; 2/1/18 – 2/28/18 Filed 3/22/18 ECF No. 420 | $25,870.50 | $20.00 | 4/13/18 ECF No. 577 | $20,696.40 | $20.00 | $5,174.10 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. {9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services; Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/1/18 – 3/31/18 Filed 4/18/18 ECF No. 592 | $13,174.57 | $216.57 | 5/14/18; ECF No. 735 | $10,539.66[2] | $216.57[3] | $2,634.91 |
| 4/1/18 – 4/30/18 Filed 5/29/18 ECF No. 781 | $22,361.72 | $216.33 | TBD; ECF No. TBD[4] | TBD | TBD | $4,472.34 |
| **Total:** | **$61,406.79** | **$452.90** | | **$31,236.06** | **$236.57** | **$12,281.35** |

---

[2, 3] To date, this amount has not yet been paid.

[4] The objection deadline with respect to the monthly fee application filed at Docket No. 781 is June 19, 2018 at 4:00 p.m. (ET).