## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
                                                       :
*In re*:                                               :   Chapter 11
                                                       :
PATRIOT NATIONAL, INC., *et al.*,[1]                   :   Case No. 18-10189 (KG)
                                                       :   (Jointly Administered)
                        Debtors.                       :
                                                       :   **Obj. Deadline: July 5, 2018 at 4:00 p.m. (ET)**
-------------------------------------------------------x   **Hearing Date:  TBD**

### NOTICE OF FIRST INTERIM FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM JANUARY 30, 2018 THROUGH AND INCLUDING APRIL 30, 2018

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that, in accordance with the *Order Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 187] (the "**Interim Compensation Order**"), Prime Clerk LLC hereby applies for interim quarterly allowance of compensation and reimbursement of expenses for all monthly fee applications covering the period from January 30, 2018 through and including April 30, 2018 (the "**Application**"). A summary of the fees and expenses subject to this fee request is provided in the attachment hereto.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis eighty percent (80%) of the amount of compensation requested and one hundred percent (100%) of the reimbursable expenses requested without further order from the Court upon the expiration of a 21-day objection period.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed on or before **July 5, 2018 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. {9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services; Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by (i) the Notice Parties (as defined in the Interim Compensation Order) and (ii) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, Attn: Shira D. Weiner.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Application will be held before the Honorable Kevin Gross, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, on **a date and time to be determined**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE TIMELY FILED TO THE INTERIM FEE APPLICATION, THE COURT MAY ENTER AN ORDER GRANTING THE INTERIM FEE APPLICATION WITHOUT A HEARING.**

Dated: June 14, 2018
      New York, New York

                          PRIME CLERK LLC

                          */s/ Shira D. Weiner*
                          Shira D. Weiner
                          General Counsel
                          Prime Clerk LLC
                          830 Third Avenue, 9th Floor
                          New York, New York 10022
                          Phone: (212) 257-5450
                          sweiner@primeclerk.com

                          *Administrative Advisor to the Debtors*