# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL, INC.,** *et al.*,[1] | Case No. 18-10189 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos.: 677, 741** |
| | Hearing Date: June 27, 2018 at 3:00 p.m. (ET)[2] |

**NOTICE OF HEARING REGARDING ORDER PURSUANT TO 11 U.S.C. §§ 362 AND 105 AND LOCAL RULES 9019-3 AND 9019-5 (I) EXTENDING TEMPORARY STAY OF CLAIMS AGAINST THE DEBTORS' DIRECTORS AND OFFICERS AND (II) DETERMINING THAT THE MEDIATION SATISFIES ALTERNATIVE DISPUTE RESOLUTION REQUIREMENTS UNDER THE DEBTORS' DIRECTORS AND OFFICERS INSURANCE POLICIES**

**PLEASE TAKE NOTICE** that on April 26, 2018, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors") filed the *Debtors' Motion for an Order (I) Extending the Temporary Stay of Litigation of Claims Against the Debtors' Directors and Officers and (II) Determining that the Debtors have Satisfied Alternative Dispute Resolution Requirements under the Debtors' Directors and Officers Insurance Policies* (the "Extension Motion") [Docket No. 677] seeking to extend the temporary stay of litigation against the Debtors' current and former officers and directors for an additional sixty (60) days to further the mediation of certain claims (the "Mediation") required pursuant to the *Order Pursuant to 11*

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

2. Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

*U.S.C. §§ 362 and 105 and Local Rules 9019-3 and 9019-5 (I) Compelling Mediation of Claims Against the Debtors' Directors and Officers and (II) Temporarily Staying Related Litigation* (the "Mediation Order") [Docket No. 256] and (ii) determining that the Mediation satisfies the requirement in the Debtors' directors and officers insurance policies (the "D&O Policies") that any disputes arising in connection with such policies be submitted to an alternative dispute resolution process.

**PLEASE TAKE FURTHER NOTICE** that on May 15, 2018, the Court entered the *Order Pursuant to 11 U.S.C. §§ 361 and 105 and Local Rules 9019-3 and 9019-5 (I) Extending Temporary Stay of Claims Against the Debtors' Directors and Officers and (II) Determining that the Mediation Satisfies Alternative Dispute Resolution Requirements Under the Debtors' Directors and Officers Insurance Polices* (the "Extension Order")[3] [Docket No. 741], extending the stay as to the Actions set forth on Exhibit 1 to the Extension Order through June 28, 2018, unless the Court orders an extension of the stay for good cause after notice and hearing thereon and directing certain parties to participate in Mediation with respect to all Claims that may be covered under the D&O Policies and any claims against the Prepetition Agent.

**PLEASE TAKE FURTHER NOTICE** that a Mediation among the Debtors and the parties subject to the Extension Order has been scheduled with a mediator on June 26, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing on the Extension Order and the status of the Mediation for **June 27, 2018, at 3:00 p.m. (prevailing Eastern time)** (the "Hearing").

---

3. Capitalized terms not otherwise defined herein shall have the meaning given to them in the Extension Motion or Extension Order, as applicable.

| Dated: June 20, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| Wilmington, Delaware | |

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
 joneill@pszjlaw.com
 pkeane@pszjlaw.com

-and-

Kathryn A. Coleman
Christopher Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
 chris.gartman@hugheshubbard.com

*Counsel for the Debtors*