**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*<br><br>**PATRIOT NATIONAL, INC.,** *et al.,*[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 781** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING**
**MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE**
**ADVISOR TO THE DEBTORS, FOR COMPENSATION**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIODS FROM APRIL 1, 2018 THROUGH APRIL 30, 2018**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection, or other responsive pleading to the relief requested in the *Monthly Fee Application of*

*Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and*

*Reimbursement of Expenses for the Periods from April 1, 2018 through April 30, 2018* [Docket

No. 781] (the "Application"), filed on May 29, 2018.  The undersigned further certifies that he

has reviewed the Court's docket in this case and no answer, objection, or other responsive

pleading to the relief requested in the Application appears thereon.  Pursuant to the Notice of

Application, responses to the Application were to be filed and served no later than June 19, 2018,

at 4:00 p.m., prevailing Eastern Time.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC  (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826).  The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

Pursuant to the *Order Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* entered by this Court on February 27, 2018 [Docket No. 187], the Debtors are authorized to pay Prime Clerk LLC $17,889.38, which represents 80% of the fees ($22,361.72) and $216.33, which represents 100% of the expenses requested in the Application for the period April 1, 2018 through April 30, 2018 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: June 21, 2018                PACHULSKI STANG ZIEHL & JONES LLP
       Wilmington, Delaware

                                    */s/ Peter J. Keane*
                                    Laura Davis Jones (DE Bar No. 2436)
                                    James E. O'Neill (DE Bar No. 4042)
                                    Peter J. Keane (DE Bar No. 5503)
                                    919 North Market Street, 17th Floor
                                    P.O. Box 8705
                                    Wilmington, Delaware 19899-8705 (Courier 19801)
                                    Telephone:  (302) 652-4100
                                    Facsimile:  (302) 652-4400
                                    Email:  ljones@pszjlaw.com
                                          joneill@pszjlaw.com
                                          pkeane@pszjlaw.com

                            -and-

                                    Kathryn A. Coleman
                                    Christopher Gartman
                                    Jacob Gartman
                                    HUGHES HUBBARD & REED LLP
                                    One Battery Park Plaza
                                    New York, NY 10004-1482
                                    Telephone:  (212) 837-6000
                                    Facsimile: (212) 422-4726
                                    Email:  katie.coleman@hugheshubbard.com
                                          chris.gartman@hugheshubbard.com
                                          jacob.gartman@hugheshubbard.com

                                    *Counsel for the Debtors*