**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PATRIOT NATIONAL, INC., et al.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>Jointly Administered<br><br>**Obj. Deadline: August 15, 2018 @ 4:00 p.m. (ET)**<br>**Hearing Date: August 22, 2018 @ 10:00 a.m. (ET)** |

**NOTICE OF MOTION OF PETER KRAVITZ, TRUSTEE OF THE PNI LITIGATION TRUST AND PLAN ADMINISTRATOR UNDER THE CONFIRMED PLAN FOR ORDER EXTENDING THE PERIOD TO REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027**

**PLEASE TAKE NOTICE** that, on July 30, 2018, Peter Kravitz, as the Litigation Trustee ("Litigation Trustee") for the PNI Litigation Trust (the "Trust"), and as Plan Administrator ("Plan Administrator" and collectively with the Litigation Trustee, the "Trustee") filed the Motion of Peter Kravitz, Trustee of the PNI Litigation Trust and Plan Administrator Under the Confirmed Plan for Order Extending the Period to Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 (the "Motion").

If you object to the relief sought by the Motion, you are required to file a response to the Motion, on or before **August 15, 2018 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response upon the undersigned counsel below.

**PLEASE TAKE FURTHER NOTICE** that, if necessary, a hearing to consider the Motion will be held on **August 22, 2018 at 10:00 a.m. (ET)**, before The Honorable Kevin Gross, United States Bankruptcy Judge, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware. Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 30, 2018                 **MORRIS JAMES LLP**

/s/ Carl N. Kunz, III
Carl N. Kunz, III, Esq. (DE Bar No. 3201)
Brenna A. Dolphin, Esq. (DE Bar No. 5604)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19801-1494
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: bdolphin@morrisjames.com

-and-

David M. Posner, Esq.
Gianfranco Finizio, Esq.
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
E-mail: dposner@kilpatricktownsend.com
E-mail: gfinizio@kilpatricktownsend.com

*Counsel to Peter Kravitz, as Litigation Trustee for the PNI Litigation Trust*