IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL, INC., *et al.*,**[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) <br><br> **Re: Docket No. 965** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIFTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL AND CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JUNE 1, 2018 THROUGH JULY 2, 2018**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel and Conflicts Counsel for the Debtors and Debtors In Possession, for the Period From June 1, 2018 Through July 2, 2018* [Docket No. 965] (the "Application"), filed on August 9, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the Notice of Application, responses to the Application were to be filed and served no later than August 30, 2018, at 4:00 p.m., prevailing Eastern Time.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

DOCS_DE:220050.6 69353/001

Pursuant to the *Order Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* entered by this Court on February 27, 2018 [Docket No. 187], the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP $59,954.80, which represents 80% of the fees ($74,943.50) and $5,034.02, which represents 100% of the expenses requested in the Application for the period June 1, 2018 through July 2, 2018 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: September 5, 2018
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      joneill@pszjlaw.com
      pkeane@pszjlaw.com

-and-

Kathryn A. Coleman
Christopher Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
      chris.gartman@hugheshubbard.com

*Counsel for the Debtors*