# EXHIBIT A

## PROOF OF ADMINISTRATIVE CLAIM

**2018 JUL 30 PM 12: 18**
**FILED**
**CLERK**
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Sean M Bidic, MD
2604 West 16th Street
Wilmington, DE 19806

July 30, 2018

United States Bankruptcy Court
For the District of Delaware

**Re: Patriot National, Inc.**          **Case 18-10189 (KG)**

By this letter, the undersigned is asserting an Administrative Claim for Board of Director Fees. This Administrative Claim is being filed pursuant to Section XI.A.1 of the Plan and paragraph 101 of the Confirmation Order in Patriot National, Inc. Case No. 18-10189 (KG) pending in the United States Bankruptcy Court for the District of Delaware.

I served as a Board Member prior to and after the bankruptcy filing date of January 30, 2018 through the date of my resignation which was on or about May 16, 2018. I was paid Board fees through January 2018 but no fees were paid following the filing even though the Board continued to meet regularly and carry out its functions. This Administrative Claim is being filed for the unpaid Board fees for the months of February, March, April and May 2018 which total $28,333.32. This amount is based the board and committee fees approved by the Board of Directors prior to the filing which are reflected in the attached email from James Feltman, CRO and is calculated as follows:

|  | Board/Total Fees |
|---|---|
| February | $ 7,083.33 |
| March | $ 7,083.33 |
| April | $ 7,083.33 |
| May | $ 7,083.33 |
|  | $28,333.32 |

This Proof of Administrative Claim is being filed under penalty of perjury.

Very truly yours,

Sean M. Bidic, MD

Claim Number: 724

## Jack Del Pizzo

| | |
|---|---|
| **From:** | James Feltman <JFeltman@patnat.com> |
| **Sent:** | Wednesday, April 11, 2018 12:51 PM |
| **To:** | Glenn Hibler; Joel H. Levitin; katie.coleman@hugheshubbard.com; Healy, Terence |
| **Cc:** | Bradley J. Bondi; Terry L. Coleman; Ernest Csiszar; Jack Del Pizzo; Sean Bidic |
| **Subject:** | RE: Bod owed bod fees for feb, March, April & May - please file on our Behalf ! |

All; writing to confirm the following:

(1) Individual board of director fees or special fees, if any, incurred before January 30, 2018 which remains unpaid would ordinarily be considered to be a general unsecured creditor claim and paid in accordance with the Plan. The company's records indicate that individual board member fees were paid in full through January 31, 2018;

(2) Individual board member fees are $7,083.33 per member per month. If the Plan were to go effective on May 30, 2018, then individual board member fees earned post-petition would be $28,333 per member representing the months of February-May 2018;

(3) Special board fees for serving as chairperson($60K/yr), lead director ($20K/yr), audit ($25K/yr), compensation ($15K/yr) and governance ($7.5K/yr) committees, incurred post-petition should be included in the individual board members' proof of claim, to the extent that each board member believes the he is entitled to receive such fees;

(4) Fees owing in categories 2) and 3) above, incurred during the chapter 11, would ordinarily be considered an administrative claim;

(5) Each board member seeking fees for board services must file a proof of claim in support of their respective claim in order to initiate the payment process. This response is intended to provide you information about this process and is not intended to and should not be relied upon as legal advice. You should consult with your attorney for advice on how to prepare and submit a proof of claim.

Regards, jsf, CRO



**James Feltman | CRO**
Patriot National, Inc.
401 E. Las Olas Blvd., Suite 1650, Fort Lauderdale, FL 33301
**Tel:** 954.315.1810 | **Mobile:** 305.793.6279
JFeltman@patnat.com | patnat.com

*We Find Solutions*

1

# PROOF OF ADMINISTRATIVE CLAIM

Terry L. Coleman
912 5th Avenue
Eastman, GA 31023

July 27, 2018

United States Bankruptcy Court
For the District of Delaware
824 N. Market Street 3rd Floor
Wilmington, DE 19801

**Re: Patriot National, Inc.**            **Case 18-10189 (KG)**

By this letter, the undersigned is asserting an Administrative Claim for Board of Director and Chairman of the Governance Committee Fees. This Administrative Claim is being filed pursuant to Section XI.A.1 of the Plan and paragraph 101 of the Confirmation Order in Patriot National, Inc. Case No. 18-10189 (KG) pending in the United States Bankruptcy Court for the District of Delaware.

