# **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC., *et al.*,[1] | Case No: 18-10189 (KG) <br> (Jointly Administered) |
| Debtors. | RE: D.I. _____ |

## ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of the Motion Of John R. Del Pizzo, Ernest N. Csiszar, Glen Hibler, Sean M. Bidic And Terry L. Coleman For Immediate Payment Of An Administrative Claim Pursuant To Section 503(B)(1) Of The Bankruptcy Code (the "Motion"), and all papers in support and opposition thereto, is hereby

**ORDERED**, that the Motion is GRANTED; and

**ORDERED,** that the Debtors shall pay the Administrative Claims within five (5) days after the entry of this Order.

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, were: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.