# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PATRIOT NATIONAL, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No: 18-10189 (KG) <br> (Jointly Administered) <br><br> **Objection Deadline: October 19, 2018 at 4:00 pm (ET)** <br> **Hearing Date: November 6, 2018 at 10:00 am (ET)** |

## NOTICE OF MOTION OF JOHN R. DEL PIZZO, ERNEST N. CSISZAR, GLEN HIBLER, SEAN M. BIDIC AND TERRY L. COLEMAN FOR IMMEDIATE PAYMENT OF AN ADMINISTRATIVE CLAIM PURSUANT TO SECTION 503(b)(1) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on September 28, 2018, John R. Del Pizzo, Ernest N. Csiszar, Glen Hibler, Sean M. Bidic and Terry L. Coleman (the "Former Directors"), by and through their undersigned counsel, filed the *Motion of John R. Del Pizzo, Ernest N. Csiszar, Glen Hilber, Sean M. Bidic and Terry L. Coleman for Immediate Payment of an Administrative Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **October 19, 2018 at 4:00**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, were: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

**p.m. prevailing Eastern Time**.   You must also serve a copy of your response upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT IF AN OBJECTION IS TIMELY FILED, A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **NOVEMBER 6, 2018 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, SIXTH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE  19801.

Dated:  September 28, 2018           GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Fax: (302) 425-5812
E-mail: mbusenkell@gsbblaw.com

*Counsel for John R. Del Pizzo, Ernest N. Csiszar, Glen Hibler, Sean M. Bidic and Terry L. Coleman*