# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PATRIOT NATIONAL, INC., et al., <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 18-10189 (KG) <br> Jointly Administered |

## NOTICE OF RESCHEDULED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing currently scheduled for November 7, 2018 at 10:00 a.m. (ET) has been rescheduled to **November 14, 2018 at 3:00 p.m. (ET)**. All matters previously scheduled for November 7, 2018, to the extent orders have not otherwise previously been entered, will be continued to the rescheduled date.

Dated: October 11, 2018

**MORRIS JAMES LLP**

/s/ Carl. N. Kunz, III
Carl N. Kunz, III, Esq. (DE Bar No. 3201)
Brenna A. Dolphin, Esq. (DE Bar No. 5604)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19801-1494
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bdolphin@morrisjames.com

-and-

David M. Posner, Esq.
Gianfranco Finizio, Esq.
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
E-mail: dposner@kilpatricktownsend.com
E-mail: gfinizio@kilpatricktownsend.com

*Counsel to Peter Kravitz, as Litigation Trustee for the PNI Litigation Trust*