**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC., *et al.*[1], | Case No. 18-10189 (KG) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 16, 2018 AT 11:00 A.M. (ET)**

**THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT**

**MATTERS GOING FORWARD:**

1. Motion of Aspen Specialty Insurance Company for Modification of Chapter 11 Plan and Discharge Injunction to Continue Pending Litigation in the United States District Court, Eastern District of Pennsylvania [filed September 14, 2018, Docket No. 1027]

    Objection Deadline: September 26, 2018 at 4:00 p.m. (ET).

    Objection(s)/Response(s) Received:

        (a) Objection of Hospitality Supportive Systems, LLC et al. to Motion of Aspen Specialty Insurance Company for Modification of Chapter 11 Plan and Discharge Injunction to Continue Pending Litigation in the United States District Court, Eastern District of Pennsylvania [filed October 1, 2018, Docket No. 1038]

    Replies Received:

        (b) Reply of Aspen Specialty Insurance Company to Objection of Hospitality Supportive Systems, LLC, Edward Snow and The Carman Corporation to Motion for Modification of the Chapter 11 Plan and Discharge Injunction to Continue Pending Litigation in the United

---

[1] The reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The reorganized Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

States District Court, Eastern District of Pennsylvania [Docket No. 1047, filed on October 9, 2018]

Related Documents:

(c) Re-Notice of Motion of Aspen Specialty Insurance Company for Modification of Chapter 11 Plan and Discharge Injunction to Continue Pending Litigation in the United States District Court, Eastern District of Pennsylvania [Docket No. 1039, filed on October 1, 2018]

Status: This matter is being continued to the next omnibus hearing currently scheduled for November 14, 2018 at 3:00 p.m. (ET).

| | |
|---|---|
| Dated: October 11, 2018 | **MORRIS JAMES LLP** |

/s/ Carl N. Kunz, III
Carl N. Kunz, III, Esq. (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Brenna A. Dolphin, Esq. (DE Bar No. 5604)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19801-1494
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bdolphin@morrisjames.com

-and-

David M. Posner, Esq.
Gianfranco Finizio, Esq.
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
E-mail: dposner@kilpatricktownsend.com
E-mail: gfinizio@kilpatricktownsend.com

*Counsel to Peter Kravitz, as Litigation Trustee for the PNI Litigation Trust*