# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PATRIOT NATIONAL, INC., et al.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 18-10189 (KG)<br>Jointly Administered<br><br>**Ref. Docket Nos. 1027 & 1061** |

## CERTIFICATION OF COUNSEL

The undersigned as counsel for Peter Kravitz, as the Litigation Trustee ("Litigation Trustee") for the PNI Litigation Trust (the "Trust"), and as Plan Administrator ("Plan Administrator," and, collectively with the Litigation Trustee, the "Trustee") under the confirmed Plan hereby certifies as follows:

On September 14, 2018, Aspen Specialty Insurance Company ("Aspen") filed the *Motion of Aspen Specialty Insurance Company for Modification of Chapter 11 Plan and Discharge Injunction to Continued Pending Litigation in the United States District Court, Eastern District of Pennsylvania* [Docket No. 1027] (the "Motion"). The deadline to object to the Motion was September 26, 2018, but that deadline was extended for the Trustee.

On November 8, 2018, the Trustee filed *Objection of Peter Kravitz, as Litigation Trustee and Plan Administrator, to Motion of Motion of Aspen Specialty Insurance Company for Modification of Chapter 11 Plan and Discharge Injunction to Continued Pending Litigation in the United States District Court, Eastern District of Pennsylvania* [Docket No. 1061] (the "Objection").

On October 1, 2018, Hospitality Supportive Systems, LLC ("HSS") filed its *Objection of Hospitality Supportive Systems, LLC et al. to Motion of Aspen Specialty Insurance Company for Modification of Chapter 11 Plan and Discharge Injunction to Continue Pending Litigation in the*

*United States District Court, Eastern District of Pennsylvania* [Docket No. 1038] (the "HSS Objection").

Attached hereto as Exhibit A is an order approving a stipulation and agreed order that was discussed in Court and agreed to by Aspen, the Trustee, and HSS. The amended Stipulation is attached to the proposed Order as Exhibit 1.

| | |
|---|---|
| Dated: November 27, 2018 | **MORRIS JAMES LLP** |

/s/ Carl N. Kunz, III
Carl N. Kunz, III, Esq. (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19801-1494
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

-and-

David M. Posner, Esq.
Gianfranco Finizio, Esq.
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
E-mail: dposner@kilpatricktownsend.com
E-mail: gfinizio@kilpatricktownsend.com

*Counsel to Peter Kravitz, as Litigation Trustee for the PNI Litigation Trust*