IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC., et al., | Case No. 18-10189 (KG) |
| Reorganized Debtors. | Jointly Administered |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE      :
                       : SS:
NEW CASTLE COUNTY      :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 27, 2018, I caused to be served:

### CERTIFICATION OF COUNSEL

Notice was provided by the Court's CM/ECF notification system to all registered parties and additional service was completed upon the parties on the attached list as indicated thereon.

Dated: November 27, 2018

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 27th day of November, 2018.

_____
Notary

**VIA ELECTRONIC MAIL**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
E-mail: ljones@pszjlaw.com
E-mail: joneill@pszjlaw.com
E-mail: pkeane@pszjlaw.com
[Counsel to the Reorganized Debtors]

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
E-mail: landis@lrclaw.com
E-mail: mcguire@lrclaw.com
[Counsel to Carrier & Technology Solutions, LLC]

Bayard J. Snyder, Esq.
Snyder & Associates, P.A.
300 Delaware Avenue, suite 1014
Wilmington, DE 19801
E-mail: bjs1@snyderlaw.pro
[Counsel to Aspen Specialty Insurance Company]

Linda J. Casey
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
E-mail: linda.casey@usdoj.gov

**VIA ELECTRONIC MAIL**
Adam C. Harris, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
E-mail: adam.harris@srz.com
[Counsel to Carrier & Technology Solutions, LLC]

William D. Deveau, Esq.
Connell Foley LLP
Harborside 5
185 Hudson Street, Suite 2510
Jersey City, NJ 07311
E-mail: wdeveau@connellfoley.com
[Counsel to Aspen Specialty Insurance Company]

Philip W. Allogramento III, Esq.
Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
E-mail: pallogramento@connellfoley.com
[Counsel to Aspen Specialty Insurance Company]