**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC., *et al.*, | Case No. 18-10189 (KG) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 12, 2018 AT 10:00 A.M. (ET)**

**THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE
COURT AS NO MATTERS ARE GOING FORWARD**

Dated: December 10, 2018   **MORRIS JAMES LLP**

/s/ Carl N. Kunz, III
Carl N. Kunz, III, Esq. (DE Bar No. 3201)
Brenna A. Dolphin, Esq. (DE Bar No. 5604)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  ckunz@morrisjames.com
E-mail:  bdolphin@morrisjames.com

-and-

David M. Posner, Esq.
Gianfranco Finizio, Esq.
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone:  (212) 775-8700
Facsimile:  (212) 775-8800
E-mail:  dposner@kilpatricktownsend.com
E-mail:  gfinizio@kilpatricktownsend.com

*Counsel to Peter Kravitz, as Litigation Trustee for
the PNI Litigation Trust*