**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC., *et al.*[1], | Case No. 18-10189 (KG) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 19, 2018 AT 1:00 P.M. (ET)**

**MATTERS GOING FORWARD:**

1. Motion of John R. Del Pizzo, Ernest N. Csiszar, Glen Hibler, Sean M. Bidic and Terry L. Coleman for Immediate Payment of an Administrative Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [filed September 28, 2018, Docket No. 1036]

   Objection Deadline: October 19, 2018 at 4:00 p.m. (ET).

   Objection(s)/Response(s) Received:

   (a) Objection of Peter Kravitz, as Plan Administrator and Trustee for the PNI Litigation Trust, and Carrier & Technology Solutions, LLC, to Motion of John R. Del Pizzo, Ernest N. Csiszar, Glen Hibler, Sean M. Bidic and Terry Coleman for Immediate Payment of an Administrative Expense Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [filed October 18, 2018, Docket No. 1054]

   Replies Received:

   (b) Reply in Further Support of Motion of John R. Del Pizzo, Ernest N. Csiszar, Glen Hibler, Sean M. Bidic and Terry Coleman for Immediate Payment of an Administrative Expense Claim Pursuant to Section

---

[1] The reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The reorganized Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

        503(b)(1) of the Bankruptcy Code [filed October 29, 2018, Docket No. 1058]

Related Documents:

        (c) Certification of Counsel [filed on November 28, 2018, Docket No. 1079]

        (d) Order [filed on November 28, 2018, Docket No. 1080]

Status: This matter is going forward as an evidentiary hearing.

Dated: December 17, 2018          **MORRIS JAMES LLP**

        /s/ Carl N. Kunz, III
        Carl N. Kunz, III, Esq. (DE Bar No. 3201)
        Brenna A. Dolphin, Esq. (DE Bar No. 5604)
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, DE 19801
        Telephone: (302) 888-6800
        Facsimile: (302) 571-1750
        E-mail: ckunz@morrisjames.com
        E-mail: bdolphin@morrisjames.com

        -and-

        David M. Posner, Esq.
        Gianfranco Finizio, Esq.
        Kilpatrick Townsend & Stockton LLP
        The Grace Building
        1114 Avenue of the Americas
        New York, New York 10036-7703
        Telephone: (212) 775-8700
        Facsimile: (212) 775-8800
        E-mail: dposner@kilpatricktownsend.com
        E-mail: gfinizio@kilpatricktownsend.com

        *Counsel to Peter Kravitz, as Litigation Trustee for the PNI Litigation Trust*