**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Patriot National, Inc.  Bank: Banc of California

Bankruptcy Number: Case No. 18-10189-KG  Account Number: XXXXXX9331

Date of Confirmation: 05/04/2018

Account Type: checking

Reporting Period (month/year): July-Sept 2019

| | |
|---|---|
| Beginning Cash Balance: | $15,395.22 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0.00 |
| Collection of Accounts Receivable/Deposits: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $0.00 |

Total of cash available:   $15,395.22

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | $10,725.00 |
| Total Disbursements | $10,725.00 |

Ending Cash Balance   $4,670.22

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date   10/18/2019   Peter K[signature] Litigation Trustee for Patriot National, Inc.

Debtor: Patriot National, Inc.

Case Number: 18-10189-KG

| ASSETS | Sep-19 | |
|---|---|---|
| Cash (Unrestricted) | $4,670 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | Unliquidated | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | Unliquidated | |
| Other (Attach List) | | |
| Total Current Assets | $4,670 | |
| **Property, Plant & Equipment** | | |
| Reporting Period (month/year): July-Sept 2019 | | |
| | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | $0 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | $0 | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | $81,800,000 | |
| Priority Debt - Per Plan | $800,000 | |
| Unsecured Debt - Per Plan | $24,500,000 | |
| Other (Attach List) - Per Plan* | | |
| Total Pre-petition Liabilities | $107,100,000 | |
| Total Liabilities | $0 | |
| **Equity** | | |
| Trust- Corpus | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |
| | | |

In re Patriot National, Inc.                                                                                    Post-Confirmation Quarterly Report - 3Q 2019