**<u>EXHIBIT 2</u>**

Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC.,[6] | Case No. 18-10189 (CSS) |
| Reorganized Debtor. | Dkt. Ref. No. ____ |

## ORDER GRANTING SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION OF THE PLAN ADMINISTRATOR TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (INSUFFICIENT DOCUMENTATION CLAIMS; DUPLICATE CLAIMS; AMENDED CLAIMS; CONTINGENT CONTRIBUTION CLAIMS; MISCLASSIFIED CLAIMS)

Upon the *Second Omnibus (Non-Substantive) Objection of the Plan Administrator to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Insufficient Documentation Claims; Duplicate Claims; Amended Claims; Contingent Contribution Claims; Misclassified Claims)* (the "Objection"), filed by Peter Kravitz (the "Plan Administrator" or "Trustee"), as the Litigation Trustee for the PNI Litigation Trust and Plan Administrator under the Debtors' confirmed Plan; and this Court having jurisdiction to consider the Objection in accordance with 28 U. S.C. §§ 157 and 1334; the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and after due and sufficient notice and an opportunity for hearing having been furnished; and upon due deliberation of the Objection and the claims listed in the Schedules accompanying the proposed form of order, this Court having determined that the relief sought in

---

[6] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Patriot National, Inc. (1376). The Reorganized Debtor's headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, FL 33301.

the Objection is in the best interests of the Debtors' estates, their creditors, and all parties in interest; it is hereby, ORDERED, ADJUDGED, AND DECREED that:

1.      The Objection is SUSTAINED.

2.      The Claims with Insufficient Documentation listed on the attached <u>Schedule A</u> are hereby deemed disallowed and shall be expunged because the filed proofs of claim lack supporting documentation and the claims are unsupported in the Debtors' books and records.

3.      The Duplicate Claims listed on the attached <u>Schedule B</u> are deemed disallowed and shall be expunged, as being duplicative of the referenced Remaining Claims.

4.      The Amended Claims listed on the attached <u>Schedule C</u> are hereby deemed disallowed and shall be expunged as a result of being amended by the later filed claims listed in the schedule.

5.      The Contingent Contribution Claims listed on the attached <u>Schedule D</u> are hereby deemed disallowed and shall be expunged, as a result of the operation of § 502(e)(1)(B) of the Bankruptcy Code, as constituting claims for reimbursement or contribution which currently remain contingent.

6.      The Reclassified Claims listed on the attached <u>Schedule E</u> are hereby reclassified, as to their level of priority, as general unsecured claims, as set forth within Schedule E.

7.      All rights of the Trustee to object to the Remaining Claims on any grounds are expressly reserved and preserved.

8.      To the extent a Response has been filed regarding the Objection or any claim listed in Schedules A through E, and the Trustee has been unable to resolve such Response, the objection by the Trustee to such claim shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Bankruptcy Rule 3007-1.

12842983/1

9.      This Order shall be deemed a separate order with respect to each claim that is subject to the Objection, and in the event of a stay of this Order pending appeal, the stay shall apply only to the contested matter that involves the claimant pursing appeal, and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters addressed in the Objection and this Order.

10.     The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order and modify any claims register as appropriate.

11.     Nothing herein shall affect, abridge, or otherwise impair the Trustee's rights to (i) file additional objections to any other purported claims (filed or not) that may be asserted against the Debtors and their estates on any basis, including any surviving claims identified in the Objection; and (ii) seek modification or reduction of any purported claim to the extent that such purported claim has been paid, or for other good cause.

