SCHEDULE A

<u>(Claims Without Sufficient Documentation)</u>

**In re Patriot National, Inc. - Case No. 18-10189 (CSS)**
**Schedule A - Insufficient Documentation Claims**

| | Name | Total Scheduled Amount | Claim Number | Debtor | Total Asserted Amount | Amount (If Any) Asserted As Secured (S) or Priority (P) | Reason for Disallownace |
|---|---|---|---|---|---|---|---|
| 1 | Belcher, Pearl Ann | $0.00 | 528 | Patriot Claim Services, Inc. | $180,000.00 | $180,000 (P) | No basis for this claim appears in the Debtors' books and records, and no support was attached to this claim, asserted to be for "insurances back wages." |
| 2 | Centurylink Communications, LLC f/k/a Qwest Communications Company, LLC | $0.00 | 70 | Patriot National, Inc. | $34,535.60 | | No basis for this claim appears in the Debtors' books and records, and no support was attached to the proof of claim, apart from an "account number" - 866155070 - and a statement that invoices are too voluminous to attach but are available. |
| 3 | Endurance American Specialty Insurance Company | $0.00 | 420 | Patriot Underwriters, Inc. | $80,336.95 | | No basis for this claim appears in the Debtors' books and records, and no support was attached for this claim that purports to be for "Premium due under General Agency Agreement." |
| 4 | Hibler, Glenn | $0.00 | 287 | Patriot National, Inc. | unliquidated | | No basis for this claim appears in the Debtors' books and records, and no support was attached to this unliquidated claim for "indemnification obligatioin [sic] under corporate and state law." |
| 5 | Lechner & Stauffer Inc | $0.00 | 131 | Patriot National, Inc. | unliquidated | | No basis for this claim appears in the Debtors' books and records, and no support was attached to this unliquidated claim for "potential unearned premium." |
| 6 | Maxwell, Viola | $0.00 | 477 | Patriot National, Inc. | $90,125.27 | $80,249.22 (P) | No basis for this claim appears in the Debtors' books and records, and no documentation was attached to the claim to support this claim for "investment loss, loss of wages & benefits." The single paystub that was attached is no support. |

| | Name | Total Scheduled Amount | Claim Number | Debtor | Total Asserted Amount | Amount (If Any) Asserted As Secured (S) or Priority (P) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | Meeks, Cathy Ann | $0.00 | 421 | Patriot National, Inc. | unliquidated | | No basis for this claim appears in the Debtors' books and records, and no support was attached to this unliquidated claim described as being for "Part of a lay off at Patriot Risk Svcs." |
| 8 | New York State Department of Labor | $0.00 | 66 | Patriot National, Inc. | unliquidated | Unliquidated (P) | No basis for this claim appears in the Debtors' books and records, and no support was attached to this claim, which simply states that the New York State Department of Labor is entitled to unpaid unemployment insurance contributions of unknown amounts. |
| 9 | Rich & Cartmill Inc | $0.00 | 304 | Patriot Underwriters, Inc. | unliquidated | | No basis for this claim appears in the Debtors' books and records, and no support was attached for this unliquidated claim for commissions and "insured return premiums." |
| 10 | Risk Insurance Services Agency LLC on behalf of Community Care Inc. (for claimant Lisa Mullen) | $0.00 | 309 | Patriot Underwriters, Inc. | unliquidated | Unliquidated (S) | No basis for this claim appears in the Debtors' books and records. It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate. The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss. Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |
| 11 | Risk Insurance Services Agency LLC on behalf of Community Care Inc. (for claimant Amber Garza) | $0.00 | 310 | Patriot Underwriters, Inc. | unliquidated | Unliquidated (S) | No basis for this claim appears in the Debtors' books and records. It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate. The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss. Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |

WS01\12910939.v1-5/28/21

| | Name | Total Scheduled Amount | Claim Number | Debtor | Total Asserted Amount | Amount (If Any) Asserted As Secured (S) or Priority (P) | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 12 | Risk Insurance Services Agency LLC on behalf of Community Care Inc. (for claimant Heather Chapman) | $0.00 | 311 | Patriot Underwriters, Inc. | unliquidated | Unliquidated (S) | No basis for this claim appears in the Debtors' books and records.  It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate.   The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss.  Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |
| 13 | Risk Insurance Services Agency LLC on behalf of Community Care Inc. (for claimant Amber Garza) | $0.00 | 312 | Patriot Underwriters, Inc. | unliquidated | Unliquidated (S) | No basis for this claim appears in the Debtors' books and records.  It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate.   The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss.  Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |
| 14 | Sole Proprietor Solutions, Inc. | $0.00 | 413 | Patriot Underwriters, Inc. | $34,249.39 | | No basis for this claim appears in the Debtors' books and records, and no support was attached for the claimant's narrative asserting that it is entitled to commissions in the amount stated. |

