IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | ) | Chapter 11 |
|  | ) |  |
| **PATRIOT NATIONAL, INC.** *et al.*[1] | ) | Case No. 18-10189 (CSS) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| **Reorganized Debtor.** | ) |  |

**REORGANIZED DEBTORS' NOTICE OF REORGANIZED DEBTORS' DEFAULT
UNDER FOURTH FURTHER AMENDED JOINT CHAPTER 11
PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE AS FOLLOWS:**

1.   On May 4, 2018, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Findings of Fact, Conclusions of Law and Order Confirming Fourth Further Amended Joint Plan of Reorganization* (the "Confirmation Order") [Dkt. No. 705] confirming the Debtors' Fourth Further Amended Joint Chapter 11 Plan of Reorganization (as amended, modified or supplemented from time to time, the "Plan"). [Dkt. No. 702].  All capitalized used herein shall have the meanings set forth in the Plan.

2.   Article III.A.2 of the Plan provides, in relevant part, that:

> With respect to each Allowed Administrative Expense Claim … unless the Holder of such Allowed Administrative Expense Claim agrees in writing to a different treatment with the Debtors and First Lien Agents, the Holder of each such Allowed Administrative Expense Claim shall receive in full satisfaction, settlement, release, and discharge of and in exchange for such Allowed Administrative Expense Claim, Cash equal to the unpaid portion of such Allowed Administrative Expense Claim (A) if the Administrative Expense Claim is Allowed before the Effective Date, on the Effective Date, or as soon as practicable thereafter (or, if not then due, when such Allowed Administrative Expense Claim is due, or as soon as practicable thereafter); or (b) if the Administrative Expense Claim is Allowed on or after the Effective Date, on the date such Administrative Claim is Allowed, or as soon as practicable thereafter (or, if not then due, when such Allowed Administrative Claim is due, or as soon as practicable thereafter); provided, however, that Allowed Administrative Expense Claims other than Professional Claims that arise in the ordinary course of the Debtors' business shall be paid in the ordinary course of

---

[1].   The Reorganized Debtor in this Chapter 11 Case, along with the last four digits of such Reorganized Debtor's federal tax identification number, is Patriot National, Inc. (1376).  The Reorganized Debtor has no continuing business operations and no office or other headquarters.

business in accordance with the terms and subject to the conditions of any agreements governing, instruments evidencing, or other documents relating to, such transactions.

3.    The Effective Date of the Plan occurred on July 2, 2018 [Dkt. No. 891].  On and subsequent to the Effective Date, and to and until approximately December 2020, the Reorganized Debtors satisfied their obligations to holders of Allowed Administrative Expenses in accordance with the terms of the Plan.

4.    From and after the Effective Date, the Reorganized Debtors continued to suffer significant operating losses resulting from, among other things, the adverse effects on the business and business relationships caused by the actions of prior management (including, without limitation, Mr. Steven Mariano) and the bankruptcy cases.  The problems affecting the business were compounded by the onset of the COVID-19 pandemic.  The combined effects of these issues ultimately compelled the Reorganized Debtors to cease all operations, liquidate their assets and terminate all remaining full time employees.

5.    As a result, the Reorganized Debtors have no assets from which to satisfy any remaining obligations due, or that may become due, to holders of Administrative Expense Claims that may be asserted and Allowed under the Plan.

Wilmington, Delaware
September 7, 2021

SCHULTE ROTH & ZABEL LLP
Counsel for the Reorganized Debtors

By:  /s/  Adam C. Harris

919 Third Avenue
New York, New York 10022
Tel:  (212) 756-2000