# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL INC.,**[1] | Case No. 18-10189 (CSS) |
| **Reorganized Debtor.** | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On September 7, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served as set forth on the Master Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' Notice of Reorganized Debtors' Default Under Fourth Further Amended Joint Chapter 11 Plan of Reorganization [Docket No. 1351]

On September 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served as set forth on the Claimants Service List attached hereto as **Exhibit B**:

- Reorganized Debtors' Notice of Reorganized Debtors' Default Under Fourth Further Amended Joint Chapter 11 Plan of Reorganization [Docket No. 1351]

*[Remainder of the page Intentionally left blank]*

---

[1] The Reorganized Debtor in this Chapter 11 Case, along with the last four digits of such Reorganized Debtor's federal tax identification number, is Patriot National, Inc. (1376). The Reorganized Debtor has no continuing business operations and no office or other headquarters.

2

Dated: September 10, 2021

                                            */s/ Moheen Ahmad*
                                            Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 10, 2021, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 56419 & 56447

## **Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Texas Comptroller of Public Accounts | Attorney General's Office | Attn: Courtney J. Hull, Assistant Attorney General c/o Sherri K. Simpson, Paralegal<br>Bankruptcy & Collections Divisio<br>P.O. Box 12548<br>Austin TX 78711-2548 | bk-chull@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| Counsel to CVI Investments Inc. | Ballard Spahr LLP | Attn: Matthew G. Summers Laurel D. Roglen<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801 | summersm@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| Counsel to CareWorks Managed Care Services f/k/a MCMC LLC and York Risk Services | Bast Amron LLP | Attn: Brett M. Amron<br>One Southeast Third Avenue<br>Suite 1400<br>Miami FL 33131 | bamron@bastamron.com | Email |
| Counsel to Oracle America Inc. | Buchalter A Professional Corporation | Attn: Shawn M. Christianson Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel to Certain of the Members of the Board of Directors of Patriot National Inc. in Certain Litigation Matters Pending in Other Courts | Cahill Gordon & Reindel LLP | Attn: Bradley J. Bondi<br>1990 K Street NW<br>#950<br>Washington DC 20006 | bbondi@cahill.com | Email |
| Counsel to Certain of the Members of the Board of Directors of Patriot National Inc. in Certain Litigation Matters Pending in Other Courts | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin Jason M. Hall Richard A. Stieglitz Jr. Peter J. Linken<br>Eighty Pine Street<br>New York NY 10005 | jhall@cahill.com<br>jlevitin@cahill.com<br>rstieglitz@cahill.com<br>plinken@cahill.com | Email |
| Counsel to Fifth Third Bank | Carlton Fields Jordan Burt P.A. | Attn: Alexandra D. Blye<br>CityPlace Tower<br>525 Okeechobee Boulevard Suite 1200<br>West Palm Beach FL 33401-6350 | ablye@carltonfields.com | First Class Mail and Email |
| Counsel to Fifth Third Bank | Carlton Fields Jordan Burt P.A. | Attn: Donald R. Kirk<br>Corporate Center Three at International Plaza<br>4221 W. Boy Scout Boulevard Suite 1000<br>Tampa FL 33607-5780 | dkirk@carltonfields.com | First Class Mail and Email |
| Counsel to Aspen Specialty Insurance Company | Connell Foley LLP | Attn: Jonathan P. McHenry Philip W. Allogramento III Robert K. Scheinbaum J. Christopher Henschel<br>56 Livingston Avenue<br>Roseland NJ 07311 | jmchenry@connellfoley.com<br>pallogramento@connellfoley.com<br>rscheinbaum@connellfoley.com<br>jhenschel@connellfoley.com | Email |
| Counsel to Aspen Specialty Insurance Company | Connell Foley LLP | Attn: William D. Deveau Esq.<br>Harborside 5<br>Ste. 2510<br>Jersey City NJ 07311 | wdeveau@connellfoley.com | Email |
| Counsel to Steven Mariano | Conrad & Scherer LLP | Attn: James D. Silver William Scherer<br>633 South Federal Highway<br>Fort Lauderdale FL 33301 | JSilver@conradscherer.com<br>WScherer@conradscherer.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to CareWorks Managed Care Services f/k/a MCMC LLC and York Risk Services | Cross & Simon LLC | Attn: Christopher P. Simon Kevin S. Mann<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to The Travelers Indemnity Company | Dentons LLP | Attn: Peter D. Wolfson<br>1221 Avenue of the Americas<br>New York NY 10020-1089 | peter.wolfson@dentons.com | Email |
| Counsel to The Travelers Indemnity Company | Dentons LLP | Attn: Sam J. Alberts<br>1900 K Street NW<br>Washington DC 20006 | sam.alberts@dentons.com | Email |
| Counsel to Brown & Brown of New Jersey, LLC and John F. Corbett | Duane Morris | Attn: Michael R. Lastowski, Esq., Jarret P. Hitchings, Esq.<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801-1659 | mlastowski@duanemorris.com<br>jphitchings@duanemorris.com | Email |
| Counsel to StarStone National Insurance Company StarStone Specialty Insurance Company Torus National Insurance Company Torus a Specialty Insurance Company and Torus U.S. Services Inc. | Elliott Greenleaf P.C. | Attn: Rafael X. Zahralldin-Aravena Eric M. Sutty Shelley A. Kinsella<br>1105 North Market Street<br>Suite 1700<br>Wilmington DE 19801 | rxza@elliottgreenleaf.com<br>ems@elliottgreenleaf.com<br>sak@elliottgreenleaf.com | Email |
