## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC.,[1] | Case No. 18-10189 (CTG) |
| Reorganized Debtor. | **Ref: D.I. 1365** |

## CERTIFICATE OF NO OBJECTION

I, Carl N. Kunz, III, hereby certify as follows:

On April 21, 2022, the undersigned, as counsel for Peter Kravitz, as Plan Administrator under the Reorganized Debtors' confirmed Plan and Litigation Trustee for the PNI Litigation Trust (the "Plan Administrator" or "Trustee"), filed the *Eighth Motion of Peter Kravitz, Trustee of the PNI Litigation Trust and Plan Administrator Under the Confirmed Plan for Order Extending the Deadline to Object to Claims* (the "Motion") [D.I. 1365] with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to object to the Motion was May 31, 2022 at 4:00 p.m. prevailing Eastern Time.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection or other responsive pleading to the Motion appears thereon.

The Trustee respectfully requests that the Court enter an order, attached hereto as Exhibit A, granting the Motion.

[Signature page follows.]

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Patriot National, Inc. (1376).

13639030/2

Dated: June 2, 2022  **MORRIS JAMES LLP**

/s/ Carl N. Kunz, III
Carl N. Kunz, III, Esq. (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19801-1494
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: ckunz@morrisjames.com

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
David M. Posner, Esq.
Kelly Moynihan, Esq.
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email: dposner@kilpatricktownsend.com
  kmoynihan@kilpatricktownsend.com

*Counsel to Peter Kravitz, as Litigation Trustee for the PNI Litigation Trust and as Plan Administrator*