**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC., [1] | Case No. 18-10189 (CTG) |
| Reorganized Debtor. | |

**THE TRUSTEE OF THE PNI LITIGATION TRUST AND PLAN ADMINISTRATOR'S NOTICE OF LIST OF GENERAL UNSECURED CLAIMS FOR WHICH REQUISITE TAX INFORMATION HAS NOT BEEN PROVIDED AND NO DISTRIBUTION WILL BE MADE**

PLEASE TAKE NOTICE that Peter Kravitz, as Trustee of the PNI Litigation Trust and Plan Administrator (the "Litigation Trustee") provides this notice that pursuant to the *Debtors' Fourth Further Amended Joint Plan of Reorganization* [D.I. 705-1] (the "Plan"), which Plan was confirmed pursuant to the *Order Confirming the Fourth Amended Joint Plan of Reorganization* [D.I. 705] (the "Confirmation Order"), unsecured creditors with claims that are potential beneficiaries of the Trust that failed to provide withholding information (e.g., form W-9) within ninety days after the Trustee's request for such withholding information forfeit any rights to distribution from the Trust.

Section 2.10 of the Litigation Trust Agreement (the "Litigation Trust Agreement") provides, *inter alia*:

> The Litigation Trustee may require any direct payee of distributions on account of Litigation Trust Interests to furnish to the Litigation Trustee its social security number or employer or taxpayer identification number as assigned by the Internal Revenue Service and complete any related documentation (including a Form W-8 or Form W-9) and the Litigation Trustee may condition any distribution to any such payee upon the receipt of such information

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Patriot National, Inc. (1376). The Reorganized Debtor's headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, FL 33301.

17759622/1

and the receipt of such other documents as the Litigation Trustee reasonably requests. If a Litigation Trust Beneficiary does not timely provide the Litigation Trustee with its taxpayer identification number or other information reasonably requested by the Litigation Trustee in the manner and by the deadline established by the Litigation Trustee, then the Distribution to such Beneficiary shall be administered as an Unclaimed Distribution in accordance with Article VIII.B.4. of the Plan.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** (the "Disallowed Claims") is a list of entities holding General Unsecured Claims under the Plan to which requests for tax information have been made in writing, but for which no requested tax information has been provided after more than ninety (90) days' notice. Therefore no distribution under the Plan from the Trust will be made to the Disallowed Claims listed on **Exhibit A**, and such Disallowed Claims are deemed disallowed and expunged pursuant to the terms of the Plan, and all such funds shall revert and vest in the Litigation Trust, free of any restrictions thereon and the claims of any Holder with respect to such property shall be discharged and forever barred, notwithstanding any federal or state escheat laws to the contrary, pursuant to Article VIII.B.4 of the Plan.

Dated: February 25, 2026
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
Douglas N. Candeub (DE Bar. No. 4211)
3205 Avenue North Blvd., Suite 100
Wilmington, Delaware 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: ckunz@morrisjames.com
Email: dcandeub@morrisjames.com

-and-

**LOWENSTEIN SANDLER LLP**
David M. Posner, Esq. (admitted *pro hac vice*)
Kelly E. Moynihan, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 419-5875
Facsimile: (212) 262-7402
Email: dposner@lowenstein.com
Email: kmoynihan@lowenstein.com

*Counsel to Peter Kravitz, as Litigation Trustee for
the PNI Litigation Trust and as Plan Administrator*

3