I served as a Board Member and Chairman of the Governance Committee prior to and after the bankruptcy filing date of January 30, 2018 through the date of my resignation which was on or about May 16, 2018. I was paid Board fees through January 2018 but no fees were paid following the filing even though the Board continued to meet regularly and carry out its functions. This Administrative Claim is being filed for the unpaid Board and Chairman of the Governance Committee fees for the months of February, March, April and May 2018 which total $30,833.32. This amount is based the board and committee fees approved by the Board of Directors prior to the filing which are reflected in the attached email from James Feltman, CRO and is calculated as follows:

|            | Board Fee   | Chairman Governance Committee | Total Fees  |
|------------|-------------|-------------------------------|-------------|
| February   | $ 7,083.33  | $ 625.00                      | $ 7,708.33  |
| March      | $ 7,083.33  | $ 625.00                      | $ 7,708.33  |
| April      | $ 7,083.33  | $ 625.00                      | $ 7,708.33  |
| May        | $ 7,083.33  | $ 625.00                      | $ 7,708.33  |
|            | $28,333.32  | $ 2,500.00                    | $30,833.32  |

This Proof of Administrative Claim is being filed under penalty of perjury.

Very truly yours,

*[signature]*

Terry L. Coleman

Claim Number: 723

## Jack Del Pizzo

| | |
|---|---|
| **From:** | James Feltman <JFeltman@patnat.com> |
| **Sent:** | Wednesday, April 11, 2018 12:51 PM |
| **To:** | Glenn Hibler; Joel H. Levitin; katie.coleman@hugheshubbard.com; Healy, Terence |
| **Cc:** | Bradley J. Bondi; Terry L. Coleman; Ernest Csiszar; Jack Del Pizzo; Sean Bidic |
| **Subject:** | RE: Bod owed bod fees for feb, March, April & May - please file on our Behalf ! |

All; writing to confirm the following:

(1) Individual board of director fees or special fees, if any, incurred before January 30, 2018 which remains unpaid would ordinarily be considered to be a general unsecured creditor claim and paid in accordance with the Plan. The company's records indicate that individual board member fees were paid in full through January 31, 2018;

(2) Individual board member fees are $7,083.33 per member per month. If the Plan were to go effective on May 30, 2018, then individual board member fees earned post-petition would be $28,333 per member representing the months of February-May 2018;

(3) Special board fees for serving as chairperson($60K/yr), lead director ($20K/yr), audit ($25K/yr), compensation ($15K/yr) and governance ($7.5K/yr) committees, incurred post-petition should be included in the individual board members' proof of claim, to the extent that each board member believes the he is entitled to receive such fees;

(4) Fees owing in categories 2) and 3) above, incurred during the chapter 11, would ordinarily be considered an administrative claim;

(5) Each board member seeking fees for board services must file a proof of claim in support of their respective claim in order to initiate the payment process. This response is intended to provide you information about this process and is not intended to and should not be relied upon as legal advice. You should consult with your attorney for advice on how to prepare and submit a proof of claim.