12.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

_____
The Honorable Christopher S. Sontchi,
Chief Bankruptcy Judge

12842983/1

SCHEDULE A

<u>(Claims Without Sufficient Documentation)</u>

**In re Patriot National, Inc. - Case No. 18-10189 (CSS)**
**Schedule A - Insufficient Documentation Claims**

| | Name | Total Scheduled Amount | Claim Number | Debtor | Total Asserted Amount | Amount (If Any) Asserted As Secured (S) or Priority (P) | Reason for Disallownace |
|---|---|---|---|---|---|---|---|
| 1 | Belcher, Pearl Ann | $0.00 | 528 | Patriot Claim Services, Inc. | $180,000.00 | $180,000 (P) | No basis for this claim appears in the Debtors' books and records, and no support was attached to this claim, asserted to be for "insurances back wages." |
| 2 | Centurylink Communications, LLC f/k/a Qwest Communications Company, LLC | $0.00 | 70 | Patriot National, Inc. | $34,535.60 | | No basis for this claim appears in the Debtors' books and records, and no support was attached to the proof of claim, apart from an "account number" - 866155070 - and a statement that invoices are too voluminous to attach but are available. |
| 3 | Endurance American Specialty Insurance Company | $0.00 | 420 | Patriot Underwriters, Inc. | $80,336.95 | | No basis for this claim appears in the Debtors' books and records, and no support was attached for this claim that purports to be for "Premium due under General Agency Agreement." |
| 4 | Hibler, Glenn | $0.00 | 287 | Patriot National, Inc. | unliquidated | | No basis for this claim appears in the Debtors' books and records, and no support was attached to this unliquidated claim for "indemnification obligation [sic] under corporate and state law." |
| 5 | Lechner & Stauffer Inc | $0.00 | 131 | Patriot National, Inc. | unliquidated | | No basis for this claim appears in the Debtors' books and records, and no support was attached to this unliquidated claim for "potential unearned premium." |
| 6 | Maxwell, Viola | $0.00 | 477 | Patriot National, Inc. | $90,125.27 | $80,249.22 (P) | No basis for this claim appears in the Debtors' books and records, and no documentation was attached to the claim to support this claim for "investment loss, loss of wages & benefits." The single paystub that was attached is no support. |

| | Name | Total Scheduled Amount | Claim Number | Debtor | Total Asserted Amount | Amount (If Any) Asserted As Secured (S) or Priority (P) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | Meeks, Cathy Ann | $0.00 | 421 | Patriot National, Inc. | unliquidated | | No basis for this claim appears in the Debtors' books and records, and no support was attached to this unliquidated claim described as being for "Part of a lay off at Patriot Risk Svcs." |
| 8 | New York State Department of Labor | $0.00 | 66 | Patriot National, Inc. | unliquidated | Unliquidated (P) | No basis for this claim appears in the Debtors' books and records, and no support was attached to this claim, which simply states that the New York State Department of Labor is entitled to unpaid unemployment insurance contributions of unknown amounts. |
| 9 | Rich & Cartmill Inc | $0.00 | 304 | Patriot Underwriters, Inc. | unliquidated | | No basis for this claim appears in the Debtors' books and records, and no support was attached for this unliquidated claim for commissions and "insured return premiums." |
| 10 | Risk Insurance Services Agency LLC on behalf of Community Care Inc. (for claimant Lisa Mullen) | $0.00 | 309 | Patriot Underwriters, Inc. | unliquidated | Unliquidated (S) | No basis for this claim appears in the Debtors' books and records.  It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate.  The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss.  Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |
| 11 | Risk Insurance Services Agency LLC on behalf of Community Care Inc. (for claimant Amber Garza) | $0.00 | 310 | Patriot Underwriters, Inc. | unliquidated | Unliquidated (S) | No basis for this claim appears in the Debtors' books and records.  It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate.   The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss. Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |

| | Name | Total Scheduled Amount | Claim Number | Debtor | Total Asserted Amount | Amount (If Any) Asserted As Secured (S) or Priority (P) | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 12 | Risk Insurance Services Agency LLC on behalf of Community Care Inc. (for claimant Heather Chapman) | $0.00 | 311 | Patriot Underwriters, Inc. | unliquidated | Unliquidated (S) | No basis for this claim appears in the Debtors' books and records.  It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate.   The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss.  Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |
| 13 | Risk Insurance Services Agency LLC on behalf of Community Care Inc. (for claimant Amber Garza) | $0.00 | 312 | Patriot Underwriters, Inc. | unliquidated | Unliquidated (S) | No basis for this claim appears in the Debtors' books and records.  It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate.   The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss.  Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |
| 14 | Sole Proprietor Solutions, Inc. | $0.00 | 413 | Patriot Underwriters, Inc. | $34,249.39 | | No basis for this claim appears in the Debtors' books and records, and no support was attached for the claimant's narrative asserting that it is entitled to commissions in the amount stated. |

3

SCHEDULE B

(Duplicate Claims)