3

SCHEDULE B

(<u>Duplicate Claims</u>)

**In re Patriot National, Inc. - Case No. 18-10189 (CSS)**
**Schedule B - Duplicate Claims**

| | Claimant Name | Total Scheduled Amount | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Duplicate Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | AIG Property Casualty, Inc. | $0.00 | 756 | Patriot National, Inc. | $2,352,260.00 | General Unsecured | 357, 359, 360, 362, 363, 364, 365, 424, 427, 429, 432, 434, 435, 438, 440, 443, 444, 445, 446, 448 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 2 | Aspen Specialty Insurance Company | $0.00 | 126 | Patriot National, Inc. | $30,947,673.57 | General Unsecured | 117, 120, 122 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 3 | Endeavor Re, SPC and Investors/Other Claimants | $0.00 | 662 | Patriot National, Inc. | $460,000.00 | General Unsecured | 680, 690, 674 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 4 | Endurance American Specialty Insurance Company | $0.00 | 471 | Patriot National, Inc. | Unliquidated | General Unsecured | 387, 405, 465, 466 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |

| | Claimant Name | Total Scheduled Amount | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Duplicate Claim to be Disallowed | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 5 | GIGA Solutions Inc. | $0.00 | 60 | Patriot National, Inc. | $268,609.08 | Unsecured | 61 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| | [omitted] | | | | | | | |
| 7 | Old Dominion Re, SPC and Others | $0.00 | 667 | Patriot National, Inc. | $510,000 | General Unsecured | 661, 666, 681 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 8 | Palmer Social Club, Inc. | $0.00 | 561 | Patriot National, Inc. | Unliquidated | General Unsecured | 562, 563 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 9 | PC Connection Sales Corp | $0.00 | 450 | Patriot Technology Solutions, LLC | $40,481.35 | General Unsecured | 449 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 10 | Protiviti Inc. | $300,510.50 | 658 | Patriot National, Inc. | $300,510.50 | General Unsecured | 92 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |

2

| | Claimant Name | Total Scheduled Amount | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Duplicate Claim to be Disallowed | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | [omitted] | | | | | | | |
| 12 | [omitted] | | | | | | | |
| 13 | Skarka, Wayne M. | $0.00 | 10 | Patriot National, Inc. | $24,003.20 | $12,850 as Priority; the balance as general unsecured | 9 | Claim No. 10 is a duplicative of Claim No. 9, with three differences: (i) Claim No. 9 contains a typo in one of the two places where the amount of the claim was stated, but it is evident that the total asserted is $24,003.20;  (ii) the limited supporting backup was attached with Claim No. 9  but not Claim No. 10; and (iii) in Claim No. 10, the claimant asks that the amount to be treated as priority be $12,850 rather than $12,475 as stated in Claim No. 9.  The Trustee seeks disallowance of Claim No. 9, with the supporting documentation attached to Claim No. 9 to be considered as part of Claim No. 10. |

3

| | Claimant Name | Total Scheduled Amount | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Duplicate Claim to be Disallowed | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 14 | [omitted] | | | | | | | |
| 15 | [omitted] | | | | | | | |
| 16 | TM3 Re, SPC and Others | $0.00 | 663 | Patriot National, Inc. | $720,000.00 | General Unsecured | 673, 693, 694 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 17 | Triple M II Re, SPC and Others | $0.00 | 664 | Patriot National, Inc. | $680,000.00 | General Unsecured | 669, 671, 675 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 18 | Triple M Re, SPC and Others | $0.00 | 668 | Patriot National, Inc. | $560,000.00 | General Unsecured | 660, 676, 679 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 19 | Vertafore Inc. | $0.00 | 98 | Patriot National, Inc. | $114,354.42 | General Unsecured | 116 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |
| 20 | Virginia Re, SPC and others | $0.00 | 691 | Patriot National, Inc. | $540,000.00 | General Unsecured | 672, 678, 682 | The claim(s) listed under "Duplicate Claim(s) to be Disallowed" is duplicative of the claim listed under "Remaining Claim Number." |

4

SCHEDULE C

(<u>Amended Claims</u>)