| Counsel to Fifth Third Bank | Gellert Scali Busenkell & Brown LLC | Attn: Michael Busenkell<br>1201 North Orange Street<br>Suite 300<br>Wilmington DE 19801 | mbusenkell@gsbblaw.com | First Class Mail and Email |
| Counsel to Cigna Health and Life Insurance Company Connecticut General Life Insurance Company and QualCare Inc. | GrayRobinson P.A. | Attn: Leyza F. Blanco<br>333 S.E. 2nd Ave.<br>Suite 3200<br>Miami FL 33131 | leyza.blanco@gray-robinson.com | Email |
| Counsel to Kasowitz Benson Torres LLP | Hogan ◆ McDaniel | Attn: Garvan F. McDaniel<br>1311 Delaware Avenue<br>Wilmington DE 19806 | gfmcdaniel@dkhogan.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | Bankruptcy2@ironmountain.com | First Class Mail and Email |
| Counsel to MSA Administrators LLC | Jenkins & Kling P.C. | Attn: Michael Stephens Jennifer E. Beasley Laura Robb<br>150 North Meramec Avenue<br>Suite 400<br>St. Louis MO 63105 | mstephens@jenkinskling.com<br>jbeasley@jenkinskling.com<br>lrobb@jenkinskling.com | Email |
| Counsel to Kasowitz Benson Torres LLP | Kasowitz Benson Torres LLP | Attn: Matthew B. Stein<br>1633 Broadway<br>New York NY 10019 | MStein@kasowitz.com | Email |
| Counsel to Karen Rigsby as Trustee of the Marsh Revocable Trust of 2003 and Donald P. Steinmeyer | Katzoff & Riggs LLP | Attn: Robert R. Riggs Stephen G. Preonas<br>1500 Park Avenue<br>Suite 300<br>Emeryville CA 94608 | rriggs@katzoffriggs.com<br>spreonas@katzoffriggs.com | First Class Mail and Email |
| Counsel to Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton LLP | Attn: David M. Posner Gianfranco Finizio Kelly Moynihan<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | dposner@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com<br>kmoynihan@kilpatricktownsend.com | Email |
| Counsel to Klein LLC | Klein LLC | Attn: Julia B. Klein<br>919 North Market Street<br>Suite 600<br>Wilmington DE 19801 | klein@kleinllc.com | Email |
| Co-Counsel for Cerberus Business Finance LLC as the administrative agent for the proposed DIP Lenders and for the prepetition secured lenders | Landis Rath & Cobb LLP | Attn: Adam G. Landis Kerri K. Mumford Matthew B. McGuire Jennifer L. Cree<br>919 North Market Street<br>Suite 1800<br>Wilmington DE 19801 | landis@lrclaw.com<br>mumford@lrclaw.com<br>mcguire@lrclaw.com<br>cree@lrclaw.com | First Class Mail and Email |
| Counselt to Hudson Bay Master Fund Ltd | Latham & Watkins LLP | Attn: Matthew L. Warren<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | matthew.warren@lw.com | Email |
| Counsel to Hudson Bay Master Fund Ltd | Latham & Watkins LLP | Attn: Serrin A. Turner Jeffrey T. Mispagel<br>885 Third Avenue<br>New York NY 10022 | serrin.turner@lw.com<br>jeffrey.mispagel@lw.com | Email |
| Counsel to Henry Wasik and Aric McIntire | Levi & Korsinsky LLP | Attn: Amy Miller<br>30 Broad Street<br>24th Floor<br>New York NY 10004 | amiller@zlk.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Gingello/Kayce SDNY Plaintiffs: Court-Appointed Lead Plaintiffs ODS Capital LLC Barry A. Smith and Sunil Shah | Margolis Edelstein | Attn: James E. Huggett<br>300 Delaware Avenue<br>Wilmington DE 19801 | jhuggett@margolisedelstein.com | Email |
| Counsel to AmTrust North America, Inc. | Maurice Wutscher LLP | Attn: Alan C. Hochheiser<br>2000 Auburn Drive, Suite 200<br>One Chagrin Highlands<br>Beachwood OH 44122 | ahochheiser@mauricewutscher.com | First Class Mail and Email |
| Counsel to Cigna Health and Life Insurance Company Connecticut General Life Insurance Company and QualCare Inc. Henry Wasik and Aric McIntire and MSA Administrators LLC | McCarter & English LLP | Attn: Michael P. Kelly Andrew S. Dupre Alexander M. Krischik Daniel M. Silver<br>Renaissance Centre<br>405 N. King Street 8th Floor<br>Wilmington DE 19801 | wtaylor@mccarter.com<br>kbuck@mccarter.com<br>shumiston@mccarter.com<br>mkelly@mccarter.com<br>adupre@mccarter.com<br>akrischik@mccarter.com<br>dsilver@mccarter.com | Email |
| The Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit<br>Attention: Sheryl L. Moreau<br>PO Box 475<br>Jefferson City MO 65105-0475 | deecf@dor.mo.gov | Email |
| Counsel to Alvin Harvard | Moffa & Breuer PLLC | Attn: John A. Moffa<br>1776 N. Pine Island Road<br>#102<br>Plantation FL 33322 | John@moffa.law<br>allusers@Moffa.law | Email |
| Counsel to Official Committee of Unsecured Creditors | Morris James LLP | Attn: Carl N. Kunz III Brenna A. Dolphin<br>500 Delaware Avenue Suite 1500<br>P.O. Box 2306<br>Wilmington DE 19899-2306 | ckunz@morrisjames.com<br>bdolphin@morrisjames.com | Email |
| Counsel to Commonwealth of Pennsylvania Department of Revenue | Office of Attorney General | Attn: Christopher R. Momjian Senior Deputy Attorney General<br>The Phoenix Building<br>1600 Arch Street Suite 300<br>Philadelphia PA 19103 | crmomjian@attorneygeneral.gov | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda J. Casey<br>844 King Street<br>Suite 2207<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | First Class Mail and Email |
| Counsel to Office of Unemployment Compensation Tax Services | Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania, Department of Labor and Industry<br>Attn: Deb Secrest, Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Co-Counsel to Debtor | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones James O'Neill Peter J. Keane<br>919 North Market Street 17th Floor<br>PO Box 8705<br>Wilmington DE 19899-8705 | ljones@pszjlaw.com<br>jo'neill@pszjlaw.com<br>pkeane@pszjlaw.com<br>joneill@pszjlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Mr. Douglas J. Von Allmen | Perlman, Bajandas, Yevoli & Albright, P.L. | Attn: Paul D. Turner, Esquire, Jonathan Feldman, Esquire, Benjamin Reiss, Esquire<br>200 South Andrews Avenue<br>Suite 600<br>Fort Lauderdale FL 33301 | pturner@pbyalaw.com<br>jfeldman@pbyalaw.com<br>breiss@pbyalaw.com | Email |