Regards, jsf, CRO



**James Feltman | CRO**
Patriot National, Inc.
401 E. Las Olas Blvd., Suite 1650, Fort Lauderdale, FL 33301
**Tel: 954.315.1810 | Mobile: 305.793.6279**
JFeltman@patnat.com | patnat.com

*We Find Solutions*

1

## PROOF OF ADMINISTRATIVE CLAIM

Ernest N. Csiszar
1579 Kathwood Drive
Columbia SC 29206

July 27, 2018

United States Bankruptcy Court
For the District of Delaware

**Re: Patriot National, Inc.**          **Case 18-10189 (KG)**

By this letter, the undersigned is asserting an Administrative Claim for Board of Director and Chairman of the Audit Committee fees. This Administrative Claim is being filed pursuant to Section XI.A.1 of the Plan and paragraph 101 of the Confirmation Order in Patriot National, Inc. Case No. 18-10189 (KG) pending in the United States Bankruptcy Court for the District of Delaware.

I served as a Board Member and Chairman of the Audit Committee prior to and after the bankruptcy filing date of January 30, 2018 through the date of my resignation which was on or about May 16, 2018. I was paid Board fees through January 2018 but no fees were paid following the filing even though the Board continued to meet regularly and carry out its functions. This Administrative Claim is being filed for the unpaid Board and Chairman of the Audit Committee fees for the months of February, March, April and May 2018 which total $36,666.64. This amount is based on the Board and Committee fees approved by the Board of Directors prior to the filing which are reflected in the attached email from James Feltman, CRO and is calculated as follows:

|  | Board Fee | Chairman of Audit Committee | Total Fees |
|---|---|---|---|
| February | $ 7,083.33 | $ 2,083.33 | $ 9,166.66 |
| March | $ 7,083.33 | $ 2,083.33 | $ 9,166.66 |
| April | $ 7,083.33 | $ 2,083.33 | $ 9,166.66 |
| May | $ 7,083.33 | $ 2,083.33 | $ 9,166.66 |
|  | $28,333.32 | $ 8,333.32 | $36,666.64 |

This Proof of Administrative Claim is being filed under penalty of perjury.

Very truly yours,

*[signature]*

Ernest N. Csiszar

**Claim Number: 713**

## Jack Del Pizzo

| | |
|---|---|
| **From:** | James Feltman <JFeltman@patnat.com> |
| **Sent:** | Wednesday, April 11, 2018 12:51 PM |
| **To:** | Glenn Hibler; Joel H. Levitin; katie.coleman@hugheshubbard.com; Healy, Terence |
| **Cc:** | Bradley J. Bondi; Terry L. Coleman; Ernest Csiszar; Jack Del Pizzo; Sean Bidic |
| **Subject:** | RE: Bod owed bod fees for feb, March, April & May - please file on our Behalf ! |

All; writing to confirm the following:

(1) Individual board of director fees or special fees, if any, incurred before January 30, 2018 which remains unpaid would ordinarily be considered to be a general unsecured creditor claim and paid in accordance with the Plan. The company's records indicate that individual board member fees were paid in full through January 31, 2018;

(2) Individual board member fees are $7,083.33 per member per month. If the Plan were to go effective on May 30, 2018, then individual board member fees earned post-petition would be $28,333 per member representing the months of February-May 2018;

(3) Special board fees for serving as chairperson($60K/yr), lead director ($20K/yr), audit ($25K/yr), compensation ($15K/yr) and governance ($7.5K/yr) committees, incurred post-petition should be included in the individual board members' proof of claim, to the extent that each board member believes the he is entitled to receive such fees;

(4) Fees owing in categories 2) and 3) above, incurred during the chapter 11, would ordinarily be considered an administrative claim;

(5) Each board member seeking fees for board services must file a proof of claim in support of their respective claim in order to initiate the payment process. This response is intended to provide you information about this process and is not intended to and should not be relied upon as legal advice. You should consult with your attorney for advice on how to prepare and submit a proof of claim.