**In re Patriot National, Inc. - Case No. 18-10189 (CSS)**
**Schedule B - Duplicate Claims**

| | Claimant Name | Total Scheduled Amount | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Duplicate Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | AIG Property Casualty, Inc. | $0.00 | 756 | Patriot National, Inc. | $2,352,260.00 | General Unsecured | 357, 359, 360, 362, 363, 364, 365, 424, 427, 429, 432, 434, 435, 438, 440, 443, 444, 445, 446, 448 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 2 | Aspen Specialty Insurance Company | $0.00 | 126 | Patriot National, Inc. | $30,947,673.57 | General Unsecured | 117, 120, 122 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 3 | Endeavor Re, SPC and Investors/Other Claimants | $0.00 | 662 | Patriot National, Inc. | $460,000.00 | General Unsecured | 680, 690, 674 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |

| | Claimant Name | Total Scheduled Amount | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Duplicate Claim to be Disallowed | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 4 | Endurance American Specialty Insurance Company | $0.00 | 471 | Patriot National, Inc. | Unliquidated | General Unsecured | 387, 405, 465, 466 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 5 | GIGA Solutions Inc. | $0.00 | 60 | Patriot National, Inc. | $268,609.08 | Unsecured | 61 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 6 | Hospitality Supportive Systems LLC | $0.00 | 447 | Patriot National, Inc. | $30,947,673.57 | Unsecured | 368, 376 and 451 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 7 | Old Dominion Re, SPC and Others | $0.00 | 667 | Patriot National, Inc. | $510,000 | General Unsecured | 661, 666, 681 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 8 | Palmer Social Club, Inc. | $0.00 | 561 | Patriot National, Inc. | Unliquidated | General Unsecured | 562, 563 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 9 | PC Connection Sales Corp | $0.00 | 450 | Patriot Technology Solutions, LLC | $40,481.35 | General Unsecured | 449 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |

2

| | Claimant Name | Total Scheduled Amount | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Duplicate Claim to be Disallowed | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | Protiviti Inc. | $300,510.50 | 658 | Patriot National, Inc. | $300,510.50 | General Unsecured | 92 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 11 | Selective Law Group LLC | $0.00 | 408 | Patriot National, Inc. | $30,947,673.57 | Unsecured | 372, 398 and 428 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 12 | Selective Risk Management LLC | $0.00 | 371 | Patriot National, Inc. | $30,947,673.57 | Unsecured | 370, 430 and 436 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |

Continued on next page

3

| | Claimant Name | Total Scheduled Amount | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Duplicate Claim to be Disallowed | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 13 | Skarka, Wayne M. | $0.00 | 10 | Patriot National, Inc. | $24,003.20 | $12,850 as Priority; the balance as general unsecured | 9 | Claim No. 10 is a duplicative of Claim No. 9, with three differences: (i) Claim No. 9 contains a typo in one of the two places where the amount of the claim was stated, but it is evident that the total asserted is $24,003.20; (ii) the limited supporting backup was attached with Claim No. 9 but not Claim No. 10; and (iii) in Claim No. 10, the claimant asks that the amount to be treated as priority be $12,850 rather than $12,475 as stated in Claim No. 9. The Trustee seeks disallowance of Claim No. 9, with the supporting documentation attached to Claim No. 9 to be considered as part of Claim No. 10. |
| 14 | Snow, Edward E. | $0.00 | 382 | Patriot National, Inc. | $30,947,673.57 | Unsecured | 367, 375, and 441 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 15 | The Carman Corporation | $0.00 | 384 | Patriot National, Inc. | $30,947,673.57 | Unsecured | 374, 388, and 397 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |

4

| | Claimant Name | Total Scheduled Amount | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Duplicate Claim to be Disallowed | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 16 | TM3 Re, SPC and Others | $0.00 | 663 | Patriot National, Inc. | $720,000.00 | General Unsecured | 673, 693, 694 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 17 | Triple M II Re, SPC and Others | $0.00 | 664 | Patriot National, Inc. | $680,000.00 | General Unsecured | 669, 671, 675 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 18 | Triple M Re, SPC and Others | $0.00 | 668 | Patriot National, Inc. | $560,000.00 | General Unsecured | 660, 676, 679 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 19 | Vertafore Inc. | $0.00 | 98 | Patriot National, Inc. | $114,354.42 | General Unsecured | 116 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 20 | Virginia Re, SPC and others | $0.00 | 691 | Patriot National, Inc. | $540,000.00 | General Unsecured | 672, 678, 682 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |

12842983/1

SCHEDULE C

(Amended Claims)

**In re Patriot National - Case No. 18-10189 (CSS)**
**Schedule C -  Amended Claims**

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1 | Cahill Gordon & Reindel LLP | 319 | Patriot National, Inc. | Unliquidated | General Unsecured | 317 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 2 | Coventry | 726 | Patriot Care Management, LLC | $104,588.71 | General Unsecured | 246 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 3 | Endeavor Re, SPC and Investors/Other Claimants | 662 | Patriot National, Inc. | $460,000.00 | General Unsecured | 331 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 4 | Endeavor Re, SPC and Investors/Other Claimants | 680 | Patriot Services, LLC | $460,000.00 | General Unsecured | 341 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 5 | Endeavor Re, SPC and Investors/Other Claimants | 674 | Patriot Captive Management, LLC | $460,000.00 | General Unsecured | 344 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 6 | Endeavor Re, SPC and Investors/Other Claimants | 690 | Patriot Underwriters, Inc. | $460,000.00 | General Unsecured | 349 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 7 | Endurance American Specialty Insurance Company | 426 | Patriot Underwriters, Inc. | $80,336.95 | General Unsecured | 420 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 8 | Mariano, Steven M. | 366 | Patriot National, Inc. | $4,000,000.00 | General Unsecured | 168 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 9 | Old Dominion Re, SPC and Others | 667 | Patriot National, Inc. | $510,000 | General Unsecured | 330 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

12842983/1

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 10 | Old Dominion Re, SPC and Others | 661 | Patriot Captive Management, LLC | $510,000 | General Unsecured | 296 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 11 | Old Dominion Re, SPC and Others | 666 | Patriot Underwriters, Inc. | $510,000 | General Unsecured | 297 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 12 | Old Dominion Re, SPC and Others | 681 | Patriot Services, LLC | $510,000 | General Unsecured | 335 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 13 | Palmer Social Club, Inc. | 561 | Patriot National, Inc. | Unliquidated | General Unsecured | 562, 563 | The claims listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 14 | PC Connection Sales Corp | 450 | Patriot Technology Solutions, LLC | $40,481.35 | General Unsecured | 449 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

12842983/1

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 15 | Protiviti Inc. | 658 | Patriot National, Inc. | $300,510.50 | General Unsecured | 92 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 16 | Thomas H. Lee Partners, L.P. | 318 | Patriot National, Inc. | $945,000.00 | General Unsecured | 301 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 17 | TM3 Re, SPC and Others | 663 | Patriot National, Inc. | $720,000.00 | General Unsecured | 289 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 18 | TM3 Re, SPC and Others | 673 | Patriot Captive Management, LLC | $720,000.00 | General Unsecured | 343 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 19 | TM3 Re, SPC and Others | 694 | Patriot Services, LLC | $720,000.00 | General Unsecured | 293 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 20 | TM3 Re, SPC and Others | 683 | Patriot Underwriters, Inc. | $720,000.00 | General Unsecured | 347 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

4

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 21 | Triple M II Re, SPC and Others | 664 | Patriot National, Inc. | $680,000.00 | General Unsecured | 325 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 22 | Triple M II Re, SPC and Others | 675 | Patriot Captive Management, LLC | $680,000.00 | General Unsecured | 334 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 23 | Triple M II Re, SPC and Others | 669 | Patriot Services, LLC | $680,000.00 | General Unsecured | 333 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 24 | Triple M II Re, SPC and Others | 671 | Patriot Underwriters, Inc. | $680,000.00 | General Unsecured | 346 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 25 | Triple M Re, SPC and Others | 668 | Patriot National, Inc. | $560,000.00 | General Unsecured | 323 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

12842983/1

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 26 | Triple M Re, SPC and Others | 676 | Patriot Captive Management, LLC | $560,000.00 | General Unsecured | 342 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 27 | Triple M Re, SPC and Others | 660 | Patriot Services, LLC | $560,000.00 | General Unsecured | 332 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 28 | Triple M Re, SPC and Others | 679 | Patriot Underwriters, Inc. | $560,000.00 | General Unsecured | 345 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 29 | Vertafore Inc. | 98 | Patriot National, Inc. | $114,354.42 | General Unsecured | 116 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 30 | Virginia Re, SPC and others | 691 | Patriot National, Inc. | $540,000.00 | General Unsecured | 290 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