**In re Patriot National - Case No. 18-10189 (CSS)**
**Schedule C - Amended Claims**

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1 | Cahill Gordon & Reindel LLP | 319 | Patriot National, Inc. | Unliquidated | General Unsecured | 317 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 2 | Coventry | 726 | Patriot Care Management, LLC | $104,588.71 | General Unsecured | 246 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 3 | Endeavor Re, SPC and Investors/Other Claimants | 662 | Patriot National, Inc. | $460,000.00 | General Unsecured | 331 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 4 | Endeavor Re, SPC and Investors/Other Claimants | 680 | Patriot Services, LLC | $460,000.00 | General Unsecured | 341 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 5 | Endeavor Re, SPC and Investors/Other Claimants | 674 | Patriot Captive Management, LLC | $460,000.00 | General Unsecured | 344 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 6 | Endeavor Re, SPC and Investors/Other Claimants | 690 | Patriot Underwriters, Inc. | $460,000.00 | General Unsecured | 349 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 7 | Endurance American Specialty Insurance Company | 426 | Patriot Underwriters, Inc. | $80,336.95 | General Unsecured | 420 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 8 | Mariano, Steven M. | 366 | Patriot National, Inc. | $4,000,000.00 | General Unsecured | 168 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 9 | Old Dominion Re, SPC and Others | 667 | Patriot National, Inc. | $510,000 | General Unsecured | 330 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

WS01\12910939.v1-5/28/21

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 10 | Old Dominion Re, SPC and Others | 661 | Patriot Captive Management, LLC | $510,000 | General Unsecured | 296 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 11 | Old Dominion Re, SPC and Others | 666 | Patriot Underwriters, Inc. | $510,000 | General Unsecured | 297 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 12 | Old Dominion Re, SPC and Others | 681 | Patriot Services, LLC | $510,000 | General Unsecured | 335 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 13 | Palmer Social Club, Inc. | 561 | Patriot National, Inc. | Unliquidated | General Unsecured | 562, 563 | The claims listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 14 | PC Connection Sales Corp | 450 | Patriot Technology Solutions, LLC | $40,481.35 | General Unsecured | 449 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

WS01\12910939.v1-5/28/21

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 15 | Protiviti Inc. | 658 | Patriot National, Inc. | $300,510.50 | General Unsecured | 92 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 16 | Thomas H. Lee Partners, L.P. | 318 | Patriot National, Inc. | $945,000.00 | General Unsecured | 301 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 17 | TM3 Re, SPC and Others | 663 | Patriot National, Inc. | $720,000.00 | General Unsecured | 289 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 18 | TM3 Re, SPC and Others | 673 | Patriot Captive Management, LLC | $720,000.00 | General Unsecured | 343 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 19 | TM3 Re, SPC and Others | 694 | Patriot Services, LLC | $720,000.00 | General Unsecured | 293 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 20 | TM3 Re, SPC and Others | 683 | Patriot Underwriters, Inc. | $720,000.00 | General Unsecured | 347 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

WS01\12910939.v1-5/28/21

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 21 | Triple M II Re, SPC and Others | 664 | Patriot National, Inc. | $680,000.00 | General Unsecured | 325 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 22 | Triple M II Re, SPC and Others | 675 | Patriot Captive Management, LLC | $680,000.00 | General Unsecured | 334 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 23 | Triple M II Re, SPC and Others | 669 | Patriot Services, LLC | $680,000.00 | General Unsecured | 333 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 24 | Triple M II Re, SPC and Others | 671 | Patriot Underwriters, Inc. | $680,000.00 | General Unsecured | 346 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 25 | Triple M Re, SPC and Others | 668 | Patriot National, Inc. | $560,000.00 | General Unsecured | 323 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

WS01\12910939.v1-5/28/21

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 26 | Triple M Re, SPC and Others | 676 | Patriot Captive Management, LLC | $560,000.00 | General Unsecured | 342 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 27 | Triple M Re, SPC and Others | 660 | Patriot Services, LLC | $560,000.00 | General Unsecured | 332 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 28 | Triple M Re, SPC and Others | 679 | Patriot Underwriters, Inc. | $560,000.00 | General Unsecured | 345 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 29 | Vertafore Inc. | 98 | Patriot National, Inc. | $114,354.42 | General Unsecured | 116 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 30 | Virginia Re, SPC and others | 691 | Patriot National, Inc. | $540,000.00 | General Unsecured | 290 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