| Counsel to Broward County, Florida | Records, Taxes, and Treasury Division | Attn: Andrew J. Meyers<br>Governmental Center<br>115 S. Andrews Avenue, Suite A-100<br>Fort Lauderdale FL 33301 | ajwallace@broward.org | Email |
| Counsel to Mbago Kaniki | Reid Collins Tsai LLP | Attn: Angela J. Somers<br>810 Seventh Avenue<br>Suite 410<br>New York NY 10019 | asomers@rctlegal.com | Email |
| Counsel to Mbago Kaniki | Reid Collins Tsai LLP | Attn: Eric D. Madden<br>1601 Elm Street<br>42nd Floor<br>Dallas TX 75201 | emadden@rctlegal.com | Email |
| Counsel to John R. Del Pizzo | Richards Layton & Finger P.A. | Attn: Samuel A. Nolen Michael J. Merchant Marcos A. Ramos Brett M. Haywood<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | nolen@rlf.com<br>merchant@rlf.com<br>ramos@rlf.com<br>haywood@rlf.com | First Class Mail and Email |
| Counsel to Mbago Kaniki | Rosenthal Monhait & Goddess P.A. | Attn: Norman M. Monhait Edward B. Rosenthal<br>919 N. Market Street Suite 1401<br>P.O. Box 1070<br>Wilmington DE 19899-1070 | nmonhait@rmgglaw.com<br>erosenthal@rmgglaw.com | Email |
| Counsel to Mr. Douglas J. Von Allmen | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | luke.murley@saul.com | Email |
| Counsel for Cerberus Business Finance LLC as the administrative agent for the proposed DIP Lenders and for the prepetition secured lenders | Schulte Roth & Zabel LLP | Attn: Adam C. Harris and Lucy F. Kweskin Esquire<br>919 Third Avenue<br>New York NY 10022 | adam.harris@srz.com<br>lucy.kweskin@srz.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counselt to Hudson Bay Master Fund Ltd | Shaw Fishman Glantz & Towbin LLC | Attn: Thomas M. Horan<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington DE 19801 | thoran@shawfishman.com | Email |
| Counsel to Quentin P. Smith Jr. Charles H. Walsh and Christopher A. Pesch | Sheppard Mullin Richter & Hampton LLP | Attn: Kandace Watson<br>12275 El Camino Real<br>Suite 200<br>San Diego CA 92130 | kwatson@sheppardmullin.com | First Class Mail and Email |
| Counsel to Quentin P. Smith Jr. Charles H. Walsh and Christopher A. Pesch | Sheppard Mullin Richter & Hampton LLP | Attn: Ori Katz<br>Four Embarcadero Center<br>San Francisco CA 94111 | okatz@sheppardmullin.com | First Class Mail and Email |
| Counsel to Plymouth TFC General Partnership | Sirlin Lesser & Benson P.C. | Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Counsel to Steven Mariano | Smith Katzenstein & Jenkins LLP | Attn: Kathleen M. Miller<br>1000 West Street Suite 1501<br>P.O. Box 410<br>Wilmington DE 19899 | kmiller@skjlaw.com | Email |
| Counsel to Aspen Specialty Insurance Company | Snyder & Associates P.A. | Attn: Bayard J. Snyder Esq.<br>3801 Kennett Pike<br>Suite 201 Building C<br>Wilmington DE 19801 | snyder90@aol.com | Email |
| Counsel to Central Florida Educators Federal Credit Union | Sorenson Van Leuven PLLC | Attn: James E. Sorenson D. Tyler Van Leuven J. Blair Boyd<br>P.O. Box 3637<br>Tallahassee FL 32315-3637 | bk@svllaw.com | Email |
| Counsel to State of Michigan, Department of Treasury | State of Michigan, Department of Treasury | Attn: Bill Schuette, Katherine Kerwin<br>Cadillac Place, Ste. 10-200<br>3030 W. Grand Blvd.<br>Detroit MI 48202 | kerwink@michigan.gov | Email |
| Counsel to StarStone National Insurance Company StarStone Specialty Insurance Company Torus National Insurance Company Torus a Specialty Insurance Company and Torus U.S. Services Inc. | Steptoe & Johnson LLP | Attn: Joshua R. Taylor<br>Special Counsel<br>1330 Connecticut Avenue, N.W.<br>Washington DC 20036 | jrtaylor@steptoe.com | Email |
| Counsel to TN Dept of Labor - Uninsured Employers Fund | Tennessee Attorney General's Office | Attn: Herbert H. Slatery III<br>Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov | First Class Mail and Email |
| Counsel to the Florida Department of Financial Services Division of Rehabilitation and Liquidation (Department) as Receiver of Guarantee Insurance Company | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Scott J. Leonhardt<br>824 N. Market Street<br>Suite 810<br>Wilmington DE 19801 | rosner@teamrosner.com<br>leonhardt@teamrosner.com | First Class Mail and Email |
| Counsel to Cobb B. LLC d/b/a Lamb Insurance Services | Trenk DiPasquale Della Fera & Sodono P.C. | Attn: Adam D. Wolper<br>347 Mt. Pleasant Avenue<br>Suite 300<br>West Orange NJ 07052 | awolper@trenklawfirm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | Attn: Alan S. Maza<br>New York Regional Office<br>200 Vesey Street Suite 400<br>New York NY 10281 | mazaa@sec.gov | Email |
| United States Attorneys Office for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange Street Suite 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel to Hospitality Supportive Systems, LLC, Edward E. Snow, The Carman Corporation, Selective Risk Management, LLC and Selective Law Group, LLC | Weir & Partners LLP | Attn: Jeffrey S. Cianciulli<br>824 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | jcianciulli@weirpartners.com | Email |
| Counsel to Quentin P. Smith Jr. Charles H. Walsh and Christopher A. Pesch | Young Conaway Stargatt & Taylor LLP | Attn: James L. Patton C. Barr Flinn Kara Hammond Coyle<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | bankfilings@ycst.com<br>jpatton@ycst.com<br>bflinn@ycst.com<br>kcoyle@ycst.com | First Class Mail and Email |