Regards, jsf, CRO



**James Feltman | CRO**
Patriot National, Inc.
401 E. Las Olas Blvd., Suite 1650, Fort Lauderdale, FL 33301
**Tel: 954.315.1810 | Mobile: 305.793.6279**
JFeltman@patnat.com | patnat.com

*We Find Solutions*

1

# PROOF OF ADMINISTRATIVE CLAIM

John R. Del Pizzo
2098 West Chester Pike
Suite 101
Broomall, PA 19008

July 27, 2018

United States Bankruptcy Court
For the District of Delaware
824 N. Market Street 3rd Floor
Wilmington, DE 19801

**Re: Patriot National, Inc.**            **Case 18-10189 (KG)**

By this letter, the undersigned is asserting an Administrative Claim for Board of Director and Lead Director Fees. This Administrative Claim is being filed pursuant to Section XI.A.1 of the Plan and paragraph 101 of the Confirmation Order in Patriot National, Inc. Case No. 18-10189 (KG) pending in the United States Bankruptcy Court for the District of Delaware.

I served as a Board Member and Lead Director prior to and after the bankruptcy filing date of January 30, 2018 through the date of my resignation which was on or about May 16, 2018. I was paid Board fees through January 2018 but no fees were paid following the filing even though the Board continued to meet regularly and carry out its functions. This Administrative Claim is being filed for the unpaid Board and Lead Director fees for the months of February, March, April and May 2018 which total $35,000.00. This amount is based the board and committee fees approved by the Board of Directors prior to the filing which are reflected in the attached email from James Feltman, CRO and is calculated as follows:

|           | Board Fee | Lead Director Fee | Total Fees |
|-----------|-----------|-------------------|------------|
| February  | $ 7,083.33 | $ 1,666.67 | $ 8,750.00 |
| March     | $ 7,083.33 | $ 1,666.67 | $ 8,750.00 |
| April     | $ 7,083.33 | $ 1,666.67 | $ 8,750.00 |
| May       | $ 7,083.33 | $ 1,666.67 | $ 8,750.00 |
|           | $28,333.32 | $ 6,666.68 | $35,000.00 |

This Proof of Administrative Claim is being filed under penalty of perjury.

Very truly yours,

John R. Del Pizzo

John R. Del Pizzo

Claim Number: 712

## Jack Del Pizzo

| | |
|---|---|
| **From:** | James Feltman <JFeltman@patnat.com> |
| **Sent:** | Wednesday, April 11, 2018 12:51 PM |
| **To:** | Glenn Hibler; Joel H. Levitin; katie.coleman@hugheshubbard.com; Healy, Terence |
| **Cc:** | Bradley J. Bondi; Terry L. Coleman; Ernest Csiszar; Jack Del Pizzo; Sean Bidic |
| **Subject:** | RE: Bod owed bod fees for feb, March, April & May - please file on our Behalf ! |

All; writing to confirm the following:

(1) Individual board of director fees or special fees, if any, incurred before January 30, 2018 which remains unpaid would ordinarily be considered to be a general unsecured creditor claim and paid in accordance with the Plan. The company's records indicate that individual board member fees were paid in full through January 31, 2018;

(2) Individual board member fees are $7,083.33 per member per month. If the Plan were to go effective on May 30, 2018, then individual board member fees earned post-petition would be $28,333 per member representing the months of February-May 2018;

(3) Special board fees for serving as chairperson($60K/yr), lead director ($20K/yr), audit ($25K/yr), compensation ($15K/yr) and governance ($7.5K/yr) committees, incurred post-petition should be included in the individual board members' proof of claim, to the extent that each board member believes the he is entitled to receive such fees;

(4) Fees owing in categories 2) and 3) above, incurred during the chapter 11, would ordinarily be considered an administrative claim;

(5) Each board member seeking fees for board services must file a proof of claim in support of their respective claim in order to initiate the payment process. This response is intended to provide you information about this process and is not intended to and should not be relied upon as legal advice. You should consult with your attorney for advice on how to prepare and submit a proof of claim.