6

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 31 | Virginia Re, SPC and others | 678 | Patriot Captive Management, LLC | $540,000.00 | General Unsecured | 336 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 32 | Virginia Re, SPC and others | 682 | Patriot Services, LLC | $540,000.00 | General Unsecured | 295 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 33 | Virginia Re, SPC and others | 672 | Patriot Underwriters, Inc. | $540,000.00 | General Unsecured | 348 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

7

SCHEDULE D

<u>(Contingent Contribution or Indemnity Claims)</u>

**In re Patriot National, Inc. - Case No. 18-10189 (CSS)**
**Schedule D - Contingent Contribution or Indemnity Claims**

| | Claimant Name | Claim Number | Debtor | Total Asserted Claim Amount | Asserted Claim Classification | Total Scheduled Amount | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | Hospitality Supportive Systems LLC | 447 | Patriot National, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Hospitality Supportive Systems LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016).  Hospitality Supportive Systems LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 2 | Hospitality Supportive Systems LLC | 368 | Patriot Underwriters, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Hospitality Supportive Systems LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016).  Hospitality Supportive Systems LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |

| | Claimant Name | Claim Number | Debtor | Total Asserted Claim Amount | Asserted Claim Classification | Total Scheduled Amount | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 3 | Hospitality Supportive Systems LLC | 376 | TriGen Hospitality Group, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Hospitality Supportive Systems LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016).  Hospitality Supportive Systems LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 4 | Hospitality Supportive Systems LLC | 451 | TriGen Insurance Solutions, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Hospitality Supportive Systems LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016).  Hospitality Supportive Systems LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 5 | Selective Law Group LLC | 408 | Patriot National, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Selective Law Group LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016). Selective Law Group LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |

12842983/1

| | Claimant Name | Claim Number | Debtor | Total Asserted Claim Amount | Asserted Claim Classification | Total Scheduled Amount | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | Selective Law Group LLC | 372 | Patriot Underwriters, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Selective Law Group LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016). Selective Law Group LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 7 | Selective Law Group LLC | 398 | TriGen Hospitality Group, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Selective Law Group LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016). Selective Law Group LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 8 | Selective Law Group LLC | 428 | TriGen Insurance Solutions, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Selective Law Group LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016). Selective Law Group LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |

12842983/1

| | Claimant Name | Claim Number | Debtor | Total Asserted Claim Amount | Asserted Claim Classification | Total Scheduled Amount | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | Selective Risk Management LLC | 371 | Patriot National, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Selective Risk Management LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016).  Selective Risk Management LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 10 | Selective Risk Management LLC | 370 | Patriot Underwriters, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Selective Risk Management LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016).  Selective Risk Management LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 11 | Selective Risk Management LLC | 430 | TriGen Insurance Solutions, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Selective Risk Management LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016).  Selective Risk Management LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |

12842983/1

| | Claimant Name | Claim Number | Debtor | Total Asserted Claim Amount | Asserted Claim Classification | Total Scheduled Amount | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | Selective Risk Management LLC | 436 | TriGen Hospitality Group, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Selective Risk Management LLC is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016). Selective Risk Management LLC asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 13 | Snow, Edward E | 367 | TriGen Hospitality Group, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Edward E. Snow is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016). Snow asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 14 | Snow, Edward E. | 382 | Patriot National, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Edward E. Snow is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016). Snow asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |

12842983/1

| | Claimant Name | Claim Number | Debtor | Total Asserted Claim Amount | Asserted Claim Classification | Total Scheduled Amount | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | Snow, Edward E. | 375 | Patriot Underwriters, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Edward E. Snow is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016). Snow asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 16 | Snow, Edward E. | 441 | TriGen Insurance Solutions, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant Edward E. Snow is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016). Snow asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 17 | The Carman Corporation | 384 | Patriot National, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant The Carman Corporation is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016). The Carman Corporation asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |

| | Claimant Name | Claim Number | Debtor | Total Asserted Claim Amount | Asserted Claim Classification | Total Scheduled Amount | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | The Carman Corporation | 374 | TriGen Hospitality Group, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant The Carman Corporation is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016).  The Carman Corporation asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 19 | The Carman Corporation | 388 | Patriot Underwriters, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant The Carman Corporation is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016).  The Carman Corporation asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |
| 20 | The Carman Corporation | 397 | TriGen Insurance Solutions, Inc. | $30,947,673.57 | Unsecured | $0.00 | Claimant The Carman Corporation is a co-defendant in a lawsuit commenced by Aspen Specialty Insurance Company against various defendants, including Patriot National, Inc., Patriot Underwriters, Inc., Trigen Hospitality Group, Inc. and Trigen Insurance Solutions, Inc. Aspen Specialty Ins. Co. v. Hospitality Supportive Systems, LLC, No. 16-01133-JD (E.D. Pa. 2016).  The Carman Corporation asserts cross-claims against the relevant Debtors for contribution and indemnity. Such claims remain contingent, and therefore may be disallowed under Section 502(e)(1) of the Bankruptcy Code. |

12842983/1

SCHEDULE E

<u>(Reclassified Claims)</u>

**In re Patriot National, Inc. - Case No. 18-10189 (CSS**
**Schedule E - Reclassification Claims**

Key:    U = unsecured; P = priority; S = secured; A = administrative; and T = total

Petition Date:    January 30, 2018          180 days before Petition Date:    August 3, 2017

| | CLAIMANT NAME | CLAIM NUMBER | DEBTOR | TOTAL SCHEDULED AMOUNT | ASSERTED CLAIM AND CLASSIFICATIONS | | MODIFIED CLAIM CLASSIFICATIONS | | REASON FOR RECLASSIFICATION/ STATUS MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Belcher, Pearl Ann | 528 | Patriot Claim Services, Inc. | $0.00 | T<br><br>S<br>A<br>P<br>U | $180,000.00<br><br><br><br>$180,000.00 | T<br><br>S<br>A<br>P<br>U | $180,000.00<br><br><br><br><br>$180,000.00 | Reclassify as a general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date, priority treatment is allowed for "wages, salaries or commissions" earned within 180 days of the Petition Date up to a maximum of  $12,850.  The claim is for "insurance back wages" and asserts an unspecified amount as a priority wage claim; but the claim provides no documentation of any kind, including none to demonstrate that any of it was earned within the 180 day period before the Petition Date. |
| 2 | Combined Group Insurance Services | 183 | Patriot National, Inc. | $0.00 | T<br><br>S<br>A<br>P<br>U | $23,112.70<br><br><br><br>$23,112.70 | T<br><br>S<br>A<br>P<br>U | $23,112.70<br><br><br><br><br>$23,112.70 | Reclassify as general unsecured claim.   Under Bankruptcy Code § 507(a) at the time of the claims bar date,  priority treatment is allowed for wage and commissions claims earned within 180 days of the Petition Date up to a maximum of  $12,850.  The proof of claim provides no support that any of the claimed commissions were earned on or after August 3, 2017. |

| | CLAIMANT NAME | CLAIM NUMBER | DEBTOR | TOTAL SCHEDULED AMOUNT | ASSERTED CLAIM AND CLASSIFICATIONS | | MODIFIED CLAIM CLASSIFICATIONS | | REASON FOR RECLASSIFICATION/ STATUS MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Keenan & Associates | 622 | Patriot National, Inc. | $0.00 | T<br><br><br><br><br><br>S<br>A<br>P<br>U | $21,233.60<br><br><br><br><br><br><br><br>$12,850.00<br>8,383.60 | T<br><br><br><br><br><br>S<br>A<br>P<br>U | $21,233.60<br><br><br><br><br><br><br><br><br>$21,233.60 | Reclassify as a general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date, priority treatment is allowed for wage and commissions claims earned within 180 days of the Petition Date up to a maximum of $12,850.  Although the commissions that the Claimant contends are owed were being paid out on a monthly basis, the insurance contracts on which they are based were entered into prior to the 180 day period. |
| 4 | Maxwell, Viola | 477 | Patriot National, Inc. | $0.00 | T<br><br><br>S<br><br>P<br>U | $90,125.27<br><br><br><br><br>$80,249.22<br>$9,876.05 | T<br><br><br>S<br><br>P<br>U | $90,125.27<br><br><br><br><br><br>$90,125.27 | Reclassify as a general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date,  priority treatment is allowed for wage and commissions claims earned within 180 days of the Petition Date up to a maximum of  $12,850.   The proof of claim for "investment loss, loss of wages & benefits"  provides no support that any of the claimed commissions were earned on or after August 3, 2017. |
| 5 | Risk Insurance Services Agency LLC on behalf of Community Care, Inc. (for claimant Lisa Mullen) | 309 | Patriot Underwriters, Inc. | $0.00 | T<br>S<br>A<br>P<br>U | Unliquidated<br>Unliquidated | T<br>S<br>A<br>P<br>U | Unliquidated<br><br><br><br>Unliquidated | No basis for this claim appears in the Debtors' books and records.  It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate.  The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss.  Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |

| | CLAIMANT NAME | CLAIM NUMBER | DEBTOR | TOTAL SCHEDULED AMOUNT | ASSERTED CLAIM AND CLASSIFICATIONS | | MODIFIED CLAIM CLASSIFICATIONS | | REASON FOR RECLASSIFICATION/ STATUS MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 6 | Risk Insurance Services Agency LLC on behalf of Community Care, Inc. (for Amber Garza) | 310 | Patriot Underwriters, Inc. | $0.00 | T<br><br>S<br>A<br>P<br>U | Unliquidated<br><br>Unliquidated | T<br><br>S<br>A<br>P<br>U | Unliquidated<br><br><br><br><br>Unliquidated | No basis for this claim appears in the Debtors' books and records. It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate. The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss. Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |
| 7 | Risk Insurance Services Agency LLC on behalf of Community Care, Inc. (for Heather Chapman) | 311 | Patriot Underwriters, Inc. | $0.00 | T<br><br>S<br>A<br>P<br>U | Unliquidated<br><br>Unliquidated | T<br><br>S<br>A<br>P<br>U | Unliquidated<br><br><br><br><br>Unliquidated | No basis for this claim appears in the Debtors' books and records. It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate. The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss. Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |
| 8 | Risk Insurance Services Agency LLC on behalf of Community Care, Inc. (for Amber Garza) | 312 | Patriot Underwriters, Inc. | $0.00 | T<br><br>S<br>A<br>P<br>U | Unliquidated<br><br>Unliquidated | T<br><br>S<br>A<br>P<br>U | Unliquidated<br><br><br><br><br>Unliquidated | No basis for this claim appears in the Debtors' books and records. It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate. The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss. Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |

4

| | CLAIMANT NAME | CLAIM NUMBER | DEBTOR | TOTAL SCHEDULED AMOUNT | ASSERTED CLAIM AND CLASSIFICATIONS | | MODIFIED CLAIM CLASSIFICATIONS | | REASON FOR RECLASSIFICATION/ STATUS MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Skarka, Wayne M. | 9 | Patriot National, Inc. | $0.00 | T<br><br>S<br><br>A<br>P<br>U | $24,003.20<br><br><br><br><br>$12,475.00<br>$11,528.20 | T<br><br>S<br><br>A<br>P<br>U | $24,003.20<br><br><br><br><br><br>$24,003.20 | Reclassify as a general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date, priority treatment is allowed for "wages, salaries or commissions" earned within 180 days of the Petition Date up to a maximum of $12,850.  This claimant's claim is for unreimbursed business expenses, all incurred more than 180 days before the petition date, plus alleged liquidated damages and penalties. Accordingly, the claim is not entitled to priority treatment. |
| 10 | Skarka, Wayne M. | 10 | Patriot National, Inc. | $0.00 | T<br><br><br><br>S<br><br><br>A<br>P<br>U | $24,003.20<br><br><br><br><br><br><br><br>$12,850.00<br>$11,153.20 | T<br><br><br><br>S<br><br><br>A<br>P<br>U | $24,003.20<br><br><br><br><br><br><br><br><br>$24,003.20 | Reclassify as a general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date, priority treatment is allowed for "wages, salaries or commissions" earned within 180 days of the Petition Date up to a maximum of $12,850.  This claimant's claim is for unreimbursed business expenses which were incurred more than 180 days before the petition date, plus alleged liquidated damages and penalties.  None of it is entitled to priority treatment under section 507(a). |

12842983/1