WS01\12910939.v1-5/28/21

| | Claimant Name | Remaining Claim Number | Debtor | Total Asserted Amount | Asserted Classification(s) | Claim(s) to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 31 | Virginia Re, SPC and others | 678 | Patriot Captive Management, LLC | $540,000.00 | General Unsecured | 336 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 32 | Virginia Re, SPC and others | 682 | Patriot Services, LLC | $540,000.00 | General Unsecured | 295 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |
| 33 | Virginia Re, SPC and others | 672 | Patriot Underwriters, Inc. | $540,000.00 | General Unsecured | 348 | The claim listed under "Claim to be Disallowed" was amended and superseded by the claim listed under "Remaining Claim Number." |

WS01\12910939.v1-5/28/21

SCHEDULE D

(Contingent Contribution or Indemnity Claims)

**In re Patriot National, Inc. - Case No. 18-10189 (CSS)**
**Schedule D -  Contingent Contribution or Indemnity Claims**

| Claimant Name | Claim Number | Debtor | Total Asserted Claim Amount | Asserted Claim Classification | Total Scheduled Amount | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| [omitted] | | | | | | |
| [omitted] | | | | | | |
| [omitted] | | | | | | |
| [omitted] | | | | | | |
| [omitted] | | | | | | |

SCHEDULE E

<u>(Reclassified Claims)</u>

In re Patriot National, Inc. - Case No. 18-10189 (CSS
Schedule E - Reclassification Claims

Key:    U = unsecured; P = priority; S = secured; A = administrative; and T = total

Petition Date:   January 30, 2018          180 days before Petition Date:    August 3, 2017

| | CLAIMANT NAME | CLAIM NUMBER | DEBTOR | TOTAL SCHEDULED AMOUNT | ASSERTED CLAIM AND CLASSIFICATIONS | | MODIFIED CLAIM CLASSIFICATIONS | | REASON FOR RECLASSIFICATION/ STATUS MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Belcher, Pearl Ann | 528 | Patriot Claim Services, Inc. | $0.00 | T<br><br>S<br>A<br>P<br>U | $180,000.00<br><br><br><br>$180,000.00 | T<br><br>S<br>A<br>P<br>U | $180,000.00<br><br><br><br><br>$180,000.00 | Reclassify as a general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date, priority treatment is allowed for "wages, salaries or commissions"  earned within 180 days of the Petition Date up to a maximum of  $12,850. The claim is for "insurance back wages" and asserts an unspecified amount as a priority wage claim; but the claim provides no documentation of any kind, including none to demonstrate that any of it was earned within the 180 day period before the Petition Date. |
| 2 | Combined Group Insurance Services | 183 | Patriot National, Inc. | $0.00 | T<br><br>S<br>Λ<br>P<br>U | $23,112.70<br><br><br><br>$23,112.70 | T<br><br>S<br>Λ<br>P<br>U | $23,112.70<br><br><br><br><br>$23,112.70 | Reclassify as general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date,  priority treatment is allowed for wage and commissions claims earned within 180 days of the Petition Date up to a maximum of  $12,850.  The proof of claim provides no support that any of the claimed commissions were earned on or after August 3, 2017. |

| | CLAIMANT NAME | CLAIM NUMBER | DEBTOR | TOTAL SCHEDULED AMOUNT | ASSERTED CLAIM AND CLASSIFICATIONS | | MODIFIED CLAIM CLASSIFICATIONS | | REASON FOR RECLASSIFICATION/ STATUS MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Keenan & Associates | 622 | Patriot National, Inc. | $0.00 | I<br><br><br><br>S<br>A<br>P<br>U | $21,233.60<br><br><br><br><br><br>$12,850.00<br>8,383.60 | I<br><br><br><br>S<br>A<br>P<br>U | $21,233.60<br><br><br><br><br><br><br>$21,233.60 | Reclassify as a general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date, priority treatment is allowed for wage and commissions claims earned within 180 days of the Petition Date up to a maximum of $12,850.  Although the commissions that the Claimant contends are owed were being paid out on a monthly basis, the insurance contracts on which they are based were entered into prior to the 180 day period. |
| 4 | Maxwell, Viola | 477 | Patriot National, Inc. | $0.00 | T<br><br>S<br><br>P<br>U | $90,125.27<br><br><br><br>$80,249.22<br>$9,876.05 | T<br><br>S<br><br>P<br>U | $90,125.27<br><br><br><br><br>$90,125.27 | Reclassify as a general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date,  priority treatment is allowed for wage and commissions claims earned within 180 days of the Petition Date up to a maximum of  $12,850.   The proof of claim for "investment loss, loss of wages & benefits"  provides no support that any of the claimed commissions were earned on or after August 3, 2017. |
| 5 | Risk Insurance Services Agency LLC on behalf of Community Care, Inc. (for claimant Lisa Mullen) | 309 | Patriot Underwriters, Inc. | $0.00 | T<br>S<br>A<br>P<br>U | Unliquidated<br>Unliquidated | T<br>S<br>A<br>P<br>U | Unliquidated<br><br><br><br>Unliquidated | No basis for this claim appears in the Debtors' books and records.  It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate.  The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss.  Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |

2

WS01\12910939.v1-5/28/21

| | CLAIMANT NAME | CLAIM NUMBER | DEBTOR | TOTAL SCHEDULED AMOUNT | ASSERTED CLAIM AND CLASSIFICATIONS | | MODIFIED CLAIM CLASSIFICATIONS | | REASON FOR RECLASSIFICATION/ STATUS MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 6 | Risk Insurance Services Agency LLC on behalf of Community Care, Inc. (for Amber Garza) | 310 | Patriot Underwriters, Inc. | $0.00 | I<br><br>S<br>A<br>P<br>U | Unliquidated<br><br>Unliquidated | I<br><br>S<br>A<br>P<br>U | Unliquidated<br><br><br><br><br>Unliquidated | No basis for this claim appears in the Debtors' books and records. It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate. The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss. Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |
| 7 | Risk Insurance Services Agency LLC on behalf of Community Care, Inc. (for Heather Chapman) | 311 | Patriot Underwriters, Inc. | $0.00 | T<br><br>S<br>A<br>P<br>U | Unliquidated<br><br>Unliquidated | T<br><br>S<br>A<br>P<br>U | Unliquidated<br><br><br><br><br>Unliquidated | No basis for this claim appears in the Debtors' books and records. It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate. The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss. Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |
| 8 | Risk Insurance Services Agency LLC on behalf of Community Care, Inc. (for Amber Garza) | 312 | Patriot Underwriters, Inc. | $0.00 | T<br><br>S<br>A<br>P<br>U | Unliquidated<br><br>Unliquidated | T<br><br>S<br>A<br>P<br>U | Unliquidated<br><br><br><br><br>Unliquidated | No basis for this claim appears in the Debtors' books and records. It appears that this claim is payable, if at all, from Workers' Compensation Insurance of the Debtors but not the estate. The proof of claim identifies the individual Claimant, claim number, policy # and year, and Date of Loss. Insofar as the claim purports to be secured, that is evidently a reference to the insurance policy. |

WS01\12910939.v1-5/28/21

| | CLAIMANT NAME | CLAIM NUMBER | DEBTOR | TOTAL SCHEDULED AMOUNT | ASSERTED CLAIM AND CLASSIFICATIONS | | MODIFIED CLAIM CLASSIFICATIONS | | REASON FOR RECLASSIFICATION/ STATUS MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Skarka, Wayne M. | 9 | Patriot National, Inc. | $0.00 | I<br><br>S<br><br>A<br>P<br>U | $24,003.20<br><br><br><br><br>$12,475.00<br>$11,528.20 | I<br><br>S<br><br>A<br>P<br>U | $24,003.20<br><br><br><br><br><br>$24,003.20 | Reclassify as a general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date, priority treatment is allowed for "wages, salaries or commissions" earned within 180 days of the Petition Date up to a maximum of $12,850. This claimant's claim is for unreimbursed business expenses, all incurred more than 180 days before the petition date, plus alleged liquidated damages and penalties. Accordingly, the claim is not entitled to priority treatment. |
| 10 | Skarka, Wayne M. | 10 | Patriot National, Inc. | $0.00 | T<br><br><br>S<br><br>A<br>P<br>U | $24,003.20<br><br><br><br><br><br>$12,850.00<br>$11,153.20 | T<br><br><br>S<br><br>A<br>P<br>U | $24,003.20<br><br><br><br><br><br><br>$24,003.20 | Reclassify as a general unsecured claim. Under Bankruptcy Code § 507(a) at the time of the claims bar date, priority treatment is allowed for "wages, salaries or commissions" earned within 180 days of the Petition Date up to a maximum of $12,850. This claimant's claim is for unreimbursed business expenses which were incurred more than 180 days before the petition date, plus alleged liquidated damages and penalties. None of it it entitled to priority treatment under section 507(a). |

WS01\12910939.v1-5/28/21