**Exhibit B**

Exhibit B
Claimants Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5460222 | Advantage Comp Inc DBA Advantage Specialty | 23 Mays Landing Road, Suite One | | | | Somers Point | NJ | 08244 | dscibal@sciadvantage.com | First Class Mail and Email |
| 6445874 | AIG Property Casualty, Inc. | Attn: Kevin J. Larner | 80 Pine Street, 13th Floor | | | New York | NY | 10005 | aleksandra.fish@aig.com; kevin.larner@aig.com | First Class Mail and Email |
| 5733536 | ALABAMA DEPARTMENT OF REVENUE | CORPORATE INCOME TAX | P.O. BOX 327435 | | | MONTGOMERY | AL | 36132-7435 | | First Class Mail |
| 5733535 | ALABAMA DEPARTMENT OF REVENUE | PTE-C P.O. BOX 327444 | | | | MONTGOMERY | AL | 36132-7444 | | First Class Mail |
| 5733537 | ALABAMA DEPT. OF REVENUE | BUSINESS PRIVILEGE TAX SECTION | P.O. BOX 327320 | | | MONTGOMERY | AL | 36132-7320 | | First Class Mail |
| 6441803 | American Marine, LLC | Akerman, LLP | Eyal Berger, Esq. | 350 E. Las Olas Blvd., Suite 1600 | | Fort Lauderdale | FL | 33301 | eyal.berger@akerman.com | First Class Mail and Email |
| 6441803 | American Marine, LLC | Brian Bonar, Authorized Agent on behalf of America | 600 La Terraza Boulevard, 2nd Floor | | | Escondido | CA | 92025 | bbonar@trucept.com | First Class Mail and Email |
| 6439071 | Arkansas Department of Finance and Administration | DFA- Revenue Legal Counsel | P O Box 3493, Room 2380 | | | Little Rock | AR | 72203 | | First Class Mail |
| 6439071 | Arkansas Department of Finance and Administration | Revenue Legal Counsel | P O Box 1272, Room 2380 | | | Little Rock | AR | 72203 | michelle.baker@dfa.arkansas.gov | First Class Mail and Email |
| 5460864 | Assam, Mary | Address on File | | | | | | | | First Class Mail and Email |
| 6446873 | Babin, Joseph | Address on File | | | | | | | | First Class Mail and Email |
| 6464356 | Belcher, Pearl Ann | Address on File | | | | | | | | First Class Mail and Email |
| 5461136 | BERES, PAT | Address on File | | | | | | | | First Class Mail and Email |
| 5733538 | BEVAN, RHONDA | Address on File | | | | | | | | First Class Mail and Email |
| 5464602 | BIDIC, MD, SEAN M | Address on File | | | | | | | | First Class Mail |
| 5463266 | Bogel, Brian | Address on File | | | | | | | | First Class Mail and Email |
| 5733539 | BOOTH, ADELINE | Address on File | | | | | | | | First Class Mail |
| 5462675 | BOWMAN, DUSTIN | Address on File | | | | | | | | First Class Mail and Email |
| 5761108 | Brewer, Nicole | Address on File | | | | | | | | First Class Mail and Email |
| 5458977 | Broward County | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S. Andrews Ave A-100 | | Fort Lauderdale | FL | 33301 | ajwallace@broward.org; swulfekuhle@broward.org | First Class Mail and Email |
| 6344892 | CareWorks Managed Care Services | B.J. Dougherty | 333 Technology Drive, Suite 108 | | | Canonsburg | PA | 15317 | bj.dougherty@careworksmcs.com | First Class Mail and Email |
| 6344892 | CareWorks Managed Care Services | MCMC LLC | Bast Amron LLP | Dana Quick | 1 SE 3rd Ave., #1400 | Miami | FL | 33131 | dquick@bastamron.com | First Class Mail and Email |
| 6344892 | CareWorks Managed Care Services | York Risk Services Group | Michael Krawitz, EVP General Counsel | One Upper Pond Road, Building F, 4th Floor | | Parsippany | NJ | 07054 | jdepina@bastamron.com; michael.krawitz@yorkrsg.com | First Class Mail and Email |
| 5463099 | CARTER, ANGIE L. | Address on File | | | | | | | | First Class Mail and Email |
| 5733533 | CERBERUS BUSINESS FINANCE, LLC | 875 THIRD AVENUE | | | | NEW YORK | NY | 10022 | | First Class Mail |
| 5462133 | CHARNIN, JOSEPH | Address on File | | | | | | | | First Class Mail |
| 5463453 | CIGNA HEALTH AND LIFE INSURANCE COMPANY INC | CIGNA C/O WILHELMINA BERGLAND, LEGAL DEPT. | 900 COTTAGE GROVE ROAD, B6LPA | | | BLOOMFIELD | CT | 06002 | mina.bergland@cigna.com | First Class Mail and Email |
| 6445011 | Cisco Systems Capital Corporation | Bialson, Bergen, & Schwab | c/o Lawrence Schwab/Gaye Heck | 633 Menlo Ave., Suite 100 | | Menlo Park | CA | 94025 | gheck@bbslaw.com; yessenia@bbslaw.com | First Class Mail and Email |
| 5726453 | City-County Insurance Services Inc | 325 Wilkesboro Blvd NE | | | | Lenoir | NC | 28645 | lennie@citycountyins.com; nick@citycountyins.com | First Class Mail and Email |
| 5459098 | Coleman, Terry L. | Address on File | | | | | | | | First Class Mail |
| 5459420 | COLLECTOR OF REVENUE | CITY HALL | 1200 MARKET STREET | ROOM 410 | | ST. LOUIS | MO | 63103 | smalldt@stlouis-mo.gov | First Class Mail and Email |
| 5725604 | Colorado Department of Labor and Employment | P.O. Box 8789 | | | | Denver | CO | 80201 | | First Class Mail |
| 5733540 | COLORADO DEPARTMENT OF REVENUE | | | | | DENVER | CO | 80261-0008 | | First Class Mail |
| 5460803 | Combined Group Insurance Services | Bobby Joe Jacobs | 14785 Preston Road, Suite 350 | | | Dallas | TX | 75254 | bjacobs@combinedgroup.com | First Class Mail and Email |
| 5460803 | Combined Group Insurance Services | PO Box 819045 | | | | Dallas | TX | 75381 | bjacobs@combinedgroup.com | First Class Mail and Email |
| 6413058 | Commonwealth of Kentucky Department of Revenue | Legal Support Branch | PO Box 5222 | | | Frankfort | KY | 40602 | thomas.wolfe@ky.gov | First Class Mail and Email |
| 6930100 | Comptroller of Maryland | 301 W. Preston Street | | | | Baltimore | MD | 21201 | | First Class Mail |
| 6938905 | Comptroller of Maryland | 301 W. Preston Street, Room 409 | | | | Baltimore | MD | 21201 | | First Class Mail |
| 5733541 | COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATION DIVISION | PO BOX 2601 | | | ANNAPOLIS | MD | 21404-2601 | | First Class Mail |
| 5733542 | COMPTROLLER OF PUBLIC ACCOUNTS | P.O. BOX 149348 | | | | AUSTIN | TX | 78714-9348 | | First Class Mail |
| 6812317 | Connecticut Department of Revenue Services | Collections Unit - Bankruptcy Team | 450 Columbus Blvd., Ste. 1 | | | Hartford | CT | 06103-1837 | pam.calachan@po.state.ct.us | First Class Mail and Email |
| 6789753 | Conway Maudlin, Stephanie | Address on File | | | | | | | | First Class Mail and Email |
| 5729732 | Corey, Michael J | Address on File | | | | | | | | First Class Mail and Email |
| 5734048 | Corey, Michael J. | Address on File | | | | | | | | First Class Mail and Email |
| 5734048 | Corey, Michael J. | Address on File | | | | | | | | First Class Mail and Email |
| 5734048 | Corey, Michael J. | Address on File | | | | | | | | First Class Mail and Email |
| 5459361 | Csiszar, Ernest N | Address on File | | | | | | | | First Class Mail |
| 5460925 | CUNEO, MELISSA | Address on File | | | | | | | | First Class Mail and Email |
| 5729680 | De Lange Landen Financial Services, Inc | 1111 Old Eagle School Road | | | | Wayne | PA | 19087 | vrager@leasedirect.com | First Class Mail and Email |
| 5729722 | Del Pizzo, John R | Address on File | | | | | | | | First Class Mail and Email |
| 5729722 | Del Pizzo, John R | Address on File | | | | | | | | First Class Mail and Email |
| 6929853 | Del Pizzo, John R. | Address on File | | | | | | | | First Class Mail |
| 5733543 | DELAWARE DIVISION OF REVENUE | P.O. BOX 2044 | | | | WILMINGTON | DE | 19899-2044 | | First Class Mail |