Regards, jsf, CRO



**James Feltman** | CRO
Patriot National, Inc.
401 E. Las Olas Blvd., Suite 1650, Fort Lauderdale, FL 33301
**Tel:** 954.315.1810 | **Mobile:** 305.793.6279
JFeltman@patnat.com | patnat.com

*We Find Solutions*

1

## PROOF OF ADMINISTRATIVE CLAIM

Glen Hibler
652 Mateo Street
Los Angeles, CA 90021
Loft 202

July 27, 2018

United States Bankruptcy Court
For the District of Delaware
824 N. Market Street
3rd Floor
Wilmington, DE 19801

**Re: Patriot National, Inc.**          **Case 18-10189 (KG)**

By this letter, the undersigned is asserting an Administrative Claim for Board of Director Fees. This Administrative Claim is being filed pursuant to Section XI.A.1 of the Plan and paragraph 101 of the Confirmation Order in Patriot National, Inc. Case No. 18-10189 (KG) pending in the United States Bankruptcy Court for the District of Delaware.

I served as a Board Member and Chairman of the Board prior to and after the bankruptcy filing date of January 30, 2018 through the date of my resignation which was on or about May 16, 2018. I was paid Board fees through January 2018 but no fees were paid following the filing even though the Board continued to meet regularly and carry out its functions. This Administrative Claim is being filed for the unpaid Board for the months of February, March, April and May 2018 which total $28,333.32. This amount is based the board and committee fees approved by the Board of Directors prior to the filing which are reflected in the attached email from James Feltman, CRO and is calculated as follows:

|          | Board Fee   |
|----------|-------------|
| February | $ 7,083.33  |
| March    | $ 7,083.33  |
| April    | $ 7,083.33  |
| May      | $ 7,083.33  |
|          | $28,333.32  |

This Proof of Administrative Claim is being filed under penalty of perjury.

Very truly yours,

Glen Hibler

_/s/ M.T.H._

7/27/2018

Claim Number: 714

## Jack Del Pizzo

| | |
|---|---|
| **From:** | James Feltman <JFeltman@patnat.com> |
| **Sent:** | Wednesday, April 11, 2018 12:51 PM |
| **To:** | Glenn Hibler; Joel H. Levitin; katie.coleman@hugheshubbard.com; Healy, Terence |
| **Cc:** | Bradley J. Bondi; Terry L. Coleman; Ernest Csiszar; Jack Del Pizzo; Sean Bidic |
| **Subject:** | RE: Bod owed bod fees for feb, March, April & May - please file on our Behalf ! |

All; writing to confirm the following:

(1) Individual board of director fees or special fees, if any, incurred before January 30, 2018 which remains unpaid would ordinarily be considered to be a general unsecured creditor claim and paid in accordance with the Plan. The company's records indicate that individual board member fees were paid in full through January 31, 2018;

(2) Individual board member fees are $7,083.33 per member per month. If the Plan were to go effective on May 30, 2018, then individual board member fees earned post-petition would be $28,333 per member representing the months of February-May 2018;

(3) Special board fees for serving as chairperson($60K/yr), lead director ($20K/yr), audit ($25K/yr), compensation ($15K/yr) and governance ($7.5K/yr) committees, incurred post-petition should be included in the individual board members' proof of claim, to the extent that each board member believes the he is entitled to receive such fees;

(4) Fees owing in categories 2) and 3) above, incurred during the chapter 11, would ordinarily be considered an administrative claim;

(5) Each board member seeking fees for board services must file a proof of claim in support of their respective claim in order to initiate the payment process. This response is intended to provide you information about this process and is not intended to and should not be relied upon as legal advice. You should consult with your attorney for advice on how to prepare and submit a proof of claim.

Regards, jsf, CRO



**James Feltman | CRO**
Patriot National, Inc.
401 E. Las Olas Blvd., Suite 1650, Fort Lauderdale, FL 33301
**Tel:** 954.315.1810 | **Mobile:** 305.793.6279
JFeltman@patnat.com | patnat.com

*We Find Solutions*

1