Exhibit B
Claimants Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6812216 | Department of Taxation, State of Hawaii | Bankruptcy Unit | PO Box 259 | | | Honolulu | HI | 96809 | | First Class Mail |
| 5722255 | Department of the Treasury - Internal Revenue Service | 31 Hopkins Plaza, Rm 1150 | | | | Baltimore | MD | 21201 | | First Class Mail |
| 5722255 | Department of the Treasury - Internal Revenue Service | P.O. Box 7346 | | | | Philadelphia | PA | 19101-7346 | | First Class Mail |
| 5463301 | DIRKSE, BURT | Address on File | | | | | | | | First Class Mail and Email |
| 5463018 | DUNCAN, ALLISON | Address on File | | | | | | | | First Class Mail |
| 5462188 | DWYER, KATHERINE | Address on File | | | | | | | | First Class Mail and Email |
| 5460555 | Elemental Risk Management LLC | 11024 Montgomery Blvd NE #376 | | | | Albuquerque | NM | 87111 | dax@erm-ins.com | First Class Mail and Email |
| 5462764 | ELLIS, FANIS | Address on File | | | | | | | | First Class Mail and Email |
| 6446950 | Enterprise FM Trust/Enterprise Fleet Management, Inc. | Paul Lane | 5105 Johnson Road | | | Coconut Creek | FL | 33073 | paul.j.lane@efleets.com | First Class Mail and Email |
| 5461685 | ERMATINGER, TIMOTHY | Address on File | | | | | | | | First Class Mail and Email |
| 6564167 | Fifth Third Bank | 5050 Kingsley Drive | | | | Cincinnati | OH | 45263 | | First Class Mail |
| 5458998 | FIFTH THIRD BANK | ALEXANDRA D. BLYE | 525 OKEECHOBEE BLVD., SUITE 1200 | | | WEST PALM BEACH | FL | 33401 | | First Class Mail |
| 5458998 | FIFTH THIRD BANK | DAVID REDDEN | 38 FOUNTAIN SQUARE PLAZA | | | CINCINNATI | OH | 45202 | david.redden@53.com | First Class Mail and Email |
| 5458998 | FIFTH THIRD BANK | DONALD R. KIRK | 4221 W. BOY SCOUT BLVD., SUITE 1000 | | | TAMPA | FL | 33607 | | First Class Mail |
| 5733534 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD | | | | NORTHBROOK | IL | 60062 | | First Class Mail |
| 6447555 | Flores, Alejandro | Address on File | | | | | | | | First Class Mail and Email |
| 6851645 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | First Class Mail |
| 5733544 | FRANCHISE TAX BOARD | PO BOX 942857 | | | | SACRAMENTO | CA | 94257-0531 | | First Class Mail |
| 5462275 | GEORGE, KRISTINA | Address on File | | | | | | | | First Class Mail and Email |
| 5733545 | GEORGIA DEPARTMENT OF REVENUE | PROCESSING CENTER GEORGIA DEPARTMENT OF REVENUE, P.O.BOX 740317 | | | | ATLANTA | GA | 30374-0317 | | First Class Mail |
| 5733546 | GEORGIA DEPARTMENT OF REVENUE | PROCESSING CENTER | PO BOX 740317 | | | ATLANTA | GA | 30374-0317 | | First Class Mail |
| 5463320 | GILREATH, CARLA | Address on File | | | | | | | | First Class Mail and Email |
| 5462148 | HADDAD, JUDITH L. | Address on File | | | | | | | | First Class Mail and Email |
| 5462148 | HADDAD, JUDITH L. | Address on File | | | | | | | | First Class Mail and Email |
| 5719414 | Haddad, Judith L. | Address on File | | | | | | | | First Class Mail and Email |
| 6447599 | Harvard, Alvin | Address on File | | | | | | | | First Class Mail and Email |
| 5733547 | HAYTH, CHARLES DAVID | Address on File | | | | | | | | First Class Mail |
| 5460239 | Hibler, Glen | Address on File | | | | | | | | First Class Mail |
| 5462252 | HOLT, KIM | Address on File | | | | | | | | First Class Mail |
| 6716930 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 33 SOUTH STATE STREET | BANKRUPTCY UNIT-10TH | | | CHICAGO | IL | 60603 | amos.ellis@illinois.gov; lourdes.cruz@illinois.gov | First Class Mail and Email |
| 5733548 | ILLINOIS DEPARTMENT OF REVENUE | BANKRUPTCY SECTION | PO BOX 19035 | | | SPRINGFIELD | IL | 62794-9035 | REV.Bankruptcy@Illinois.gov | First Class Mail and Email |
| 6684501 | Illinois Dept of Employment Security | 33 S. State St. 10th Flr Coll. Bkry | | | | Chicago | IL | 60603 | amelia.yabes@illinois.gov; amos.ellis@illinois.gov | First Class Mail and Email |
| 7951489 | Indiana Department of Revenue | 100 North Senate Avenue N-240 MS 108 | | | | Indianapolis | IN | 46204 | callen@dor.in.gov | First Class Mail and Email |
| 5733550 | INDIANA DEPARTMENT OF REVENUE | PO BOX 7087 | | | | INDIANAPOLIS | IN | 46207-7087 | | First Class Mail |
| 5733549 | INDIANA DEPARTMENT OF REVENUE | PO BOX 7205 | | | | INDIANAPOLIS | IN | 46207-7205 | | First Class Mail |
| 6447369 | Iron Mountain Information Management, LLC | 1 Federal Street, 7th Floor | | | | Boston | MA | 02110 | joseph.corrigan@ironmountain.com | First Class Mail and Email |
| 6447411 | Iron Mountain Information Management, LLC | Joseph P. Corrigan, Esq. | 1 Federal Street, 7th Floor | | | Boston | MA | 02110 | joseph.corrigan@ironmountain.com | First Class Mail and Email |
| 6060848 | Jamboree Center 3 LLC | Irvine Co. Office Properties | David A. Upshaw | 111 Innovation | | Irvine | CA | 92617-3040 | dupshaw@irvinecompany.com | First Class Mail and Email |
| 6375219 | Jamboree Center 3 LLC | Pagter and Perry Isaacson | R. Gibson Pagter, Jr. | 525 N. Cabrillo Park Drive, Suite 104 | | Santa Ana | CA | 92701 | gibson@ppilawyers.com | First Class Mail and Email |
| 6060848 | Jamboree Center 3 LLC | Pagter and Perry Isaacson | R. Gibson Pagter, Jr. | 525 N. Cabrillo Pk Dr. Ste. 104 | | Santa Ana | CA | 92701 | gibson@ppilawyers.com | First Class Mail and Email |
| 6375219 | Jamboree Center 3 LLC | The Irvine Company LLC | c/o Angela Han | Vice President-Associate General Counsel | 111 Innovation | Irvine | CA | 92617-3040 | ahan@irvinecompany.com | First Class Mail and Email |
| 5463263 | JONES, BRENDA | Address on File | | | | | | | | First Class Mail and Email |
| 5461610 | JORDAN, TERRY | Address on File | | | | | | | | First Class Mail and Email |
| 6717157 | Kastle Systems | 6402 Arlington Blvd | | | | Falls Church | VA | 22042 | sharrup@kastle.com | First Class Mail and Email |
| 5459863 | Keenan & Associates | Attn: Legal Department | 2355 Crenshaw Blvd., Ste. 200 | | | Torrance | CA | 90501 | ksilverman@keenan.com | First Class Mail and Email |
| 6439090 | Kelley, Michelle | Address on File | | | | | | | | First Class Mail and Email |
| 5460992 | KELLY, MICHELLE | Address on File | | | | | | | | First Class Mail |
| 5733551 | KENTUCKY STATE TREASURER | | | | | FRANKFORT | KY | 40619-0006 | | First Class Mail |
| 6447416 | Kforce, Inc. | Shumaker, Loop & Kendrick, LLP | Steven M. Berman, Esq. | 101 E. Kennedy Blvd., Suite 2800 | | Tampa | FL | 33602 | sberman@slk-law.com | First Class Mail and Email |
| 6716599 | Kforce, Inc. | Steven M. Berman | 101 E Kennedy Blvd | Suite 2800 | | Tampa | FL | 33602 | sberman@slk-law.com | First Class Mail and Email |
| 6448356 | Kim, Pech | Address on File | | | | | | | | First Class Mail and Email |
| 5461284 | LAPATA, ROBERT | Address on File | | | | | | | | First Class Mail and Email |
| 5462163 | LE, JUSTINE | Address on File | | | | | | | | First Class Mail and Email |

Exhibit B
Claimants Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6419830 | Leader, Roberta | Address on File | | | | | | | | First Class Mail and Email |
| 5723909 | Louisiana Department of Revenue | P.O. Box 66658 | | | | Baton Rouge | LA | 70896-6658 | bridget.jarreau@la.gov | First Class Mail and Email |
| 5733552 | LOUISIANA DEPARTMENT OF REVENUE | P.O. BOX 91011 | | | | BATON ROUGE | LA | 70821-9011 | | First Class Mail |
| 5462653 | LOZANO, DONLEA | Address on File | | | | | | | | First Class Mail and Email |
| 5733727 | Mackinaw Administrators LLC | 11801 E. Grand River | | | | Brighton | MI | 48116 | Kyle.Lang@ameritrustgroup.com | First Class Mail and Email |
| 5733727 | Mackinaw Administrators LLC | C. Kyle Lang, Senior Corporate Counsel | 26255 American Drive | | | Southfield | MI | 48034 | | First Class Mail |
| 6345028 | Mahoney, Marlene | Address on File | | | | | | | | First Class Mail and Email |
| 5733553 | MARIANO, STEVEN | Address on File | | | | | | | | First Class Mail |
| 5461867 | Marshall, Gwen | Address on File | | | | | | | | First Class Mail and Email |
| 5462492 | MARTINEZ, CORNELIA | Address on File | | | | | | | | First Class Mail |
| 6856103 | Massachusetts Department of Revenue | Attn: Bankruptcy Unit | PO Box 9564 | | | Boston | MA | 02114-9564 | yeke@dor.state.ma.us | First Class Mail and Email |
| 5461537 | MAUDLIN, STEPHANIE | Address on File | | | | | | | | First Class Mail |
| 5464155 | Maudlin, Stephanie | Address on File | | | | | | | | First Class Mail and Email |
| 6453531 | Maxwell, Viola | Address on File | | | | | | | | First Class Mail and Email |
| 5733729 | MAZZEO SONG P.C. | SONG P.C. | ATTN: DAVID S. SONG | 26 BROADWAY, FL 8 | | NEW YORK | NY | 100004 | dsong@mazzeosong.com | First Class Mail and Email |
| 5459239 | MAZZEO SONG PC | SONG P.C. | ATTN: DAVID S. SONG | 26 BROADWAY, FL 8 | | NEW YORK | NY | 10004 | DSONG@MAZZEOSONG.COM | First Class Mail and Email |
| 6449379 | Meta (Travers), Julia | Address on File | | | | | | | | First Class Mail and Email |
| 6270209 | Michelle L. Cole, et al., Individually and on behalf of all WARN Act Claimants | Address on File | | | | | | | | First Class Mail and Email |
| 6270209 | Michelle L. Cole, et al., Individually and on behalf of all WARN Act Claimants | Address on File | | | | | | | | First Class Mail and Email |
| 6803123 | Michigan Department of Treasury | Bankruptcy Unit, P.O. Box 30168 | | | | Lansing | MI | 48909 | | First Class Mail |
| 6498128 | Michigan Department of Treasury | Cadillac Place | 3030 W. Grand Blvd., Ste. 10-200 | | | Detroit | MI | 48202 | kerwink@michigan.gov | First Class Mail and Email |
| 6498128 | Michigan Department of Treasury | Revenue/AG | P.O. Box 30456 | | | Lansing | MI | 48909 | | First Class Mail |
| 6803123 | Michigan Department of Treasury | State of Michigan Attorney General | Katherine C. Kerwin | Assistant Attorney General | 3030 W. Grand Blvd., Cadillac Place, Suite 10-200 | Detroit | MI | 48202 | kerwink@michigan.gov | First Class Mail and Email |
| 6803123 | Michigan Department of Treasury | Treasury/Revenue/AG | PO Box 30456 | | | Lansing | MI | 48909-7955 | | First Class Mail |
| 5733740 | MILLENNIUM INSURANCE SOLUTIONS INC | 6150 SOUTHARD TRACE #202 | | | | CUMMING | GA | 30040 | chyrl.hartshorn@misionline.com | First Class Mail and Email |
| 5461319 | MILLER, ROSE | Address on File | | | | | | | | First Class Mail and Email |
| 5461461 | MILLER, SHARON | Address on File | | | | | | | | First Class Mail and Email |
| 6060586 | Mississippi Department of Revenue | Bankruptcy Section | P.O. Box 22808 | | | Jackson | MS | 39225-2808 | bankruptcy@dor.ms.gov | First Class Mail and Email |
| 6863313 | Missouri Department of Revenue | Box 475 | | | | Jefferson City | MO | 65105 | | First Class Mail |
| 5722547 | Missouri Department of Revenue | PO Box 475 | | | | Jefferson City | MO | 65105 | | First Class Mail |
| 5733554 | MS DEPARTMENT OF REVENUE | P.O.BOX 23191 | | | | JACKSON | MS | 37225-3191 | | First Class Mail |
| 5733555 | NC DEPARTMENT OF REVENUE | NCDOR, PO BOX 25000 | | | | RALEIGH | NC | 27640-0650 | | First Class Mail |
| 5462648 | NEUBAUER, DONALD | Address on File | | | | | | | | First Class Mail and Email |
| 5733556 | NEW JERSEY DIVISION OF TAXATION | STATE OF NEW JERSEY, DIVISION OF TAXATION | REVENUE PROCESSING CENTER | PO BOX 666 | | TRENTON | NJ | 08646-0666 | | First Class Mail |
| 5733557 | NEW MEXICO DEPARTMENT OF REVENUE | P.O.BOX 25127 | | | | SANTA FE | NM | 87504-5127 | | First Class Mail |
| 5733558 | NEW MEXICO TAXATION AND REVENUE DEPARTMENT | P.O. BOX 25127 | | | | SANTA FE | NM | 87504-5127 | | First Class Mail |
| 5725651 | New York State Department of Labor | State Office Campus | Building #12, Room #256 | | | Albany | NY | 12240 | nysdol@labor.state.ny.us | First Class Mail and Email |
| 5546617 | NM Taxation & Revenue Department | PO Box 8575 | | | | Albuquerque | NM | 87198-8575 | lisa.ela@state.nm.us | First Class Mail and Email |
| 6446644 | Nordic Aviation Capital, Inc | CKR Law LLP | Attn: Gilbert Saydah, Esq | 1330 Avenue of the Americas | 14th Floor | New York | NY | 10019 | gsaydah@ckrlaw.com | First Class Mail and Email |
| 5461285 | NORRIS, ROBERT K. | Address on File | | | | | | | | First Class Mail and Email |
| 6373459 | North Carolina Department of Revenue | Collections Examination Division | Angela C. Fountain, Bankruptcy Manager | P.O. Box 1168 | | Raleigh | NC | 27602-1168 | | First Class Mail |
| 5733559 | NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 | | | | RALEIGH | NC | 27640-0640 | | First Class Mail |
| 5729582 | O'Brien, James E. | Address on File | | | | | | | | First Class Mail and Email |
| 5728685 | O'Brien, James E. | Address on File | | | | | | | | First Class Mail and Email |
| 5729582 | O'Brien, James E. | Address on File | | | | | | | | First Class Mail and Email |
| 5462603 | O'CONNOR, DEBORAH | Address on File | | | | | | | | First Class Mail and Email |
| 5733560 | OKLAHOMA TAX COMMISSION | FRANCHISE TAX | P. O. BOX 26920 | | | OKLAHOMA CITY | OK | 73126-0920 | | First Class Mail |
| 6414651 | Oklahoma Tax Commission | General Counsel's Office | 100 N. Broadway Ave., Suite 1500 | | | Oklahoma City | OK | 73102 | bankruptcy@tax.ok.gov | First Class Mail and Email |
| 5733561 | OREGON DEPARTMENT OF REVENUE | PO BOX 14260 | | | | SALEM | OR | 97309-5060 | | First Class Mail |
| 5733562 | PA DEPARTMENT OF REVENUE | 2 REVENUE PLACE | | | | HARRISBURG | PA | 17129-0001 | | First Class Mail |
| 5462196 | PEARSON, KATHLEEN | Address on File | | | | | | | | First Class Mail |
| 6374294 | PENNSYLVANIA DEPARTMENT OF REVENUE | 4TH AND WALNUT STREET | | | | HARRISBURG | PA | 17128 | | First Class Mail |
| 6374294 | PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION | PO BOX 280946 | | | HARRISBURG | PA | 17128-0946 | | First Class Mail |
| 5762053 | Pennsylvania Department of Revenue | Sean Grimm | 4th and Walnut Street | | | Harrisburg | PA | 17128 | | First Class Mail |

Exhibit B
Claimants Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5729711 | Pesch, Christopher A | Address on File | | | | | | | | First Class Mail and Email |
| 5729711 | Pesch, Christopher A | Address on File | | | | | | | | First Class Mail |
| 5729711 | Pesch, Christopher A | Address on File | | | | | | | | First Class Mail |
| 5729711 | Pesch, Christopher A | Address on File | | | | | | | | First Class Mail |
| 5734077 | Pesch, Christopher A. | Address on File | | | | | | | | First Class Mail and Email |
| 5734077 | Pesch, Christopher A. | Address on File | | | | | | | | First Class Mail |
| 5734077 | Pesch, Christopher A. | Address on File | | | | | | | | First Class Mail and Email |
| 5734077 | Pesch, Christopher A. | Address on File | | | | | | | | First Class Mail |
| 5462153 | Pidgeon, Judith | Address on File | | | | | | | | First Class Mail and Email |
| 5459742 | Preferred Reinsurance Intermediaries Inc | 14 Monckton Blvd | | | | Columbia | SC | 29206 | rsanders@preferredre.com; sbartley@preferredre.com | First Class Mail and Email |
| 6447110 | Premier Electrical Staffing, LLC | Charles Blevins, President | 20460 Chartwell Center Drive, Suite 4 | | | Cornelius | NC | 28031 | charles@pes123.com; eyal.berger@akerman.com | First Class Mail and Email |
| 6443729 | Puente, Christine | Address on File | | | | | | | | First Class Mail and Email |
| 5729399 | Purcell, Michael | Address on File | | | | | | | | First Class Mail |
| 5729399 | Purcell, Michael | Address on File | | | | | | | | First Class Mail and Email |
| 5459152 | QUALITY INVESTIGATIONS INC. | 401 W. 10TH AVE. | | | | GASTONIA | NC | 28052 | Tony@QualityInvestigations.US | First Class Mail and Email |
| 5462136 | RAVA, JOSEPH | Address on File | | | | | | | | First Class Mail |
| 6438425 | Rey, Laura | Address on File | | | | | | | | First Class Mail and Email |
| 5462305 | REY, LAURA | Address on File | | | | | | | | First Class Mail |
| 5459143 | Rhode Island Division of Taxation | Bankruptcy Unit - Collections | One Capitol Hill | | | Providence | RI | 02908 | | First Class Mail |
| 6717126 | Rhode Island Division of Taxation | One Capitol Hill | | | | Providence | RI | 02908 | crystal.cote@tax.ri.gov | First Class Mail and Email |
| 6441443 | Risk Insurance Services Agency LLC on behalf of Community Care Inc. | Community Care Center Inc. | 312 Solley Dr Rear Entrance | | | Ballwin | MO | 63021 | ycnua@comm-care.com | First Class Mail and Email |
| 6441835 | Risk Insurance Services Agency LLC on behalf of Community Care Inc. | Community Care Centers Inc | 312 Solley Dr Rear Entrance | | | Ballwin | MO | 63021 | ychua@comm-care.com | First Class Mail and Email |
| 6445001 | Rivera Torres, Yaira L | Address on File | | | | | | | | First Class Mail and Email |
| 5729558 | Rohr, Jeffrey | Address on File | | | | | | | | First Class Mail and Email |
| 5459693 | Sage Risk Management & Insurance Services, Inc. | 27782 El Lazo | | | | Laguna Niguel | CA | 92677 | johncsage@hotmail.com | First Class Mail and Email |
| 5733566 | SC DEPARTMENT OF REVENUE | CORPORATE INCOME TAX PAYMENT | | | | COLUMBIA | SC | 29214-0007 | | First Class Mail |
| 5733564 | SC DEPARTMENT OF REVENUE | SC DEPARTMENT OF REVENUE, CORPORATION | | | | COLUMBIA | SC | 29214-0006 | | First Class Mail |
| 5733565 | SC DEPARTMENT OF REVENUE | SC DEPARTMENT OF REVENUE, CORPORATE TAXABLE | | | | COLUMBIA | SC | 29214-0006 | | First Class Mail |
| 5733563 | SC DEPARTMENT OF REVENUE | SC DEPARTMENT OF REVENUE CORPORATE TAXABLE | | | | COLUMBIA | SC | 29214-0033 | | First Class Mail |
| 5733567 | SC DEPARTMENT OF REVENUE | TAXABLE PARTNERSHIP | | | | COLUMBIA | SC | 29214-0036 | | First Class Mail |
| 5729568 | Shanfelter, Austin J. | Address on File | | | | | | | | First Class Mail and Email |
| 5729568 | Shanfelter, Austin J. | Address on File | | | | | | | | First Class Mail and Email |
| 5729568 | Shanfelter, Austin J. | Address on File | | | | | | | | First Class Mail and Email |
| 5461679 | SHIELDS, THOMAS | Address on File | | | | | | | | First Class Mail and Email |
| 6414654 | Sidway, Donna | Address on File | | | | | | | | First Class Mail and Email |
| 5462530 | SIRCUS, CYNTHIA CAMPBELL | Address on File | | | | | | | | First Class Mail and Email |
| 5461805 | SKARKA, WAYNE M. | Address on File | | | | | | | | First Class Mail and Email |
| 6413068 | SKUP, ROBERT | Address on File | | | | | | | | First Class Mail and Email |
| 5462614 | SMITH, DEBRA | Address on File | | | | | | | | First Class Mail |
| 5734071 | Smith, Jr., Quentin P. | Address on File | | | | | | | | First Class Mail and Email |
| 5734071 | Smith, Jr., Quentin P. | Address on File | | | | | | | | First Class Mail and Email |
| 5734071 | Smith, Jr., Quentin P. | Address on File | | | | | | | | First Class Mail |
| 5734071 | Smith, Jr., Quentin P. | Address on File | | | | | | | | First Class Mail |
| 5761134 | South Carolina Department of Revenue | P.O. Box 12265 | | | | Columbia | SC | 29211 | | First Class Mail |
| 5459118 | Spectrum Financial Services | Attn: Kathleen Bingham, Controller | 1921 Gallows Road, Suite 310 | | | Vienna | VA | 22182 | bkoppelman@spectrumcareers.com | First Class Mail and Email |
| 5733570 | ST. LOUIS, MO PROPERTY ASSESSOR | 1200 MARKET STREET #120 | | | | ST. LOUIS | MO | 63103 | | First Class Mail |
| 5459119 | STA Account Management, LLC | 16 Plaza Baja del Sol | | | | San Juan Capistrano | CA | 92675 | troy@sugglaw.com | First Class Mail and Email |
| 6346848 | StarStone National Insurance Company | Harry Lee/Joshua Taylor | 1330 Connecticut Ave., NW | | | Washington | DC | 20036 | hlee@steptoe.com; jrtaylor@steptoe.com | First Class Mail and Email |
| 6346848 | StarStone National Insurance Company | Nancy Hammer, Chief Financial Officer | P.O. Box 100165 | | | Columbia | SC | 29202 | | First Class Mail |
| 6346848 | StarStone National Insurance Company | P.O. Box 744289 | | | | Atlanta | GA | 30374 | | First Class Mail |
| 6346649 | StarStone Specialty Insurance Company | Harry Lee/Joshua Taylor | 1330 Connecticut Ave., NW | | | Washington | DC | 20036 | hlee@steptoe.com; jrtaylor@steptoe.com | First Class Mail and Email |
| 6346649 | StarStone Specialty Insurance Company | P.O. Box 744289 | | | | Atlanta | GA | 30374 | | First Class Mail |
| 6346649 | StarStone Specialty Insurance Company | Robert Redpath, Senior Vice President | P.O. Box 100165 | | | Columbia | SC | 29202 | | First Class Mail |
| 5733571 | STATE OF DELAWARE DIVISION OF CORPORATIONS | P.O. BOX 508 | | | | WILMINGTON | DE | 19899-0508 | | First Class Mail |
| 7071651 | State of Delaware Division of Revenue | Aisha Brooks | PO Box 8763 | | | Wilmington | DE | 19899 | aisha.brooks@state.de.us | First Class Mail and Email |

Exhibit B
Claimants Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7071651 | State of Delaware Division of Revenue | Zillah Frampton | PO Box 8763 | | | Wilmington | DE | 19899 | zillah.frampton@state.de.us | First Class Mail and Email |
| 6804145 | State of Delaware, Division of Corporations | 401 Federal Street, Suite 4 | | | | Dover | DE | 19901 | ami.judd@state.de.us | First Class Mail and Email |
| 6803831 | STATE OF MICHIGAN, DEPARTMENT OF TREASURY | DEPARTMENT OF TREASURY/REVENUE/AG | PO BOX 30456 | | | LANSING | MI | 48909-7955 | | First Class Mail |
| 6877084 | State of Michigan, Department of Treasury | Katherine C. Kerwin, Assistant Attorney General | Cadillace Place, Ste. 10-200 | 3030 W. Grand Blvd. | | Detroit | MI | 48202 | Kerwink@michigan.gov | First Class Mail and Email |
| 6803831 | STATE OF MICHIGAN, DEPARTMENT OF TREASURY | KATHERINE KERWIN | CADILLAC PLACE, STE. 10-200 | 3030 W. GRAND BLVD | | DETROIT | MI | 48202 | kerwink@michigan.gov | First Class Mail and Email |
| 6877084 | State of Michigan, Department of Treasury | State of MI-CD | Department of Treasury/Revenue/AG | PO Box 30456 | | Lansing | MI | 48909-7955 | | First Class Mail |
| 5733572 | STATE OF NEW JERSEY - CBT | CORPORATION BUSINESS TAX NONRESIDENT PARTNER TAX | PO BOX 642 | | | TRENTON | NJ | 08646-0642 | | First Class Mail |
| 6464734 | State of New Jersey Division of Taxation Bankruptcy Section | PO Box 245 | | | | Trenton | NJ | 08695 | mumar.butt@treas.nj.gov; mumar.butt@treas.state.nj.us | First Class Mail and Email |
| 6464330 | State of New Jersey Division Taxation Bankruptcy Section | PO Box 245 | | | | Trenton | NJ | 08695 | mumar.butt@treas.state.nj.us | First Class Mail and Email |
| 5459644 | Sungate Insurance Agency Inc | 1337 S. International Pkwy #1311 | | | | Lake Mary | FL | 32746 | andy@sungateinsurance.com | First Class Mail and Email |
| 6499105 | TAF gg LAS OLAS, L.P. (as successor-in-interest to 401 East Las Olas LLC | Alston & Bird LLP | Jonathan T. Edwards | 1201 West Peachtree Street | | Atlanta | GA | 30309 | jonathan.edwards@alston.com | First Class Mail and Email |
| 6499105 | TAF gg LAS OLAS, L.P. (as successor-in-interest to 401 East Las Olas LLC | B. Scott Bodin | 3414 Peachtree Rd. NE, Suite 950 | | | Atlanta | GA | 30326 | scott.bodin@dws.com | First Class Mail and Email |
| 6851569 | Tennessee Department of Revenue | 500 Deaderick St | | | | Nashville | TN | 37242 | sherry.grubbs@tn.gov | First Class Mail and Email |
| 6851569 | Tennessee Department of Revenue | c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | | First Class Mail |
| 5458981 | TEXAS COMPTROLLER | P.O. BOX 149348 | | | | AUSTIN | TX | 78714-9348 | | First Class Mail |
| 6456271 | Texas Comptroller of Public Accounts | Office of the Attorney General - Bankruptcy & Collections Division | PO Box 12548, MC-008 | | | Austin | TX | 78711 | bankruptcytax@oag.texas.gov | First Class Mail and Email |
| 6463194 | Texas Comptroller of Public Accounts | Attn: Revenue Accounting Dividion | Joshua Mitchell, Accounts Examiner | 111 E. 17th Street | | Austin | TX | 78711 | joshua.mitchell@cpa.texas.gov | First Class Mail and Email |
| 6456271 | Texas Comptroller of Public Accounts | Attn: Revenue Accounting Division | 111 E. 17th Street | | | Austin | TX | 78711 | joshua.mitchell@cpa.texas.gov | First Class Mail and Email |
| 6456271 | Texas Comptroller of Public Accounts | Revenue Accounting Division | Attn: Bankruptcy | PO Box 13528 | | Austin | TX | 78711 | bankruptcysection@cpa.texas.gov | First Class Mail and Email |
| 6790537 | Texas Comptroller of Public Accounts on behalf of the State of Texas and local sales tax jurisdictio | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | P.O Box 12548 | | Austin | TX | 78711-2548 | bankruptcytax@oag.texas.gov | First Class Mail and Email |
| 6728471 | Texas Comptroller of Public Accounts on behalf of the State of Texas and local sales tax jurisdictio | Office of the Attorney General | Bankruptcy & Collections Division | P.O Box 12548, MC-008 | | Austin | TX | 78711 | bankruptcytax@oag.texas.gov | First Class Mail and Email |
| 6728471 | Texas Comptroller of Public Accounts on behalf of the State of Texas and local sales tax jurisdictio | Revenue Accounting Division-Attention: Bankruptcy | P.O Box 13528 | | | Austin | TX | 78711 | bankruptcysection@cpa.texas.gov | First Class Mail and Email |
| 6728471 | Texas Comptroller of Public Accounts on behalf of the State of Texas and local sales tax jurisdictio | Texas Comptroller of Public Accounts | Loretta Hernandez | 111 E. 17th Street | Attention: Revenue Accounting Division | Austin | TX | 78711 | Loretta.Hernandez@cpa.texas.gov | First Class Mail and Email |
| 6409628 | The Campbell Agency | PO Box 9435 | | | | Panama City Beach | FL | 32407 | kcampbell@workcompspecialists.com | First Class Mail and Email |
| 6863369 | The Commonwealth of Massachusetts | Box 9564 | | | | Boston | MA | 02114-9564 | | First Class Mail |
| 6863369 | The Commonwealth of Massachusetts | Department of Revenue | Collections Bureau - Bankruptcy Unit | 100 Cambridge Street, 7th Floor | | Boston | MA | 02114 | | First Class Mail |
| 6863339 | The Commonwealth of Massachusetts | PO Box 9564 | | | | Boston | MA | 02114-9564 | | First Class Mail |
| 5721094 | The Ohio Department of Taxation | Attorney General of the State of Ohio | 150 E. Gay Street, 21st Floor | | | Columbus | OH | 43215 | | First Class Mail |
| 5721094 | The Ohio Department of Taxation | Bankruptcy Div. | P.O. Box 530 | | | Columbus | OH | 43216 | rebecca.daum@tax.state.oh.us | First Class Mail and Email |
| 5733573 | TREASURER, STATE OF IOWA | IOWA DEPARTMENT OF REVENUE | PO BOX 10468 | | | DES MOINES | IA | 50306-0468 | | First Class Mail |
| 5459009 | UNIFI EQUIPMENT FINANCE INC | 3893 RESEARCH PARK DRIVE | | | | ANN ARBOR | MI | 48108 | lblazek@teamunifi.com | First Class Mail and Email |
| 6812116 | Urban Employee Management | 9424 Laurel Ledge Dr | | | | Riverview | FL | 33569 | donna@urbanpeo.com | First Class Mail and Email |
| 5733574 | VIRGINIA DEPARTMENT OF TAXATION | PO BOX 1500 | | | | RICHMOND | VA | 23218-1500 | | First Class Mail |
| 6865900 | Virginia Department of Taxation | PO Box 2156 | | | | Richmond | VA | 23218 | | First Class Mail |
| 6758719 | Wa. State Dept. Labor and Industries | Bankruptcy Unit | PO Box 44171 | | | Olympia | WA | 98504 | kinl235@lni.wa.gov | First Class Mail and Email |
| 5734050 | Walsh, Charles H. | Address on File | | | | | | | | First Class Mail and Email |
| 5729771 | Walsh, Charles H. | Address on File | | | | | | | | First Class Mail |
| 5734050 | Walsh, Charles H. | Address on File | | | | | | | | First Class Mail and Email |
| 5729771 | Walsh, Charles H. | Address on File | | | | | | | | First Class Mail |
| 5734050 | Walsh, Charles H. | Address on File | | | | | | | | First Class Mail and Email |
| 5734050 | Walsh, Charles H. | Address on File | | | | | | | | First Class Mail |
| 5461339 | WHALEY, SABRINA | Address on File | | | | | | | | First Class Mail and Email |
| 5461701 | WILSON, TODD E. | Address on File | | | | | | | | First Class Mail and Email |
| 5733575 | WISCONSIN DEPARTMENT OF REVENUE | P. O. BOX 930208 | | | | MILWAUKEE | WI | 53293-0208 | | First Class Mail |
| 6722542 | Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8901 | | | Madison | WI | 53708-8901 | hiram.cutting@wisconsin.gov | First Class Mail and Email |